AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

ADWOWA JACOBS,

V.

ELECTRONIC DATA SYSTEMS CORP.
AND JEFF WILLIAMS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-05-

2:05CV 925-MHT

TO: (Name and address of Defendant)

JEFF WILLIAMS
IN CARE OF: ELECTRONIC DATA SYSTEMS CORPORATION
474 SOUTH COURT STREET
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L.D. WALKER, III.
8650 MINNIE BROWN ROAD, SUITE 160
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 1/17/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

ADWOWA JACOBS,

V.

ELECTRONIC DATA SYSTEMS CORP.
AND JEFF WILLIAMS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-05-

2:05CV925-MHT

TO: (Name and address of Defendant)

ELECTRONIC DATA SYSTEMS CORPORATION
IN CARE OF: CSC LAWYERS INCORPORATING SERV. INC.
150 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L.D. WALKER, III.
8650 MINNIE BROWN ROAD, SUITE 160
MONTGOMERY, ALABAMA 36117

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

/s/ Austin
(By) DEPUTY CLERK

DATE 1/17/06