UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § | CIVIL ACTION NO. 2:05CV925-T |
| ELECTRONIC DATA SYSTEMS CORPORATION AND JEFF WILLIAMS, | | |
| Defendants. | | |

**ELECTRONIC DATA SYSTEMS CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Electronic Data Systems Corporation, one of the Defendants in the above-entitled and numbered cause, submits the following Corporate Disclosure Statement: Electronic Data Systems Corporation ("EDS") of Plano, Texas is a publicly traded company on the New York Stock Exchange. EDS, the parent company, does not have any subsidiary or affiliate companies that are publicly traded.

Dated: February 7, 2006

Respectfully submitted,

**BURR & FORMAN LLP**

s/ Ashley H. Hattaway_____
Ashley H. Hattaway (HAT007)
Wachovia Tower
420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 458-5135
Telecopier: (205) 458-5100

Attorneys for Defendant
ELECTRONIC DATA SYSTEMS CORPORATION

OF COUNSEL:

Tonya A. Jacobs
State Bar No. 00790954
Fed. ID No. 18459
Rachel M. Smith
State Bar No. 24046483
Fed. ID No. 570875
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
Telephone:  (713) 751-1600
Telecopier:  (713) 751-1717

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to the following counsel of record on this the 7th day of February, 2006.

      L. D. Walker, III
      8650 Minnie Brown Road, Suite 160
      Montgomery, Alabama
      Telephone:  (334) 215-4513
      Telecopier:  (334) 215-4532

      s/ Ashley H. Hattaway_____
      Ashley H. Hattaway