## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | ) | |
| WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

**COMES NOW** the undersigned, Ashley H. Hattaway, counsel for defendant Electronic Data Systems Corporation, and hereby requests that this Court enter an order permitting Tonya A. Jacobs of the law firm of Baker & Hostetler, LLP to appear *pro hac vice* before this Court as additional counsel for defendant Electronic Data Systems Corporation.  As grounds for this motion, movant states as follows:

1.      Ms. Jacobs represents that she is a member in good standing of the Bar of the State of Texas, and has been admitted to practice before all state courts in Texas since November 4, 1994.  Ms. Jacobs also represents that she is admitted to practice before the United States District Court for the Southern District of Texas.

1436387

2.    Attached hereto is a Certificate of Good Standing for Ms. Jacobs from the United States District Court for the Southern District of Texas.

3.    No party will be prejudiced by an order granting permission for the proposed Admittee to practice in this Court.

**WHEREFORE**, the undersigned requests that this Court permit Tonya A. Jacobs to appear *pro hac vice* as additional counsel for defendant Electronic Data Systems Corporation.

Dated:  February 10, 2006

Respectfully submitted,

s/ Ashley H. Hattaway_____

Ashley H. Hattaway (HAT007)
Wachovia Tower
420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203
Telephone:  (205) 458-5135
Telecopier:  (205) 458-5100

Attorney for Defendant
ELECTRONIC DATA SYSTEMS CORPORATION

14363872

OF COUNSEL:

Tonya A. Jacobs
State Bar No. 00790954
Fed. ID No. 18459
Rachel M. Smith
State Bar No. 24046483
Fed. ID No. 570875
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
Telephone:  (713) 751-1600
Telecopier:  (713) 751-1717

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        L. D. Walker, III
        8650 Minnie Brown Road, Suite 160
        Montgomery, Alabama
        Telephone:  (334) 215-4513
        Telecopier:  (334) 215-4532

                              s/ Ashley H. Hattaway_____
                              Ashley H. Hattaway

14363873