# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § § §
SOUTHERN DISTRICT OF TEXAS

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY that **Tonya A. Jacobs, Federal ID 18459**, was duly admitted to practice in said Court on **May 19, 1995**, and is in good standing as a member of the bar of said Court.

Dated January 30, 2006, at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: /s/ Cynthia Horace
Cynthia Horace
Attorney Admissions Deputy Clerk