# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § § §
SOUTHERN DISTRICT OF TEXAS

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Rachel Michelle Smith**, Federal Bar No. **570875**, was duly admitted to practice in said Court on February 4, 2005, and is in good standing as a member of the bar of said Court.

Dated February 9, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Shannon Jones
Attorney Admissions Deputy Clerk