IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS,                )<br>                              )<br>    Plaintiff,                )<br>                              )        CIVIL ACTION NO.<br>    v.                        )          2:05cv925-MHT<br>                              )<br>ELECTRONIC DATA SYSTEMS       )<br>CORPORATION an JEFF          )<br>WILLIAMS,                     )<br>                              )<br>    Defendants.               ) | |

ORDER

It is ORDERED that the motions for admission pro hac vice (Doc. Nos. 9 & 10) are granted.

DONE, this the 13th day of February, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE