IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | § | |
| WILLIAMS, | § | |
| Defendants. | § | |

## ORDER GRANTING ELECTRONIC DATA SYSTEM CORPORATION'S MOTION TO COMPEL AND FOR IMPOSITION OF SANCTIONS

On this day came on to be heard Electronic Data Systems Corporation's ("EDS") Motion to Compel and for Imposition of Sanctions. The Court having considered the Motion, pleadings on file, and arguments of counsel, and for good cause shown, is of the opinion that the EDS's Motion to Compel should be and is hereby **GRANTED**. It is therefore,

**ORDERED** that EDS's Requests for Admissions are "deemed" admitted. It is further,

**ORDERED** that Plaintiff, Adwowa Jacobs, serve complete answers to Interrogatories within one week of this Order. It is further,

**ORDERED** that Plaintiff, Adwowa Jacobs, immediately produce all documents responsive to EDS's Requests for Production within one week of this Order. It is further,

**ORDERED** that Plaintiff, Adwowa Jacobs, pay EDS attorneys' fees in the amount of $1,000.00.

**SIGNED** this _____ day of _____, 2006.

_____
JUDGE PRESIDING