IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV925-MHT |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendant Electronic Data System Corporation's motion to compel and for sanctions (Doc. # 15), filed June 16, 2006, and for good cause, it is

ORDERED that plaintiff file a response to the motion on or before July 5, 2006.

DONE, this 21st day of June, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE