IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV925-MHT |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is presently before the court on the motion to compel and for imposition of sanctions filed by defendant Electronic Data System Corporation on June 16, 2006 (Doc. # 15). Although she was given an opportunity to do so (see Doc. # 16), plaintiff has not responded to the motion. Upon consideration of the motion, it is

ORDERED that the motion to compel is GRANTED. Plaintiff is directed to respond to defendant's outstanding interrogatories and requests for production, without objection, on or before July 21, 2006.

It is further ORDERED that defendant's requests for admissions are deemed admitted by operation of Fed. R. Civ. P. 36(a).

It is further ORDERED that defendant's motion for sanctions is GRANTED to the extent that the court will require plaintiff to pay defendant reasonable expenses and attorney's fees incurred in making the present motion. Defendant's counsel is DIRECTED to file an affidavit itemizing such fees and expenses on or before July 20, 2006. Plaintiff may file a written objection to the reasonableness of any such fees or expenses on or before July 27, 2006. To the extent defendant's

motion seeks fees for time expended in corresponding with plaintiff's counsel in an attempt to resolve this discovery dispute, the motion is DENIED.

DONE, this 12th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE