IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. |
| ELECTRONIC DATA SYSTEMS CORPORATION AND JEFF WILLIAMS, | § § § § | 2:05-CV-925-MHT-SRW |
| Defendants. | § § | |

## AFFIDAVIT IN SUPPORT OF EXPENSES AND ATTORNEYS' FEES

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | KNOW ALL PERSONS BY THESE PRESENTS: |
| COUNTY OF HARRIS | § § | |

On this date, Rachel M. Smith personally appeared before me, the undersigned Notary Public, and after being duly sworn stated the following under oath:

1. My name is Rachel Smith. I am currently over the age of twenty-one (21). I have never been convicted of a felony or a crime of moral turpitude. I am under no legal disability and I am fully competent to make this Affidavit. I am an attorney with Baker & Hostetler LLP and legal counsel handling this matter for Electronic Data Systems Corporation ("EDS"). As such, I have personal knowledge of the facts stated herein and they are true and correct. I declare under the penalty of perjury that the foregoing is true and correct.

2. I have been a licensed attorney in the State of Texas since 2004. I am familiar with the average and reasonable hourly rate charged by attorneys with my experience, and I believe the rate to be $185 per hour.

3.  As a result of Plaintiff's failure to comply with her discovery obligations, the Court, on July 12, 2006, issued an Order granting EDS' Motion to Compel and for Imposition of Sanctions and requiring "plaintiff to pay defendant reasonable expenses and attorney's fees incurred in making the present motion."

4.  I performed the necessary research and drafting of the Motion to Compel. In doing so, I billed 4.75 hours which resulted in a reasonable attorneys' fee in the sum of $878.75.

5.  Reasonable expenses incurred in the handling and filing of the Motion included copies and postal fees in the amount of $39.56.

"Further Affiant sayeth not."

Signed this 19th day of July, 2006.

_R. Smith_
Rachel M. Smith

SUBSCRIBED AND SWORN BEFORE ME on July 19, 2006.

_Criselda O. Stevens_
Notary Public in and for the State of Texas
My commission expires: 12/23/09

CRISELDA V. STEVENS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 23, 2009