# Baker Hostetler

Baker&Hostetler LLP

1000 Louisiana
Suite 2000
Houston, TX 77002-5009

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Rachel M. Smith
direct dial: 713.646.1386
rsmith@bakerlaw.com

July 19, 2006

Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL  36101-0711

Re: Civil Action No. 2:05-CV-925-MHT-SRW; Adwowa Jacobs v. Electronic Data Systems Corporation and Jeff Williams; In the United States District Court for the Middle District of Alabama, Northern District

Dear Ms. Hackett:

Pursuant to the Court's Order of July 12, 2006, enclosed please find the *Affidavit in Support of Expenses and Attorneys' Fees* which reflects the attorneys' fees and expenses incurred in the handling and filing of the Motion to Compel and for Imposition of Sanctions filed by Defendant, Electronic Data Systems Corporation, on June 16, 2006.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

R. Smith

Rachel M. Smith

RMS/cs
Enclosures

cc:   L. D. Walker, III
      Ashley Hattaway
      James Williams