IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. |
| ELECTRONIC DATA SYSTEMS CORPORATION AND JEFF WILLIAMS, | § § § § | 2:05-CV-925-MHT-SRW |
| Defendants. | § § | |

## NOTICE OF FILING

Notice is hereby given that Defendant, Electronic Data Systems Corporation ("EDS"), hereby files with the Court the following document for the Court's consideration pursuant to the Court's July 12, 2006 Order granting EDS's Motion to Compel and for Imposition of Sanctions:

1. Affidavit in Support of Expenses and Attorneys' Fees.

Respectfully submitted,

**Baker & Hostetler LLP**

By: /s/ R. Smith
Tonya A. Jacobs
State Bar No. 00790954
Fed. ID No. 18459
Rachel M. Smith
State Bar No. 24046483
Fed. ID No. 570875
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
Telephone: (713) 751-1600
Telecopier: (713) 751-1717

        Burr & Forman LLP

            Ashley H. Hattaway (HAT007)
            Wachovia Tower
            420 North Twentieth Street, Ste. 3100
            Birmingham, Alabama 35203
            Telephone: (205) 458-5135
            Telecopier: (205) 458-5100

        Attorneys for Defendant
        Electronic Data Systems Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by regular U.S. mail, postage prepaid, to the following counsel of record on this the 20th day of July, 2006.

    L. D. Walker, III
    The Walker Law Firm
    8650 Minnie Brown Road, Suite 160
    Montgomery, Alabama 36117

_____
Rachel M. Smith

2