IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV925-MHT |
| | ) |
| ELECTRONIC DATA SYSTEMS CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendant's counsel's statement of fees, which the court concludes is reasonable, and in view of plaintiff's failure to object to the amount of the fees, it is

ORDERED, in accordance with the order of this court entered on July 12, 2006 granting defendant's motion for sanctions, that plaintiff is DIRECTED to pay the sum of $918.31 to Rachel M. Smith, counsel for defendant Electronic Data System Corporation, on or before August 16, 2006.

DONE, this 3rd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE