IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ADWOWA JACOBS,                    )
                                  )
       Plaintiff,                 )
                                  )        CIVIL ACTION NO.
       v.                         )          2:05cv925-MHT
                                  )
ELECTRONIC DATA SYSTEMS           )
CORPORATION an JEFF               )
WILLIAMS,                         )
                                  )
       Defendants.                )

ORDER

It is ORDERED that plaintiff Adwowa Jacobs show

cause, if any there be, in writing by September 8, 2006,

as to why defendants' motion to dismiss (Doc. No. 21)

should not be granted.    If plaintiff Jacobs fails to

respond within the time allowed, the court will assume

that he has no objection to the motion.

DONE, this the 31st day of August, 2006.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE