IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP -8 P 4: 26

~~~~ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | | |
| WILLIAMS, | § | |
| Defendants. | | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS'
## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiff, Adwowa Jacobs, and requests that this Honorable Court

deny Defendants' Joint Motion To Dismiss With Prejudice and for cause, states the following:

Plaintiff acknowledges that all dates relative to Defendants' Motion are correct. Plaintiff

would ask this Honorable Court to consider that Plaintiff's Attorney lost two members of his

staff in the second week of July, 2006. Plaintiff's signed (Dated July 12) Responses and

Production were scheduled to be posted on the aforementioned date. Due to some clerical

mistake, these items were in fact, not posted. While this in and of itself is no excuse, it does lend

itself to excusable behavior.

Please allow Plaintiff's attorney to extend his most sincere apologies to both this

Honorable Court as well as Defendants' attorneys. Said Discovery has been posted.

RESPECTFULLY Submitted this the _____ Day of _____, 2006

L. D. WALKER, III (WAL143)
Attorney For Plaintiff

OF COUNSEL:

L. D. WALKER, III
8650 Minnie Brown Road; Suite 160
Montgomery, Alabama 36117
Phone: (334)215-4513
Telecopier: (334)215-4532

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing document upon the following parties, by United States mail, postage prepaid, and properly addressed on this the ___ day of _____ , 2006.

**Baker & Hostetler, LLP**
Attn: Tonya A. Jacobs; Rachel M. Smith
1000 Louisiana; Suite 2000
Houston, Texas  77002-5009

**Burr & Forman, LLP**
Attn: Ashley Hattaway
Wachovia Tower
420 North Twentieth Street; Suite 3100
Birmingham, Alabama  35203

**Melton, Espy & Williams, PC**
James E. Williams
Post Office Drawer
Montgomery, Alabama  36103-5130

OF COUNSEL

**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

Personally appeared before me, the undersigned authority, a Notary Public in and for said County and state, Adwowa Jacobs, and says that the contents of the above instrument have been read by her in full, and that the same are true and correct according to the best of her knowledge, information, and belief.

_____
ADWOWA JACOBS
Petitioner

SWORN AND SUBSCRIBED before me on this the ___ Day of ____ July ____, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 12/9/08

_____
L. D. WALKER, III (WAL143)
Attorney for Petitioner

OF COUNSEL:

L. D. WALKER, III
8650 Minnie Brown Road, Suite 160
Montgomery, Alabama 36117
Office: (334) 215-4513
Fax: (334) 215-4532

_____
OF COUNSEL