IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS,            )<br>                           )<br>    Plaintiff,            )<br>                           )<br>    v.                     )<br>                           )<br>ELECTRONIC DATA SYSTEMS    )<br>CORPORATION and JEFF      )<br>WILLIAMS,                  )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>  2:05cv925-MHT |

### ORDER

It is ORDERED that defendants' motion to dismiss (Doc. No. 21) is set for on-the-record oral argument on September 14, 2006, at 8:30 a.m.

Counsel for defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 11th day of September, 2006.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**