**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 11, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Jacobs v. Electronic Data Systems Corporation et al**
**Case Number:   2:05-cv-00925-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 24  filed on   September 11, 2006.**