IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS,   ) | |
| ) | |
|    Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. |
| ) | 2:05cv925-MHT |
| ELECTRONIC DATA SYSTEMS   ) | |
| CORPORATION and JEFF   ) | |
| WILLIAMS,   ) | |
| ) | |
|    Defendants.   ) | |

### ORDER

It is ORDERED that defendants' motion to dismiss (Doc. No. 21) is set for on-the-record oral argument on September 14, 2006, at 8:30 a.m.

Counsel for defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 11th day of September, 2006.

            /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE