IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. |
| ELECTRONIC DATA SYSTEMS CORPORATION AND JEFF WILLIAMS, | § § § § | 2:05-CV-925-MHT-SRW |
| Defendants. | § § | |

## NOTICE OF TELEPHONIC HEARING

Please take notice that pursuant to the Court's September 11, 2006 Order, the telephonic hearing on Defendants' Motion to Dismiss will take place on Thursday, September 14, 2006 at 8:30 a.m. The dial-in instructions have been provided to all counsel of record. (See Exhibit 1 attached hereto). Once all parties have joined the teleconference, counsel for Electronic Data Systems Corporation will contact the Court.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____
Tonya A. Jacobs
State Bar No. 00790954
Fed. ID No. 18459
Rachel M. Smith
State Bar No. 24046483
Fed. ID No. 570875
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
Telephone: (713) 751-1600
Telecopier: (713) 751-1717

BURR & FORMAN LLP

Ashley H. Hattaway (HAT007)
Wachovia Tower
420 North Twentieth Street, Ste. 3100
Birmingham, Alabama 35203
Telephone: (205) 458-5135
Telecopier: (205) 458-5100

Attorneys for Defendant
Electronic Data Systems Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by facsimile and regular U.S. mail, postage prepaid, to the following counsel of record on this the 12th day of September, 2006.

L. D. Walker, III
The Walker Law Firm
8650 Minnie Brown Road, Suite 160
Montgomery, Alabama 36117

Mr. James Williams
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, Alabama 36103

_____
Tonya A. Jacobs

# Baker Hostetler

Baker & Hostetler LLP

1000 Louisiana
Suite 2000
Houston, TX 77002-5009

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

September 11, 2006

Tonya A. Jacobs
direct dial: 713.646.1358
tjacobs@bakerlaw.com

**VIA FACSIMILE**

Mr. L.D. Walker, III
8650 Minnie Brown Rd., Suite 160
Montgomery, Alabama 36117

Mr. James Williams
Melton, Espy & Williams, P.C.
P.O. Drawer 5130
Montgomery, Alabama 36103

Re:   C.A. No. 2:05-CV-00925-MHT; *Adwowa Jacobs v. Electronic Data Systems Corporation and Jeff Williams;* In the U.S. District Court for the Middle District of Alabama, Northern Division

Dear Mr. Walker and Mr. Williams:

Pursuant to Judge Thompson's September 11, 2006 Order regarding Defendants' Motion to Dismiss, please be advised that we have set up a conference call for Thursday, September 14, 2006 at 8:30am. The dial in number is 888-853-9376 and the participant passcode is 713 646 1358. Once you have both called in, I will then call Judge Thompson to conference him in on the call as well.

In addition, pursuant to the Court's instructions, speaker phones and cell phones are prohibited from being used during the call.

Thank you for your attention to this matter.

Very truly yours,

Tonya A. Jacobs
of BAKER & HOSTETLER LLP

cc:   Honorable Myron H. Thompson

EXHIBIT 1

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC