IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| ADWOWA JACOBS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 2:05cv925-MHT |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION and JEFF | ) | |
| WILLIAMS, | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

Based upon the representations made by counsel during oral arguments today, it is the understanding of the court that the plaintiff intends to comply with Magistrate Judge Walker's order (Doc. 20) assessing fees and expenses of $918.31 no later than September 22, 2006, with the check in opposing counsel's hands by said date.

It is ORDERED that defendant Electronic Data Systems Corp. immediately file notice with the court when it

receives said payment, or, should it not receive the payment on time, notify the court of that too.

DONE, this the 14th day of September, 2006.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**