# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED  September 14, 2006          AT  8:33   A.M./P.M.

DATE COMPLETED  September 14, 2006          AT  8:45   A.M./P.M.

ADWOWA JACOBS                               Civil Action
    plaintiff                               2:05-cv-925-MHT

    VS.

ELECTRONIC DATA SYSTEMS et al.
    defendant

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty L.D. Walker, III | X | Atty Rachel M. Smith |
|  | X | Atty Tonya A. Jacobs |
|  | X | Atty Mark Bain |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   ON-THE-RECORD ORAL ARGUMENT (TELEPHONE)
                       RE: MOTION TO DISMISS

8:33 a.m.    Conference convenes. Plaintiff states that a response has been filed to the motion to dismiss, that discovery is complete and that the assessment of fees will be paid out by next Friday (9/22/06). Court directs that any fees or sanctions assessed upon the plaintiff from this point shall be paid by the attorney. Matter taken under advisement. Order to issue.

8:45 a.m     Conference concluded.