IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | § | |
| WILLIAMS, | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO HOLD PLAINTIFF'S DEPOSITION AT THE FEDERAL COURTHOUSE

On this day came on to be heard Defendants' Joint Motion to Hold Plaintiff's Deposition at the Federal Courthouse ("Motion"). The Court having considered the Motion, pleadings on file, and arguments of counsel, and for good cause shown, is of the opinion that Defendants' Motion should be and is hereby **GRANTED**. It is therefore,

**SIGNED** this _____ day of _____, 2006.

_____
JUDGE PRESIDING