IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. |
| § | |
| ELECTRONIC DATA SYSTEMS § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF § | |
| WILLIAMS, § | |
| § | |
| Defendants. § | |

### NOTICE TO COURT REGARDING RECEIPT OF ATTORNEYS' FEES

Notice is hereby given that pursuant to this Court's September 14, 2006 Order [Docket No. 27], Defendant, Electronic Data Systems Corporation ("EDS ) has received payment from Mr. L. D. Walker, attorney for Plaintiff, Adwowa Jacobs, in the amount of $918.00 for fees and expenses incurred by EDS in connection with its Motion to Compel and for Sanctions [Docket No. 15].

Respectfully submitted,

**Baker & Hostetler LLP**

By:_____/s/_____
Tonya A. Jacobs
State Bar No. 00790954
Fed. ID No. 18459
Rachel M. Smith
State Bar No. 24046483
Fed. ID No. 570875
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
Telephone: (713) 751-1600
Telecopier: (713) 751-1717

**Burr & Forman LLP**

Ashley H. Hattaway (HAT007)
Wachovia Tower
420 North Twentieth Street, Ste. 3100
Birmingham, Alabama 35203
Telephone: (205) 458-5135
Telecopier: (205) 458-5100

Attorneys for Defendant
Electronic Data Systems Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been sent by regular U.S. mail, postage prepaid, to the following counsel of record on this the 22nd day of September, 2006.

L. D. Walker, III
The Walker Law Firm
8650 Minnie Brown Road, Suite 160
Montgomery, Alabama 36117


___/s/_____
Rachel M. Smith