IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | § | |
| WILLIAMS, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF FILING

Notice is hereby given that Defendant, Electronic Data Systems Corporation ("EDS"), hereby files with the Court the following document for the Court's consideration pursuant to the Court's September 15, 2006 Order [Docket No. 29].

1.    Affidavit in Support of Expenses and Attorneys' Fees.

Respectfully submitted,

**Baker & Hostetler LLP**


By:__/s/_____
　　　Tonya A. Jacobs
　　　State Bar No. 00790954
　　　Fed. ID No. 18459
　　　Rachel M. Smith
　　　State Bar No. 24046483
　　　Fed. ID No. 570875
　　　1000 Louisiana, Suite 2000
　　　Houston, Texas 77002-5009
　　　Telephone:  (713) 751-1600
　　　Telecopier:  (713) 751-1717

**Burr & Forman LLP**

Ashley H. Hattaway (HAT007)
Wachovia Tower
420 North Twentieth Street, Ste. 3100
Birmingham, Alabama 35203
Telephone: (205) 458-5135
Telecopier: (205) 458-5100

Attorneys for Defendant
Electronic Data Systems Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by regular U.S. mail, postage prepaid, to the following counsel of record on this the 22nd day of September, 2006.

L. D. Walker, III
The Walker Law Firm
8650 Minnie Brown Road, Suite 160
Montgomery, Alabama 36117


/s/_____
Rachel M. Smith