IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv925-MHT |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendants' joint motion to hold plaintiff's deposition (Doc. # 30), filed September 20, 2006, and for good cause, it is

ORDERED that plaintiff respond to the motion on or before Monday, September 25, 2006.

Done, this 22nd day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE