**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**    RECEIVED

2006 SEP 25  P 3: 57

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | | |
| WILLIAMS, | § | |
| Defendants. | | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
JOINT MOTION TO HOLD PLAINTIFF'S DEPOSITION
AT THE FEDERAL COURTHOUSE**

COMES NOW the Plaintiff, Adwowa Jacobs, and requests that this Honorable Court

deny Defendants' Joint Motion To Hold Plaintiff's Deposition At the Federal Courthouse and for

cause, states the following:

Allegation's being made by the Defendants' against the Plaintiff in the above

styled cause of action are frivolous at best and certainly do not merit such an extreme

measure as scheduling Depositions at the Federal Courthouse. Defendant's have no

evidence that any threats were made against anyone and seem to be basing there Motion

on the fact that the Plaintiff has a gun permit. Further, it appears that Defendant's

accusations are designed for the sole purpose of casting a cloud over the credibility of the

Plaintiff.

For the reasons stated above, Plaintiff respectfully requests that this Honorable

Court deny the Defendants' Joint Motion to Hold Plaintiff's Deposition at the Federal

Courthouse.

RESPECTFULLY Submitted this the _____ Day of _____, 2006

L. D. WALKER, III (WAL143)
Attorney For Plaintiff

OF COUNSEL:

L. D. WALKER, III
8650 Minnie Brown Road; Suite 160
Montgomery, Alabama 36117
Phone: (334)215-4513
Telecopier: (334)215-4532

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing document upon the following parties, by United States mail, postage prepaid, and properly addressed on this the _____ day of _____, 2006.

**Baker & Hostetler, LLP**
Attn: Tonya A. Jacobs; Rachel M. Smith
1000 Louisiana; Suite 2000
Houston, Texas  77002-5009

**Burr & Forman, LLP**
Attn: Ashley Hattaway
Wachovia Tower
420 North Twentieth Street; Suite 3100
Birmingham, Alabama  35203

**Melton, Espy & Williams, PC**
James E. Williams
Post Office Drawer
Montgomery, Alabama  36103-5130

OF COUNSEL