IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.  2:05 CV 925-T |
| | ) |
| ELECTRONIC DATA SYSTEMS | ) |
| CORPORATION and JEFF WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COME NOW J. Flynn Mozingo of the firm of Melton, Espy & Williams, P.C., and enters his Notice of Appearance as additional counsel of record on behalf of Defendant Jeff Williams in the above styled case.

Respectfully submitted this the 26th day of September, 2006.

/s/ J. Flynn Mozingo
J. FLYNN MOZINGO (ASB-9111-O73J)
Melton, Espy & Williams, PC
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Facsimile: (334) 263-7252
fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 26th day of September, 2006:

| | |
|---|---|
| *Counsel for Plaintiff:* | *Counsel for Electronic Data Systems Corporation:* |
| L.D. Walker, III | Ashley H. Hattaway |
| Suite 150 | Wachovia Tower |
| 8650 Minnie Brown Road | 420 North Twentieth Street, Suite 3100 |
| Montgomery, AL 36117 | Birmingham, AL 35203 |
| (334) 215-4513 | (205) 458-5135 |
| deewalker@parkplacecenter.com | ahattawa@burr.com |

      /s/ J. Flynn Mozingo
      J. FLYNN MOZINGO (ASB-9111-O73J)
      Melton, Espy & Williams, PC
      Post Office Drawer 5130
      Montgomery, AL 36103-5130
      Telephone: (334) 263-6621
      Facsimile: (334) 263-7252
      fmozingo@mewlegal.com