IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELECTRONIC DATA SYSTEMS )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05CV925-MHT<br>WO |

**ORDER**

Upon consideration of defendants' joint motion to hold plaintiff's deposition at the federal courthouse (Doc. #30) filed September 20, 2006, and plaintiff's response to the motion filed September 25, 2006 (Doc. #34), and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that the parties may use the courtroom of the undersigned (5B) for the deposition at any time from 10 a.m. to 5 p.m. on October 4, 2006.  Although the court is willing to make its courtroom available for this purpose in the interest of moving the discovery process along in an orderly fashion, it cannot undertake to provide any security specific to this proceeding.  All participants in the deposition are expected to conduct themselves with the decorum appropriate to the setting. It is further

ORDERED that counsel shall telephone the chambers of the undersigned to confirm the schedule for the deposition prior to October 4, 2006.

DONE, this 27th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE