IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP 29 P 2: 57

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. |
| ELECTRONIC DATA SYSTEMS CORPORATION AND JEFF WILLIAMS, | § § | 2:05-CV-925-MHT-SRW |
| Defendants. | | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
AFFIDAVIT IN SUPPORT OF EXPENSES
AND ATTORNEYS' FEES**

COMES NOW the Plaintiff, Adwowa Jacobs, by and through the undersigned attorney of record and objects to the bill submitted by the Defendants, and for cause, states the following:

To suggest that Plaintiff's attorney pay $2,405.00 in Defendants' attorneys' fees would be punitive in nature at the very least. Plaintiff's attorney has already paid the sum of $918.00 to the Defendants' attorneys. While not calling into question the veracity of the aforementioned attorneys, to attribute 13 hours to a Motion that could be 'cut and paste' certainly seems excessive as well as punitive.

Wherefore, the above premises considered, Plaintiff prays that this Honorable Court will disallow Defendants' attorneys' fee bill, or in the alternative, reduce said fee bill considerably.

RESPECTFULLY Submitted this the 29th Day of Sept, 2006

L. D. WALKER, III (WAL143)
Attorney For Plaintiff

OF COUNSEL:

L. D. WALKER, III
8650 Minnie Brown Road; Suite 160
Montgomery, Alabama 36117
Phone: (334)215-4513
Telecopier: (334)215-4532


## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing document upon the following parties, by United States mail, postage prepaid, and properly addressed on this the ____ day of _____, 2006.

**Baker & Hostetler, LLP**
Tonya A. Jacobs
1000 Louisiana; Suite 2000
Houston, Texas 77002-5009

**Burr & Forman, LLP**
Ashley Hattaway
Wachovia Tower
420 North Twentieth Street; Suite 3100
Birmingham, Alabama 35203

**Melton, Espy & Williams, PC**
James E. Williams
Post Office Drawer
Montgomery, Alabama 36103-5130

_____
OF COUNSEL