IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF WILLIAMS | § | |
| | § | |
| Defendants. | § | |

## NOTICE TO COURT REGARDING RECEIPT OF ATTORNEYS' FEES

Notice is hereby given that pursuant to this Court's October 5, 2006 Order [Docket No. 38], Defendant, Electronic Data Systems Corporation ("EDS") has received payment from Mr. L. D. Walker, attorney for Plaintiff, Adwowa Jacobs, in the amount of $1,000.00 for fees and expenses incurred by EDS in connection with Defendants' Joint Motion to Dismiss. [Docket No. 21].

Respectfully submitted,

**Baker & Hostetler LLP**

By:    s/Rachel M. Smith
       Tonya A. Jacobs
       State Bar No. 00790954
       Fed. ID No. 18459
       Rachel M. Smith
       State Bar No. 24046483
       Fed. ID No. 570875
       1000 Louisiana, Suite 2000
       Houston, Texas 77002-5009
       Telephone: (713) 751-1600
       Telecopier: (713) 751-1717

          **Burr & Forman LLP**

          Ashley H. Hattaway (HAT007)
          Wachovia Tower
          420 North Twentieth Street, Ste. 3100
          Birmingham, Alabama 35203
          Telephone: (205) 458-5135
          Telecopier: (205) 458-5100

Attorneys for Defendant
Electronic Data Systems Corporation

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 20th day of October, 2006 I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of the filing to the following:

     L. D. Walker, III
     The Walker Law Firm
     8650 Minnie Brown Road, Suite 160
     Montgomery, Alabama 36117

     James Williams
     Melton, Espy & Williams, P.C.
     P.O. Drawer 5130
     Montgomery, Alabama 36103

                        /s/
                       Rachel M. Smith