IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. |
| ELECTRONIC DATA SYSTEMS CORPORATION AND JEFF WILLIAMS, | § § § § § | 2:05-CV-925-MHT-SRW |
| Defendants. | § | |

**APPENDIX TO ELECTRONIC DATA SYSTEMS CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Exhibit A:      Declaration of Tonya A. Jacobs

Exhibit B:      Declaration of Leslie Liebman

Exhibit C:      Declaration of Christine Cornwell

Exhibit D:      Declaration of Tara Relf

Respectfully submitted,

**Baker & Hostetler LLP**

By:   s/Tonya A. Jacobs
     Tonya A. Jacobs
     State Bar No. 00790954
     Fed. ID No. 18459
     Rachel M. Smith
     State Bar No. 24046483
     Fed. ID No. 570875
     1000 Louisiana, Suite 2000
     Houston, Texas 77002-5009
     Telephone: (713) 751-1600
     Telecopier: (713) 751-1717

**Burr & Forman LLP**

     Ashley H. Hattaway (HAT007)
     Wachovia Tower
     420 North Twentieth Street, Ste. 3100
     Birmingham, Alabama 35203
     Telephone: (205) 458-5135
     Telecopier: (205) 458-5100

Attorneys for Defendant
Electronic Data Systems Corporation

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of October, 2006 I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of the filing to the following:

    L. D. Walker, III
    The Walker Law Firm
    8650 Minnie Brown Road, Suite 160
    Montgomery, Alabama 36117

    James Williams
    Melton, Espy & Williams, P.C.
    P.O. Drawer 5130
    Montgomery, Alabama 36103

    /s/
    Tonya A. Jacobs