IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | § | |
| WILLIAMS, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT EDS'
MOTION FOR FINAL SUMMARY JUDGMENT**

On this day the Court considered Defendant Electronic Data Systems Corporation's ("EDS") Motion for Final Summary Judgment.  The Court, having considered the pleadings, the Motion, and any Response thereto, is of the opinion that the Motion has merit and should be GRANTED.  It is, therefore,

ORDERED, that EDS's Motion for Final Summary Judgment is GRANTED.

IT IS FURTHER ORDERED, that Plaintiff, Adwowa Jacobs take nothing against Defendant Electronic Data Systems Corporation, that all claims asserted by Plaintiff are dismissed, and that all costs of court and expert fees be taxed against Plaintiff.

All relief requested and not expressly granted is denied.

**SIGNED** this _____ day of _____, 2006.

_____
JUDGE PRESIDING