IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:05-CV-925-MHT-SRW |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORP., and JEFF WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT JEFF WILLIAMS'S
## MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant, **JEFF WILLIAMS**, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to enter summary judgment in his favor on the grounds that there is no genuine issue of material fact and Defendant is entitled to summary judgment as a matter of law. Defendant further avers that it is entitled to summary judgment based upon the following:

1. The pleadings filed in this case;

2. The Memorandum Brief in Support of Defendant's Motion for Summary Judgment, filed concurrently herewith and with attached exhibits; and

3. All discovery of record filed in this case.

Respectfully submitted this the 31st day of October, 2006.

/s/ J. Flynn Mozingo
JAMES E. WILLIAMS (ASB-9283-W84J)
J. FLYNN MOZINGO (ASB-9111-O73J)
Melton, Espy & Williams, PC
255 Dexter Avenue
Post Office Drawer 5130
Montgomery, AL 36103-5130

Telephone: (334) 263-6621
Facsimile: (334) 263-7252
jwilliams@mewlegal.com
fmozingo@mewlegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 31st day of October, 2006:

*Counsel for Plaintiff:*
L.D. Walker, III
Suite 150
8650 Minnie Brown Road
Montgomery, AL 36117
(334) 215-4513
deewalker@parkplacecenter.com

*Counsel for Electronic Data Systems Corporation:*
Ashley H. Hattaway
Wachovia Tower
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203
(205) 458-5135
ahattawa@burr.com

Tonya A. Jacobs
Baker Hostetler
1000 Louisiana
Suite 2000
Houston, TX 77002-5009
tjacobs@bakerlaw.com

/s/ J. Flynn Mozingo
Of Counsel

2