## FREEDOM COURT REPORTING

Page 176

1  was extreme and outrageous besides the

2  way they --

3      A.    No.

4      Q.    -- handled the

5  investigation?

6      A.    Other than him still being

7  there.

8           THE REPORTER:  I'm sorry?

9      Q.    Pardon?

10     A.    Other than him still being

11 there, no.

12     Q.    So the fact that he wasn't

13 terminated?

14     A.    Well, yes.

15     Q.    Okay.  Anything else?

16     A.    No.

17     Q.    Can you tell me what

18 emotional distress you --

19     A.    I was --

20     Q.    Pardon me.  -- you claim to

21 have suffered because of EDS' outrageous

22 conduct?

23     A.    Anxiety attacks, panic

**FREEDOM COURT REPORTING**

Page 177

1  attacks, paranoia, humiliation.  I was

2  deprived of sleep.  I wasn't even

3  comfortable in my work environment

4  anymore.  Can't trust anybody around me,

5  just -- can't ride the elevator alone.

6          Q.      You said you have anxiety

7  attacks.  Have you ever had anxiety

8  attacks prior to February of 2005?

9          A.      No.

10         Q.      Do you still have anxiety

11  attacks?

12         A.      Periodically.

13         Q.      How often?

14         A.      Well, I had it actually the

15  month of February.

16         Q.      Of '05?

17         A.      '6.

18         Q.      Okay.

19         A.      I had one in February '06.

20  Was the year anniversary, actually the

21  year after the incident happened.

22  That's probably about around that

23  time.

**FREEDOM COURT REPORTING**

Page 178

1    Q.    Is that the last one that

2    you had?

3    A.    Yes.

4    Q.    Okay.  How often did you

5    have them before that?

6    A.    Before that?

7    Q.    Uh-huh (affirmative

8    response).

9    A.    Oh, after the '05 incident,

10   I was having it quite often.

11   Q.    What do you mean by quite

12   often?

13   A.    Seems like two, three times

14   a week and I'd have to actually leave.

15   Q.    And you'd leave work?

16   A.    Yes.

17   Q.    And your supervisor allowed

18   that?

19   A.    Yes.  I had a panic attack.

20   Paramedics had to be called on the

21   job.

22   Q.    When did you have a panic

23   attack?

## FREEDOM COURT REPORTING

Page 179

```
 1        A.     I don't recall the time, but

 2  I had one and had to be driven home.

 3        Q.     When was that?

 4        A.     I don't recall.

 5        Q.     This year?

 6        A.     Summer.  No, it's last

 7  year.

 8        Q.     Is that the last panic

 9  attack you've had?

10        A.     No, I had one in '06,

11  February.  I'm sorry.  '06.

12        Q.     So is there a difference

13  between an anxiety attack --

14        A.     No.

15        Q.     -- and a panic attack --

16        A.     No.  I thought --

17        Q.     -- or are they the same

18  thing?

19        A.     They're different.

20        Q.     How are they different?

21        A.     Panic attack last you -- the

22  panic I was just afraid, just frozen.

23  Anxiety is like I'm hyperventilating.
```

## FREEDOM COURT REPORTING

Page 180

1    Q.    Did anything happen

2    specifically in February '06 to make you

3    hyperventilate or was it just that it

4    was the anniversary?

5    A.    Well, it was around the

6    anniversary.

7    Q.    But was there anything else

8    specific that had happened?

9    A.    No.

10    Q.    What about the panic attack,

11    anything specific set it off or is it

12    just being at work?

13    A.    No, it wasn't being at work.

14    It was just -- just sitting there.  I

15    don't know.  During the summer, last

16    summer sometime is one of the times he

17    was talking to Annie or whatever.  And I

18    sit there and I cringe and I just

19    started shaking.  And I --

20    Q.    And when was the last panic

21    attack you had, was that last summer?

22    A.    Yes.

23    Q.    Do you take anything for

**FREEDOM COURT REPORTING**

Page 181

1    your anxiety?

2          A.    I just took Lexapro for

3    antidepressant supposed to calm me.

4    Some cloc -- I can't say the word.  It

5    start with a "C."

6          Q.    Okay.  What about for panic

7    attacks?

8          A.    No.

9          Q.    You said you're also

10   paranoid now?

11         A.    I was paranoid.

12         Q.    Okay.  For how long did that

13   last?

14         A.    Oh, that lasted good seven,

15   eight months.

16         Q.    But you don't feel like

17   you're paranoid now as --

18         A.    No.

19         Q.    When you say you were

20   humiliated, how?

21         A.    Just the -- just had -- one

22   of the coworkers made a remark about the

23   incident that I know I didn't say

## FREEDOM COURT REPORTING

Page 182

1 anything to anybody about, and she made

2 a remark -- two -- two remarks actually.

3 One of them was when I had an ice pack

4 on my shoulder and a heating pad on my

5 back because I had some torn, whatever,

6 cartilage, ligament, whatever the doctor

7 said. I can't remember. And she came

8 over and she asked me why did I have it

9 on. And I told her I said it's an

10 incident that happened last year and it

11 hadn't healed. She made the comment you

12 shouldn't have fought him. You just

13 have just gave him some. You shouldn't

14 have fought him off in the elevator.

15 You should have just gave him some.

16        Q.    Who was that?

17        A.    Laura. Laura McNeil.

18        Q.    And you're saying you never

19 spoke to --

20        A.    No.

21        Q.    -- Ms. McNeil about the

22 incident?

23        A.    Never. Never spoke to her

## FREEDOM COURT REPORTING

Page 183

1   about the incident.

2          Q.    Did you report her statement

3   to anyone?

4          A.    No.

5          Q.    Do you know if she spoke to

6   somebody you had talked to about the

7   incident?

8          A.    I don't know.  I know she's

9   friends with Brenda.

10         Q.    Okay.  So she might have

11  spoken to somebody you actually told?

12         A.    Right.

13         Q.    Okay.  And you said there

14  was something else?

15         A.    Oh, Debra.  The day of the

16  incident actually.  She was on a break

17  and I was talking to her about it and I

18  was like, Debra Adkins, and I was

19  talking to her about it.  And she said,

20  she made a statement, she said, you

21  might want to give it up to him and get

22  some of that cobweb off of your -- she

23  said the personal word of it --

## FREEDOM COURT REPORTING

Page 184

1    Q.    Are you and Ms. Adkins

2    friends?

3    A.    -- said cat.  Yes.

4    Q.    Did you report that?

5    A.    No.

6    Q.    And you'd actually talked to

7    Ms. Adkins --

8    A.    That day.

9    Q.    -- about the incident?

10   A.    Yes.

11   Q.    Any other thing that you say

12   contributed to your humiliation?

13   A.    I can't think of it.

14   Q.    Had you ever had anything

15   like this happen before?

16   A.    No.

17   Q.    Never had been in an abusive

18   relationship?

19   A.    No.

20   Q.    Hadn't been raped or

21   attacked?

22   A.    No.

23   Q.    You said that you were

## FREEDOM COURT REPORTING

Page 185

1  deprived of sleep?

2          A.      Oh, yes.

3          Q.      For how long?

4          A.      Oh, I know it had to been up

5  until -- still off and on now, but

6  constantly like seven, eight months,

7  nine months tops.

8          Q.      And you got Ambien?

9          A.      Yes.

10         Q.      Did you ever take Ambien

11 before this?

12         A.      No.

13         Q.      Any other thing, the

14 emotional distress, anything that has

15 happened that you claim to be the

16 emotional stress that you suffered?

17         A.      No.

18         Q.      Just anxiety, panic attacks,

19 paranoia, humiliation, deprived of

20 sleep.  You said you're not comfortable

21 in the work environment?

22         A.      Right.  Shoulder pain.

23         Q.      The shoulder pain?

## FREEDOM COURT REPORTING

Page 186

1      A.     Yes.

2      Q.     When did you see a doctor

3  about that?

4      A.     Actually, initially saw

5  Rachel McKinney back in February of last

6  year.  She sent me to a neurologist.

7      Q.     To a neurologist?

8      A.     Yes.

9      Q.     Okay.

10     A.     On -- on the 17th of

11  February of '05.

12     Q.     And who was that?

13     A.     Paul Miller.

14     Q.     And what did he do?

15     A.     He did a ECG or E something

16  on that.

17     Q.     And what did he find,

18  anything?

19     A.     I think he found something.

20  He gave me something.  Some

21  anti-inflammatory and he told me to come

22  back in six months.  And I came back in

23  six months and pains was still there.

## FREEDOM COURT REPORTING

Page 187

1    And he said he has to schedule an MRI.

2         Q.    Have you had an MRI?

3         A.    Yes.  Two.

4         Q.    And?

5         A.    And I don't know --

6         Q.    You don't know the

7    results?

8         A.    Yeah, I know the results.  I

9    don't know the terminology that they

10   used.

11        Q.    In layman's terms.

12        A.    Layman's terms, something is

13   torn in between that.  It was swelling.

14        Q.    Had you done anything

15   between February of '05 and when was the

16   MRI?

17        A.    The MRI I had November.  I

18   had two.  I don't recall the dates.  But

19   I had --

20        Q.    So November of '05?

21        A.    And -- no.  January this

22   year, '06, and I think it was one last

23   year.

## FREEDOM COURT REPORTING

Page 188

1    Q.    Okay.

2    A.    X-ray, MRI, one of the

3  two.

4    Q.    And it's your contention it

5  happened because of what was on the

6  elevator?

7    A.    Because I pulled -- tore

8  cartilage or ligament or something.  It

9  was swelling.  Said releasing fluids in

10  there.

11    Q.    And you hadn't done anything

12  between --

13    A.    No.

14    Q.    -- the visits that would

15  cause that?

16    A.    No.

17    Q.    Okay.  And my understanding

18  is you filed a worker's comp claim --

19    A.    Yes.

20    Q.    -- about a year after the

21  incident?

22    A.    Yes.  I didn't know about it

23  when I was going through physical

## FREEDOM COURT REPORTING

Page 189

1   therapy or something they was telling

2   me.  Dr. Barrington's office, she stated

3   she was going to -- I need to file a

4   workman's comp claim on it.  I didn't

5   know.  I was -- I just paying it.

6        Q.    And EDS didn't try to stop

7   you from filing a worker's comp claim,

8   did they?

9        A.    Not that I'm aware.

10       Q.    In fact you went to your

11  supervisor Tara Relf and she helped you

12  fill out the forms?

13       A.    No.  She just told me where

14  to go to get it.

15       Q.    Okay.  Did she have to fill

16  anything out?

17       A.    I think she did.  I don't

18  know.

19       Q.    What happened with that?

20       A.    They denied it because they

21  stated that it was on the elevator,

22  something.

23       Q.    Okay.  Did you appeal the

## FREEDOM COURT REPORTING

Page 190

1    denial?

2         A.    No.   I didn't -- didn't know

3    I could.

4         Q.    And do you know who made the

5    decision?

6         A.    No.

7         Q.    Okay.   Is it your

8    understanding that EDS has a third party

9    administrator for its worker's comp?

10        A.    No, I didn't.

11        Q.    Okay.   How did you find out,

12   who told you that your worker's comp had

13   been denied?

14        A.    They sent a letter.

15        Q.    Who's they?

16        A.    Someone out of Georgia from

17   the workman's comp.

18        Q.    Okay.   It wasn't from EDS?

19        A.    I'm not sure.

20        Q.    Do you have that

21   documentation?

22        A.    I don't know.   I may.   I

23   don't think I have it on me, but I have

**FREEDOM COURT REPORTING**

Page 191

1  it.  I'll give it to my attorney.  He'll

2  get it to you.

3      Q.    Who all have you seen as a

4  result of what you claim to have

5  happened at EDS?  And by seen, I mean

6  doctors or counselors.

7      A.    Vonceil Smith, Paul Miller.

8  You said for the incident or just

9  purely --

10     Q.    First as a result of the

11  incident.

12     A.    Okay.  Dr. Barrington,

13  McKinney, physical therapy at A -- AOS

14  which is Dr. Barrington's office, a

15  chiropractor.  I think it's Peavy.

16     Q.    What's his name again?

17     A.    Dr. Peavy.  P-E-A-V-Y.  I

18  think that's it.

19     Q.    Okay.  We've talked about

20  Ms. Smith.  She's a psychiatrist?

21     A.    Psychiatrist.

22     Q.    And you stopped seeing her

23  in November?

FREEDOM COURT REPORTING

Page 192

1       A.      Yes.

2       Q.      And what medication did she

3    give you?

4       A.      She actually can't

5    prescribe.  Another doctor in there

6    prescribe some -- the cloc -- start with

7    a "C" and Lexapro.  He put me on some

8    Zoloft that was too strong.  Ambien.

9       Q.      Okay.  Did you see this

10   other doctor?

11      A.      Yes.

12      Q.      What was his name?

13      A.      I can't recall his name.

14      Q.      How often did you see him?

15      A.      I think I saw him a total of

16   three times.

17      Q.      Were they counseling

18   sessions as well or was it --

19      A.      Yes.

20      Q.      -- just --

21      A.      Counseling.

22      Q.      Have you seen him since

23   November of '05?

## FREEDOM COURT REPORTING

Page 193

1       A.      No.

2       Q.      And I think you said that

3   your -- I guess your primary care

4   physician has been the one giving you

5   Lexapro now?

6       A.      Yes.   He's in Baptist

7   East.

8       Q.      Zest?

9       A.      East.

10      Q.      Okay.   How long has he been

11  prescribing Lexapro?

12      A.      I just begin new insurance.

13  Old primary so this year, April.

14      Q.      Was there a time frame you

15  weren't taking Lexapro or any other

16  antidepressant?

17      A.      No.   No.   I have Lexapro --

18  I have a prescription for Lexapro so on

19  file.

20      Q.      Okay.   Paul Miller?

21      A.      Neurologist.

22      Q.      Is he the person you saw for

23  your shoulder?

## FREEDOM COURT REPORTING

Page 194

1    A.    Yes.

2    Q.    When's the last time you saw

3  him?

4    A.    Well, I saw Barrington for

5  my shoulder.  Miller was ruling out MRI,

6  anything.  He's neurologist.

7    Q.    Okay.  So he was --

8    A.    I saw him in January.

9    Q.    So he's the person who did

10  the MRI?

11    A.    One of them, yes.  Stephen

12  Barrington did the other one.

13    Q.    And who's the one that said

14  you had something torn?

15    A.    Barrington.

16    Q.    What did Paul Miller say?

17    A.    He ruled out any neurology

18  damage and he referred me to

19  Barrington.

20    Q.    So you saw Miller first?

21    A.    I saw Miller first of last

22  year and they did an ECG on the

23  shoulder.

**FREEDOM COURT REPORTING**

1          Q.     And didn't find anything --

2          A.     No.  He wasn't specialized

3    in that.

4          Q.     What about McKinney, who was

5    that?

6          A.     She was my primary care.

7          Q.     When did you see her?

8          A.     I saw her February '05.  I

9    don't know the exact date.  But it was

10   like 13th or the 14th.

11         Q.     Prior to seeing Dr. Smith?

12         A.     No -- yes, prior to Smith.

13         Q.     Okay.  And what did Dr.

14   McKinney do for you in February of

15   '05?

16         A.     Give me some ibuprofens and

17   some Ambien.  Because I was explaining

18   to her I wasn't able to sleep.

19         Q.     Have you seen her since for

20   anything as a result of the incident?

21         A.     No.

22         Q.     Okay.  I assume you might

23   see her for something else, but nothing

## FREEDOM COURT REPORTING

Page 196

1  related to this incident?

2      A.    Right.

3      Q.    Okay.  You said you had some

4  physical therapy.  How often and when?

5      A.    Started it was three days a

6  week.

7      Q.    When was that?

8      A.    Started in May, June this

9  year.

10     Q.    Of '06?

11     A.    Yes.

12     Q.    Hadn't had physical therapy

13 before then?

14     A.    No.

15     Q.    Okay.  Are you currently?

16     A.    I have a -- physical

17 therapy?

18     Q.    Physical therapy.  How often

19 now?

20     A.    I have to do it three days a

21 week.

22     Q.    Where do you do it?

23     A.    Fluctuates.  They gave me --

**FREEDOM COURT REPORTING**

1    I couldn't afford it because it was too

2    expensive.  Gave me a chart and traction

3    and everything to do it at home, make

4    sure do it at home.

5            Q.    Do you still have medical

6    benefits through EDS?

7            A.    Yes.

8            Q.    Now, you said something

9    about a chiropractor.  When did you see

10   a chiropractor?

11           A.    I saw him in January '06.

12           Q.    Only once?

13           A.    Yes.

14           Q.    Why only once?

15           A.    Because the swelling was in

16   my neck so high that he stated to me

17   that I need to see a doctor to get the

18   swelling down.

19           Q.    Did he refer you to someone?

20           A.    No.  I had someone.

21           Q.    Did you see him before or

22   after you saw the neurologist Miller?

23           A.    Saw Miller '05 and I just

## FREEDOM COURT REPORTING

Page 198

1  went to a chiropractor '06, January

2  '06.

3        Q.    So you didn't see the

4  neurologist in '06?

5        A.    Yes, I did.  I saw one in

6  '05.

7        Q.    Okay.

8        A.    Saw -- when the swelling in

9  my shoulders, the anti-inflammatory

10  wasn't -- wasn't taking it.  I went to

11  see a chiropractor because I thought it

12  was tension.

13        Q.    Uh-huh (affirmative

14  response).

15        A.    And he did an X-ray and he

16  stated to me I have swelling.  Then I

17  went back to Miller.

18        Q.    Okay.  So you saw the

19  chiropractor first and then you went

20  back to Miller?

21        A.    Yes.

22        Q.    Okay.  Have you been back to

23  the cry -- chiropractor since?

## FREEDOM COURT REPORTING

Page 199

1      A.      No.

2

3          (Defendants' Exhibit No. 10 was

4           marked for identification)

5

6      Q.      You've been handed Exhibit

7  No. 10.  Do you recognize this

8  document?

9      A.      Yes.

10     Q.      What is it?

11     A.      From my psychiatrist,

12  Vonceil Smith.

13     Q.      Okay.  And she's actually a

14  licensed psychologist --

15     A.      Yes.

16     Q.      -- not a psychiatrist?

17     A.      Yes.

18     Q.      Okay.  And this is dated

19  March 14, 2005?

20     A.      Uh-huh (affirmative

21  response).

22     Q.      Is that about the time you

23  started seeing her?

**FREEDOM COURT REPORTING**

Page 200

1          A.     Yes.

2          Q.     Okay.   Why did she write

3    this note?

4          A.     Because of my anxiety and

5    panic attacks.

6          Q.     Did you ask her to write the

7    note?

8          A.     No.

9          Q.     Okay.   She handed you the

10   note --

11         A.     No, she did not.   I guess

12   during our sessions and the medicine

13   that was prescribed to me and she -- I

14   don't know why she did it.   But she --

15   based off of how I was acting,

16   responding.   She was questioning me

17   basically about the workplace and she

18   wrote the note.

19         Q.     Okay.   Did you ever give the

20   note to anybody?

21         A.     Yes.   I gave it to Tara.

22         Q.     Okay.   And what was Tara's

23   response?

## FREEDOM COURT REPORTING

Page 201

1    A.    Just filed it.

2    Q.    And did you ever have to

3 take some time off work because of the

4 anxiety attacks or panic attacks?

5    A.    Yes.

6    Q.    Okay.  And EDS let you take

7 that time off?

8    A.    Yes.

9    Q.    She said that your

10 medication regiment.  What was your

11 medication regiment in March of '05?

12    A.    That was the Ambien and

13 cloc -- start with a "C", some other

14 stuff, antidepressants.

15    Q.    I understand you've been on

16 different antidepressants.  Have you

17 ever been on more than one at a time?

18    A.    No.

19    Q.    Okay.  And you would take

20 the Ambien at night to sleep?

21    A.    Yes.

22    Q.    You didn't take it during

23 the day, did you?

## FREEDOM COURT REPORTING

Page 202

1        A.    No.

2        Q.    Okay.  And the

3    antidepressants, how often did you take

4    that?

5        A.    She had me take those once a

6    day.

7        Q.    Okay.  And were there any

8    side effects from the antidepressants?

9        A.    Not that I noticed.  I don't

10   know.  Maybe groggy.

11            THE REPORTER:  Maybe what?

12       A.    I'm sorry.  Groggy.

13       Q.    Did you ever have to leave

14   work because you were too groggy to

15   work?

16       A.    Yes.

17       Q.    When?  How often?

18       A.    Not often.  I don't

19   recall.

20       Q.    More than once that you left

21   work because you were too groggy?

22       A.    From the medicine?

23       Q.    Yes.

**FREEDOM COURT REPORTING**

Page 203

1      A.    Probably, yes.

2      Q.    Ten times, less than ten?

3      A.    No, it's not that.  No more

4  than two, three times probably.

5      Q.    And EDS always let you take

6  that time off?

7      A.    Sick time.

8      Q.    Sick time; correct?

9      A.    Yes.  Some vacation.  Took

10  vacation time off.

11      Q.    Okay.

12

13      (Defendants' Exhibit No. 11 was

14      marked for identification.)

15

16      Q.    This appears -- I mean,

17  you've got Exhibit No. 11 and it's

18  something I believe you produced to us.

19      A.    Uh-huh (affirmative

20  response).

21      Q.    It appears to be some sort

22  of pharmacy history?

23      A.    Right.

## FREEDOM COURT REPORTING

Page 204

1    Q.    Okay.  And this is your

2  pharmacy history for 2005?

3    A.    Uh-huh (affirmative

4  response).

5    Q.    Okay.  Can you tell me what

6  the first prescription fluconazole is

7  for?

8    A.    I don't know.  That's

9  from -- I think it was like something

10 like a Diflucan --

11   Q.    Okay.  This wasn't --

12   A.    -- like flu --

13   Q.    That --

14   A.    No, that's my GYN, the first

15 one.

16   Q.    Okay.  So Dr. Saucer is your

17 OB/GYN?

18   A.    Correct.

19   Q.    So anything he's on here for

20 wasn't as a result of the --

21   A.    No.

22   Q.    -- alleged incident at EDS?

23   A.    No.

# FREEDOM COURT REPORTING

Page 205

1    Q.    Okay.  And then you've got

2    Rachel McKinney, the ibuprofen?

3    A.    Correct.

4    Q.    Okay.  And she's your

5    primary care physician?

6    A.    Correct.

7    Q.    Okay.  And also the

8    Ambien?

9    A.    Yes.

10   Q.    Okay.  And it looks like she

11   didn't prescribe anything else for you

12   in 2005; correct?

13   A.    Correct.

14   Q.    Had she pres -- prescribed

15   for you in 2006?

16   A.    She's not my primary care

17   physician.  She's out of network, so I

18   had to find another one.

19   Q.    Who's your primary care

20   physician now?

21   A.    Baptist East.

22   Q.    Who?

23   A.    The Baptist East.

## FREEDOM COURT REPORTING

Page 206

1    Q.    Oh.  But do you have a

2  specific doctor?

3    A.    No.

4    Q.    Do you have a pharmacy

5  history printout for 2006?

6    A.    No.

7    Q.    Can you get one?

8    A.    Yes.

9    Q.    I'd ask that you get one and

10  provide to your attorney --

11    A.    Okay.

12    Q.    -- so he can give it to me.

13  Then you have Dr. Hall?

14    A.    Yes, Behavior Medicine.

15    Q.    Is he the psychiatrist that

16  worked with Dr. Smith?

17    A.    Yes.  Yes.

18    Q.    Okay.  And this has

19  Clonazepam?

20    A.    Yes.

21    Q.    In March of '05?

22    A.    Uh-huh (affirmative

23  response).

# FREEDOM COURT REPORTING

Page 207

```
1          Q.     Okay.  Was that an

2   antidepressant?

3          A.     I think that was the -- for

4   antipanic, antidepressant.

5          Q.     For panic or --

6          A.     Panic.  The panic.

7          Q.     That was panic?

8          A.     Yes.

9          Q.     Okay.  So that was not an

10  antidepressant?

11         A.     No.

12         Q.     Okay.  Then you have Dr.

13  Saucer again, who's --

14         A.     Yes.

15         Q.     -- the OB/GYN that's not

16  related to this?

17         A.     That's correct.

18         Q.     And you have in June of '05

19  Dr. Hall prescribing Clonazepam again?

20         A.     Okay.

21         Q.     And that's the anxiety,

22  panic attack?

23         A.     Yes.
```

## FREEDOM COURT REPORTING

Page 208

1      Q.    Okay.  There doesn't appear

2   to be any antidepressant on here?

3      A.    Plus he gave me samples.

4      Q.    Okay.  Do you know what

5   samples he provided?

6      A.    Lexapro and Zoloft.

7      Q.    Have you ever gotten a

8   prescription for either one of those?

9      A.    No.

10      Q.    Even today you don't have a

11   prescription?

12      A.    No, I have -- have a

13   prescription for it.

14      Q.    And who gave you that

15   prescription?

16      A.    Baptist East.

17      Q.    And when did you get that

18   prescription written?

19      A.    She gave me that August this

20   year.

21      Q.    So prior to August of '06,

22   you didn't have a prescription for an

23   antidepressant, you just had samples?

## FREEDOM COURT REPORTING

Page 209

1      A.     I had -- I had a

2  prescription but I had another sample

3  that I didn't need to get the

4  prescription filled.

5      Q.     Okay.  When did you

6  originally get the prescription?

7      A.     He gave that back to me back

8  in June of last year.

9      Q.     June of '05?

10     A.     Yes.

11     Q.     And you say he.  Who?

12     A.     Dr. Hall.

13     Q.     But you never had it

14 filled?

15     A.     No.  'Cause he gave me

16 enough samples.

17     Q.     And what was that

18 prescription for?

19     A.     Lexapro.

20     Q.     And currently I think from

21 earlier you're taking Ambien and

22 Lexapro --

23     A.     Right.

## FREEDOM COURT REPORTING

Page 210

1    Q.    -- and that's it?  Now, you

2  also made in your complaint an

3  allegation, a cause of action for

4  assault and battery.  Is that against

5  Mr. Williams, against EDS, or against

6  both?

7    A.    Mr. Williams.

8    Q.    Mr. Williams.  It's not

9  against EDS?

10    A.    No.

11    Q.    What about invasion of

12  privacy, is that against Mr. Williams or

13  against EDS or both?

14    A.    Both.

15    Q.    Okay.  How did EDS invade

16  your privacy?

17    A.    Public humiliation and the

18  shame basically and the uncomfortable

19  work environment that I incurred after

20  that.  Plus, they allowed -- I feel they

21  allowed it to go on and continue it to

22  go on.

23    Q.    Allowed what to continue to

## FREEDOM COURT REPORTING

1    go on?

2         A.    The hostile environment that

3    I'm in.

4         Q.    And what's that hostile

5    environment that you're in?

6         A.    The looks, the

7    intimidation.

8         Q.    And by intimidation, it's

9    all nonverbal and noncontact?

10        A.    Right.

11        Q.    Okay.  Anything else that

12   EDS has done to invade your privacy?

13        A.    Pretty much allowing it to

14   go on.

15        Q.    And by that you mean, it's

16   all after February of '05?

17        A.    Right.

18        Q.    Did they invade your privacy

19   prior to February of '05?

20        A.    No.

21        Q.    And when did they start

22   invading your privacy?

23        A.    By allowing it after '05,

## FREEDOM COURT REPORTING

Page 212

1  just allowing it to go on.

2      Q.    So by -- and by that I

3  mean -- I'm trying to pin down by

4  allowing it to go on.  I -- it is the

5  intimidation that you're talking about;

6  correct, or is it something else?

7      A.    The intimidation and

8  humiliation the -- just the

9  uncomfortable work environment.

10      Q.    How have they -- okay.  How

11  have they allowed the humiliation to go

12  on?  You haven't reported --

13      A.    Yes, I reported to Tara

14  the --

15      Q.    What did you report?

16      A.    -- intimidation that

17  Mr. Williams done.

18      Q.    All by Mr. Williams?

19      A.    Yes.

20      Q.    Okay.  And you're not aware

21  of what, if any, investigation EDS did

22  with respect to that?

23      A.    Well, yes, I am.  She stated

## FREEDOM COURT REPORTING

Page 213

1  to me there was nothing she could do

2  about it as long as, you know, he's at

3  a -- he's at a distance or something.

4  She said just deal with it.

5      Q.    Okay.  Do you know if an

6  investigation took place?

7      A.    No, it didn't take place.

8          MS. VIDEOGRAPHER:  Ms.

9  Jacobs, I'm sorry, I need to change

10  tapes.

11          MS. JACOBS:  That's okay.

12          MS. VIDEOGRAPHER:  Off the

13  record.  We conclude Tape 3.  The time

14  is 12:49.

15

16      (A brief recess was taken.)

17

18          MS. VIDEOGRAPHER:  Back on

19  the record.  We commence Tape 4.  The

20  time is 12:54.

21      Q.    (By Ms. Jacobs)  Ms. Jacobs,

22  we've been talking a little bit about

23  counselors or psychiatrists that you

## FREEDOM COURT REPORTING

Page 214

1   have seen since February of '05;

2   correct?

3       A.    Correct.

4       Q.    Have you actually been

5   diagnosed by any of them with

6   anything?

7       A.    Yes.

8       Q.    What's a diagnose that you

9   received?

10      A.    One doctor stated I was

11  suffering from post-traumatic stress

12  syndrome.

13      Q.    Who is that?

14      A.    Doctors at Baptist East.

15      Q.    So your primary care

16  physician?

17      A.    Yes.

18      Q.    Do you know specifically

19  which doctor at Baptist East that was?

20      A.    No.

21      Q.    Male or female?

22      A.    Male.

23      Q.    Had you been diagnosed with

## FREEDOM COURT REPORTING

Page 215

1  post-traumatic stress disorder prior to

2  that?

3          A.      Dr. Smith.

4          Q.      When did she diagnose you

5  with that?

6          A.      '05.

7          Q.      Anybody else?

8          A.      No.

9          Q.      Any other diagnosis that

10  you've been given?

11          A.      No.

12          Q.      So Dr. Hall, I think, was he

13  the psychiatrist that wrote the

14  prescriptions?

15          A.      Yes.

16          Q.      Did he make any diagnosis as

17  far as you're aware?

18          A.      Not as far as I'm aware.

19          Q.      When was the last time you

20  saw a doctor at Baptist East?

21          A.      August '06.

22          Q.      August '06?

23          A.      August '06.

## FREEDOM COURT REPORTING

1   Q.   And what was that for?

2   A.   A physical.

3   Q.   When's the last time you saw

4   a doctor with respect to your mental

5   issues?

6   A.   November '05.

7   Q.   And what doctor was that?

8   A.   Smith.

9   Q.   So you're not currently

10  seeing a psychiatrist or psychologist?

11  A.   No.

12  Q.   And you're not currently

13  seeing anybody at Baptist East for

14  that?

15  A.   No.

16  Q.   Have you talked to any of

17  your coworkers about this litigation?

18  A.   No.

19  Q.   You've not talked to one of

20  your coworkers the fact that you've sued

21  EDS or Mr. Williams?

22  A.   No, not sued.  I told them I

23  have an attorney.

## FREEDOM COURT REPORTING

Page 217

1    Q.    Okay.  Have you talked to

2  them about what you were planning to

3  do?

4    A.    No.

5    Q.    Have you talked to them --

6  have you ever talked to a coworker about

7  the fact that you thought EDS would

8  settle with you?

9    A.    No.

10   Q.    Have you talked to them

11 about any specific dollar amounts that

12 you want from EDS?

13   A.    No.

14   Q.    So if a coworker said you

15 had, they'd be lying?

16   A.    Yes.

17   Q.    Okay.  Have you told anybody

18 that EEOC thought you had a good case?

19   A.    No.

20   Q.    Have you told anybody that

21 your attorney said that EDS had offered

22 to settle with you?

23   A.    No.

## FREEDOM COURT REPORTING

```
1        Q.    Or that was going to settle

2   with you?

3        A.    No.

4        Q.    So if anybody said any of

5   those things, they would be lying?

6        A.    Correct.

7        Q.    Have you ever had

8   pornographic material on your

9   computer?

10       A.    No.

11       Q.    Have you ever been alleged

12  to have had it on your computer?

13       A.    Yes.

14       Q.    When was that?

15       A.    Back in '98, '99.

16       Q.    And what happened?

17       A.    Was pulled in the office and

18  showed some information.  Stated that

19  they pulled it off my computer and I

20  stated that it didn't come off my

21  computer.  I don't know how it got on

22  there.

23       Q.    Had you received some
```

**FREEDOM COURT REPORTING**

Page 219

1    pornographic information on that

2    computer?

3          A.    Not to my knowledge.

4          Q.    Did you state differently to

5    EDS?

6          A.    Yes, I did.

7          Q.    And what did you tell them?

8          A.    I told them I didn't know

9    where it came from.

10          Q.    You didn't tell them that

11    you'd received something from a friend

12    and deleted it or thought you had

13    deleted it?

14          A.    I told them -- I get --

15    probably said something along the line I

16    got an e-mail.  I didn't know what it

17    was.  Wasn't familiar and I deleted it

18    that way.

19          Q.    That you never even opened

20    it?

21          A.    No.

22          Q.    Now, if -- if a coworker

23    testified that you had -- had stated

## FREEDOM COURT REPORTING

Page 220

1  that you had brought a gun to work or

2  had it in you car, would they be

3  lying?

4      A.    Yes.

5      Q.    And if they stated that you

6  threatened to use it against another

7  coworker, would that be a lie as well?

8      A.    Yes.

9      Q.    Okay.  And if somebody said

10  that you had threatened your coworkers

11  or made threats against your coworkers

12  that would be a lie as well?

13      A.    Yes.

14      Q.    Have you ever talked to any

15  of your coworkers that this would be --

16  this litigation would be a way to get

17  you out of debt?

18      A.    No.

19      Q.    So if somebody said that,

20  that would be a lie as well?

21      A.    Yes.

22      Q.    Did you ever tell a coworker

23  that you had a role to play and that's

## FREEDOM COURT REPORTING

Page 221

1  why you were going to see a

2  psychiatrist?

3      A.    No.

4      Q.    Have you ever told a

5  coworker that EDS couldn't fire you

6  now?

7      A.    No.

8      Q.    Do you think EDS could fire

9  you?

10      A.    Yes.

11      Q.    Okay.  Do you think they

12  had -- that you understand the at will

13  nature of your employment that --

14      A.    Yes.

15      Q.    -- you can quit at any

16  time?

17      A.    Yes.

18      Q.    And they can fire you as

19  long as it's not for any legal reason?

20      A.    Yes.

21          MS. JACOBS:  Okay.  Pass the

22  witness to you.

23          MR. WILLIAMS:  Okay.

## FREEDOM COURT REPORTING

Page 222

1                MS. VIDEOGRAPHER:  You want

2    to just switch mics or want --

3                MR. WILLIAMS:  Sure.

4                MS. JACOBS:  Okay.

5                MS. VIDEOGRAPHER:  Or he can

6    use that one, whatever.

7                MS. JACOBS:  Happy to get

8    rid of the mic.

9                MR. WILLIAMS:  Sounds

10   agreeable.

11               MR. WALKER:  A lot of

12   responsibility comes with that mic.

13               MR. WILLIAMS:  That's right.

14

15   EXAMINATION BY MR. WILLIAMS:

16        Q.    Ms. Jacobs, do you have

17   family here in Montgomery?

18        A.    Yes.

19        Q.    Tell me the names of any

20   family that you have in this area, and

21   if they're employed, where they're

22   employed, please.

23        A.    My entire family's here.

# FREEDOM COURT REPORTING

Page 223

1  Cynthia Sanders, Eddie Sanders, Linda

2  Bowling.

3          Q.    Well, if you'll -- if you'll

4  go ahead, it might save some time.  Just

5  go ahead and tell me if where they live

6  and if they're employed.

7          A.    Most my family's here is --

8          Q.    I'm just saying, we do it

9  anyhow you want to.

10         A.    Okay.

11         Q.    But it'd be helpful if you'd

12  say their name, where they live, and if

13  they're employed and where.

14         A.    Cynthia Sanders, Ridgecrest,

15  employed at the -- I think it's the

16  Capitol; Eddie Sanders, retired, works

17  at the church; Jerome Bowling --

18         Q.    Which church?  I'm sorry.

19         A.    Freewill.  I'm sorry.

20  Freewill.  Jerome Bowling; stepfather,

21  Ellis; Mildred Smith, school teacher;

22  Eloise Smith, work at Baptist; Mable

23  Robinson, works at Wal-Mart; Reginald

## FREEDOM COURT REPORTING

Page 224

1   Smith, works on Gunter, IT; Daryl Smith,

2   works at Russell; Taqueta Smith, works

3   at Colonial Bank.  Let's see.  Andrew

4   Smith, works at Stern Brothers; Joseph

5   Smith, works at Rheem.  I have aunts

6   that's nurses.  Fab --

7              THE REPORTER:  I'm sorry.

8        A.    Fabiola Jacobs, she's a

9   nurse.  I have a big, huge family.

10       Q.    Let -- let me stop you right

11  there.  You didn't tell me what

12  relationship they were.  Tell me who are

13  your parents.

14       A.    Linda Bowling and Jerome

15  Bowling.  Well, Linda Bowling is my

16  mother.  Willie Jacobs, Major Willie

17  Jacobs is my father.

18       Q.    All right.  And the other

19  family members you listed, is that

20  brothers and sisters?

21       A.    No.  Aunties.  And I have a

22  sister Tonya Jacobs Phillips in

23  Mississippi.

**FREEDOM COURT REPORTING**

Page 225

1      Q.     Okay.  Let me ask you

2   something else.  We'll be here all day.

3   Why don't we just get a list.

4            MR. WALKER:  We'll get --

5   we'll put one together for you.

6            MR. WILLIAMS:  So you can

7   tell me what their relationship is.

8            MR. WALKER:  We'll -- we'll

9   give you the relationship and we'll give

10  you --

11     Q.     (Mr. Williams)  That'd be

12  great.  And your children, your two

13  sons, where they attend school?

14     A.     One at Floyd -- Floyd Middle

15  Magnet School.  The other one's at

16  Dannelly.

17     Q.     All right.  Since you've

18  been living at Flamingo Lane, has anyone

19  lived there with you other than your

20  sons and I think you said Eric Blue,

21  Senior?

22     A.     That's it.

23     Q.     All right.  Now where does

**FREEDOM COURT REPORTING**

Page 226

1  Eric Blue, Senior live now?

2  　　　　A.　　He's in North Carolina.

3  　　　　Q.　　Does he work in North

4  Carolina?

5  　　　　A.　　I'm not sure.  He just

6  recently relocated.

7  　　　　Q.　　What was he doing when he

8  lived down here with you?

9  　　　　A.　　He was general manager at

10 Applebee's.

11 　　　　Q.　　Has he ever been arrested?

12 　　　　A.　　I think so.

13 　　　　Q.　　For what?

14 　　　　A.　　I don't know.

15 　　　　Q.　　But you said I think earlier

16 he's the father of your two sons?

17 　　　　A.　　Yes.

18 　　　　Q.　　Is he originally from the

19 Montgomery area?

20 　　　　A.　　Yes, he is.

21 　　　　Q.　　Do you know where he went to

22 school here?

23 　　　　A.　　Lee, Robert E. Lee.

## FREEDOM COURT REPORTING

Page 227

1    Q.    Now, I thought you said

2    earlier that there was a Dr. Bernard

3    Hill at --

4         A.    Hale.

5         Q.    -- American Family Care?

6         A.    Hale.  Hale.

7         Q.    I'm sorry.

8         A.    Bernard Hale.

9         Q.    How do you Spell that?

10        A.    H-A-L-E.

11        Q.    Now, is he your doctor

12   too?

13        A.    No, he's not my doctor.

14   He's just an emergency care physician.

15        Q.    Okay.  Has he prescribe

16   medication for you?

17        A.    Yes, he did.  Ambien.

18        Q.    All right.  We saw a sheet

19   of paper that showed us Rite Aid and I'm

20   not sure what the location was, but it

21   looks like it's on West Fairview?

22        A.    Correct.

23        Q.    Is that your primary drug

## FREEDOM COURT REPORTING

Page 228

1    store?

2         A.    Yes.

3         Q.    Have you got any

4    prescriptions filled anywhere in the

5    last couple years anywhere else?

6         A.    Yes.  CVS.

7         Q.    Which location?

8         A.    Fairview.

9         Q.    All right.  So if we got the

10   records for Rite Aid and CVS on

11   Fairview, we'd have all your pharmacy

12   records --

13        A.    Yes.

14        Q.    -- within the last three or

15   four years?

16        A.    Yes.

17        Q.    All right.  You listed your

18   employment earlier since you graduated

19   from Alabama A&M in 1994.  Is there any

20   other employment that you didn't tell us

21   about?

22        A.    Since '94?

23        Q.    Since you graduated from

## FREEDOM COURT REPORTING

Page 229

1    college?

2         A.    No.  I was pregnant.  No.

3         Q.    Was Mr. Blue living in

4    Huntsville too at that time?

5         A.    Yes.

6         Q.    Did he go to Alabama A&M as

7    well?

8         A.    Yes.

9         Q.    The church that you attend,

10   you mentioned something about your

11   church.  Which church do you --

12        A.    Freewill.

13        Q.    What's the whole?

14        A.    Missionary Baptist Church.

15        Q.    And where is it located?

16        A.    Hill Street.

17        Q.    And is that the only church

18   you've attended during -- since the last

19   couple years?

20        A.    Yes.

21        Q.    The Boys and Girls Club that

22   was located in the same building, is

23   that Montgomery or central Alabama?

**FREEDOM COURT REPORTING**

Page 230

1        A.     I'm not sure.  I think

2   Montgomery.  I'm not sure.

3        Q.     Do you know anybody that

4   works there?

5        A.     No.

6        Q.     Or did you?

7        A.     No.

8        Q.     Okay.  You -- you mentioned

9   when you reported that there was some

10  knocking on your window or your door at

11  your house during that time period that

12  you called the police.  Was it the

13  Montgomery Police Department?

14       A.     Yes.

15       Q.     And so if we go to

16  Montgomery Police Department records,

17  there'll be records there --

18       A.     Yes.

19       Q.     -- for these occurrences?

20       A.     Yes.

21       Q.     More than ten times that you

22  reported it?

23       A.     No.

# FREEDOM COURT REPORTING

```
 1        Q.    Less than that?

 2        A.    Yes.

 3        Q.    And specifically what period

 4   of time did you report that this was

 5   occurring?

 6        A.    What do you mean, the time

 7   frame or --

 8        Q.    Yes, ma'am.

 9        A.    It was after -- it has to

10   been -- I know it was after February.

11   It might have been May '05, some in

12   June, July '05, if I'm not mistaken.

13        Q.    But you just don't have any

14   idea who that could have been?

15        A.    No.

16        Q.    And was Mr. Blue living

17   there at the time?

18        A.    He wasn't living there but

19   he was at -- he was there at the time.

20        Q.    So Mr. Blue could tell us

21   about circumstances of what had

22   occurred?

23        A.    Yes.
```

## FREEDOM COURT REPORTING

1    Q.    Now, you mentioned that you

2   got the .22 pistol.  But as I understand

3   it, you got the pistol and took it and

4   then locked it up at your house?

5    A.    I placed it in my closet in

6   my safe, correct.

7    Q.    Right.

8    A.    Yes.

9    Q.    Well, I mean, if it's in a

10  safe, it's locked up, isn't it?

11   A.    Correct.

12   Q.    Okay.  So you got the

13  pistol, you took it and put it in your

14  safe?

15   A.    Correct.

16   Q.    Have you ever shot it

17  ever?

18   A.    No.  Probably once.

19   Q.    Okay.  Do you know how to --

20   A.    No.

21   Q.    -- handle a gun at all?

22   A.    No.  That's why it's put

23  up.

## FREEDOM COURT REPORTING

Page 233

1       Q.    So basically you got the

2  gun, took it, put it in your safe and

3  never got it back out?

4       A.    No.

5       Q.    Right?

6       A.    Right.

7       Q.    What was the occasion for

8  you shooting it?

9       A.    Just practice, tried it, and

10  didn't like the way it felt.

11       Q.    Where did you shoot?

12       A.    Just out in the air.

13       Q.    In your yard?

14       A.    Yes.

15       Q.    And who was with you?

16       A.    No one.

17       Q.    Do you actually have

18  ammunition for it?

19       A.    Yes.

20       Q.    Do you have that at your

21  home?

22       A.    Yes.

23       Q.    Where is that located?

## FREEDOM COURT REPORTING

Page 234

1          A.     In the safe.

2          Q.     Okay.  So you got the gun,

3     you went and bought some ammunition.

4     Did you go buy ammunition for it?

5          A.     Yes.

6          Q.     Where did you buy it?

7          A.     Wal-Mart.

8          Q.     Got ammunition for it, shot

9     it once, took it, locked it up in your

10    safe and hadn't gotten it back out since

11    then?

12         A.     Correct.

13         Q.     And it's still there

14    today?

15         A.     Yes.

16         Q.     Do you own any other gun?

17         A.     No.

18         Q.     Have you ever owned any guns

19    before?

20         A.     No.

21         Q.     On this incident you

22    described for us in January of '05

23    involving Mr. Williams saying something

**FREEDOM COURT REPORTING**

1  to you that you were offended by, is

2  there anywhere we can find any

3  documentation about that incident?

4       A.    Other than speaking to

5  Brenda, no.

6       Q.    Well, I mean

7  documentation?

8       A.    No.

9       Q.    An e-mail, anything written

10  down?

11       A.    No.

12       Q.    An e-mail that you send a

13  friend from your house, anything?

14       A.    No.

15       Q.    So the only person that

16  could tell us anything about that other

17  than you would be Brenda?

18       A.    Correct.

19       Q.    And you say you reported to

20  her on the day it occurred?

21       A.    Yes.

22       Q.    All right.  Let me ask you a

23  couple of questions about Defendants'

**FREEDOM COURT REPORTING**

Page 236

1   Exhibit No. 6 that we talked to about

2   before which is the statement that you

3   typed up dated February 23rd of '05.

4   You typed that up, didn't you?

5        A.    Yes.

6        Q.    And that was less than two

7   weeks after you say this occurred;

8   correct?

9        A.    Yes.

10       Q.    And you actually typed this

11  yourself?

12       A.    Yes.

13       Q.    And you knew that when you

14  typed this that it was important to

15  prepare a full and accurate account what

16  had occurred; correct?

17       A.    Not -- an account of what

18  happened, yes.

19       Q.    I mean, you made a report to

20  Ms. Leslie Liebman, didn't you?

21       A.    Correct.

22       Q.    And you knew that she was

23  human resources; correct?

**FREEDOM COURT REPORTING**

Page 237

1     A.    Correct.

2     Q.    And you knew that you were

3 reporting something Mr. Williams had

4 done pursuant to sexual harassment

5 policy; correct?

6     A.    Correct.

7     Q.    You knew it was important to

8 include everything in here that had

9 occurred in that incident, didn't you?

10     A.    To report the incident, but

11 everything I didn't -- apparently, when

12 I was typing, I was thinking ahead of my

13 typing.

14     Q.    I'm not asking you what you

15 were thinking.

16     A.    Okay.

17     Q.    I'm asking you when you

18 prepared this you knew that it was

19 important to put everything in there

20 that had happened to you, didn't you?

21     A.    Not everything, majority of

22 what happened.

23     Q.    Okay.  So when you reported

## FREEDOM COURT REPORTING

Page 238

1    to human resources person, you were just

2    going to put most of what happened?

3         A.     I put down what happened to

4    me.  But I guess the details -- I didn't

5    put all the details.  I put down what

6    happened to me.

7         Q.     Okay.  So you didn't think

8    it was important enough when you made

9    this report less than two weeks from the

10   time it occurred to put the details in

11   the report; correct?

12        A.     I -- I put the details in

13   there.

14        Q.     Okay.  All right.  That's

15   what I asked you at the beginning of all

16   this.  When you made this statement,

17   Defendants' Exhibit No. 6, to the human

18   resources director, you knew that it was

19   important to give a full and detailed

20   account of what had occurred?

21        A.     You're saying full.  I put

22   the detail what happened.  I didn't but

23   the full detail.

## FREEDOM COURT REPORTING

Page 239

1    Q.    Let's just go with detail

2    then.  You knew when you made this

3    statement and when you typed it up that

4    it was important to put all of the

5    details of what had occurred, didn't

6    you?

7         A.    The detail, you put all.

8         Q.    What I just said --

9         A.    I didn't put -- you just

10   said all the detail.  I didn't put all

11   the detail.  I put the details.

12        Q.    Okay.  There's something

13   about this you don't like, isn't it?  Is

14   this -- let me ask you this:  Is

15   Defendants' Exhibit No. 6, is that a

16   true account of what occurred?

17        A.    Not all of what occurred but

18   what occurred.

19        Q.    Okay.  So you didn't give a

20   true and full account of what occurred

21   when you prepared this, did you?

22        A.    I gave the detail what

23   happened.

### FREEDOM COURT REPORTING

1      Q.    Okay.  Are the details

2  contained in Defendants' Exhibit No.

3  6?

4      A.    Not the full detail.

5      Q.    Okay.  And you didn't think

6  it important enough to give the full

7  details?

8      A.    I guess I blocked it out.

9      Q.    But once you went to see a

10  lawyer and you went to his office and he

11  typed it up, then you put some

12  additional information in Defendants'

13  Exhibit No. 8, didn't you?

14      A.    I put down -- all of this

15  right here is not on here (indicated).

16      Q.    Okay.  I didn't ask you

17  that.

18      A.    But this right here I told

19  exactly step by step what happened when

20  I was in his office.

21      Q.    No, ma'am, that's not what I

22  asked you.  If you'll listen carefully

23  to my question.

# FREEDOM COURT REPORTING

Page 241

1    A.    Said add --

2    Q.    I think it was fairly clear.

3  I said after you went to see your

4  lawyer --

5    A.    Uh-huh (affirmative

6  response).

7    Q.    -- and you signed

8  Defendants' Exhibit No. 8 and he typed

9  it up, it's got additional information

10 in it, doesn't it?

11   A.    It got what happened in

12 here.

13   Q.    It has additional

14 information --

15   A.    Yes.

16   Q.    -- that's not in Defendants'

17 Exhibit No. 6?

18   A.    Exactly.

19   Q.    The word "breast" is not in

20 Defendants' Exhibit No. 6, is it?

21   A.    Okay.

22   Q.    Is it?

23   A.    No.

## FREEDOM COURT REPORTING

Page 242

1     Q.    You didn't put it in there,

2  did you?

3     A.    I neglected to put that in

4  there.

5     Q.    When -- less than two weeks

6  after this occurred and you prepared a

7  written statement, you didn't put that

8  he had touched your breast, did you?

9     A.    No, I didn't.

10     Q.    All right.  And you didn't

11  put in Defendants' Exhibit No. 6 that he

12  put his hand in your pants either, did

13  you?

14     A.    No.

15     Q.    All right.  But after you

16  went to meet with your lawyer and he

17  typed it up, it's in Defendants' Exhibit

18  No. 8, isn't it?

19     A.    Yes.

20     Q.    Is that your rendition of

21  what happened or is that somebody

22  else's?

23     A.    That's what happened.

## FREEDOM COURT REPORTING

Page 243

1     Q.    But you didn't remember it

2  when you prepared Defendants' Exhibit

3  No. 6?

4     A.    I remember everything that

5  happened.

6     Q.    You didn't remember it when

7  you wrote this down, did you?

8     A.    When I wrote it, but I

9  remember everything that happened.

10     Q.    Right.  But when you

11  prepared Defendants' Exhibit No. 6

12  apparently you didn't remember it when

13  you prepared it because you didn't put

14  it in there?

15     A.    I remembered it then.  I

16  just neglected to put it in there.

17     Q.    It wasn't important to

18  you?

19     A.    It was very important.

20     Q.    But you didn't put it in

21  there?

22     A.    It was very traumatizing.

23     Q.    It what -- but you didn't

## FREEDOM COURT REPORTING

Page 244

1    put it in there, did you?

2         A.    I was traumatized.

3         Q.    Let me ask you something

4    about No. 8.  Did you type Defendants'

5    Exhibit No. 8 up?

6         A.    No.

7         Q.    Who typed that up?

8         A.    My lawyer.

9         Q.    Now, were you there when it

10   was prepared or was it provided to you

11   later?

12        A.    I think I was there.

13        Q.    Did you look at Defendants'

14   Exhibit No. 6 when you prepared --

15        A.    No.

16        Q.    -- No. 8?  No?

17        A.    No.

18        Q.    Did you review Defendants'

19   Exhibit No. 6 before this deposition?

20        A.    No.

21        Q.    Did you review Defendants'

22   Exhibit No. 8?

23        A.    No.

## FREEDOM COURT REPORTING

Page 245

1    Q.    What did you review?

2    A.    What did I review?

3    Q.    Right.

4    A.    My e-mails to Ms. Liebman.

5    Q.    All right.  Have we looked

6  at all of the documents here today that

7  you reviewed to prepare for your

8  deposition?

9    A.    I didn't review none of this

10  before I came here.

11    Q.    What I'm saying is do you

12  have any additional documents that we

13  have not gone over?

14    A.    E-mails to Ms. Liebman.

15    Q.    That are not -- that are not

16  in here?

17    A.    That's not on here, right.

18    Q.    Anything else?

19    A.    Huh-uh (negative

20  response).

21    Q.    I'm sorry?

22    A.    Sorry.  My performance

23  assessments.

**FREEDOM COURT REPORTING**

Page 246

1    Q.    I'm sorry.  What?

2    A.    My performance

3  assessments.

4    Q.    Okay.  Anything else?

5    MR. WALKER:  If I might

6  interject to save some time, there's

7  nothing she's reviewed that I didn't

8  produce.

9    MR. WILLIAMS:  Let -- let

10  me -- let her -- let her tell me that.

11  I don't need you to tell me.  I need her

12  to tell me what you reviewed.

13    You reviewed your

14  performance assessments?

15    A.    Uh-huh (affirmative

16  response).

17    Q.    You reviewed the e-mails

18  from Ms. Liebman.  Have you reviewed

19  anything else in preparation for your

20  deposition?

21    A.    No.

22    Q.    Do you have any handwritten

23  notes that you prepared?

## FREEDOM COURT REPORTING

Page 247

1      A.    These are stuff that was --

2  no.

3      Q.    I'm sorry?

4      A.    No.  No.

5      Q.    Well, what is all that?

6      A.    This is just junk.

7      Q.    Is it anything to do with

8  this?

9      A.    No, it doesn't.

10     Q.    What all I'm trying to find

11 out --

12     A.    I -- I just brought it in

13 looking professional.

14     Q.    You done a good job on that.

15 All I want to know is is there anything

16 else that you have reviewed to prepare

17 for your deposition other than the

18 e-mails, other than your performance

19 evaluations?

20     A.    No.

21     Q.    All right.  You don't have

22 to look in there.

23     A.    Okay.

## FREEDOM COURT REPORTING

Page 248

1    Q.    Just all I want to know is

2    have you reviewed anything else?

3    A.    No.

4    Q.    Did you prepare any notes?

5    A.    I prepared no notes.  I just

6    mentally wrote things down for myself.

7    Q.    When did you write things

8    down?

9    A.    Sunday.

10    Q.    Okay.  And What were you

11    looking at to write things down?

12    A.    Just pretty much my

13    performance assessment, e-mails, jot

14    down e-mails that I felt that was

15    important.

16    Q.    Okay.  Anything else that --

17    did you make any notes at the time this

18    occurred?

19    A.    As far as what?

20    Q.    Anything?

21    A.    About what, the incident

22    occurred?

23    Q.    Right.  Right after it

## FREEDOM COURT REPORTING

Page 249

1  or any time?

2       A.    Yes, I made several, several

3  notes.

4       Q.    Well, where are they?

5       A.    They may be at home.  Made

6  copies, forward to my attorney.  She

7  forwarded to her.

8            MR. WALKER:  Anything I've

9  got I've given --

10           MS. JACOBS:  I've got no

11  handwritten notes.

12           MR. WALKER:  I've not --

13      A.    No, no handwritten notes.

14           MR. WALKER:  I've not gotten

15  any handwritten notes.

16      A.    No.

17           MR. JACOBS:  And I don't

18  have any --

19           MR. WALKER:  I've not

20  received any handwritten notes.

21      Q.    (By Mr. Williams) What have

22  you prepared?  What have you prepared?

23      A.    What you mean prepared?

### FREEDOM COURT REPORTING

Page 250

1      Q.    Well, I mean, you just got

2  through telling me that you made some

3  notes?

4      A.    I have this (indicated.)

5      Q.    I thought you said that

6  didn't have anything to do with this?

7      A.    This my performance

8  assessments.

9      Q.    Okay. Other than that, I

10  thought you just told me that you had

11  made notes?

12      A.    I just made notes on certain

13  things as far as, you know, when I got

14  the stick -- stack of stuff they sent

15  me, just wrote down some stuff that I

16  remembered. I wanted to remember.

17      Q.    I'm confused. I thought

18  earlier I asked you during the course of

19  this after you say this occurred that

20  you made some notes?

21      A.    Yes, I have made notes, not

22  handwritten, typed notes.

23      Q.    All right. Where are

## FREEDOM COURT REPORTING

Page 251

1  they?

2      A.    I e-mailed those to my

3  attorney.  They were notes that I jotted

4  down.

5          MR. WALKER:  Wait.  Wait.

6  Time out.  Any correspondence that has

7  taken place between she and I are

8  questionably be privileged and wouldn't

9  have anything to do with this

10  deposition.

11      Q.    Right.  I'm not asking about

12  that.  All I want to know is you -- you

13  just told me earlier that you prepared

14  notes during the course of -- after this

15  incident; correct?

16      A.    Correct.

17      Q.    You made those notes?

18      A.    Correct.

19      Q.    All right.  And then you

20  sent them to your lawyer?

21      A.    Correct.

22          MR. WALKER:  She made them

23  for her lawyer.

## FREEDOM COURT REPORTING

Page 252

1      MR. WILLIAMS:  Well, now are

2  you going to testify or you going to let

3  her?

4      MR. WALKER:  I'm trying to

5  clarify.

6      MR. WILLIAMS:  Well, I mean

7  I -- I -- that's not what she just said.

8      Let me ask you this:  The

9  notes that you made, when did you make

10  them?

11      A.    I made them ongoing.  Every

12  time something happened, I took notes.

13  I typed them.  I sent them to my

14  attorney.

15      Q.    Right.  Anything else that

16  you looked at or reviewed?

17      A.    Such as?

18      Q.    Well, see, I don't know

19  because I didn't review it.  That's why

20  I'm asking you.

21      A.    I'm just wondering what --

22  which line -- I mean, review like what?

23      Q.    Well, you -- did you prepare

## FREEDOM COURT REPORTING

Page 253

1   for the deposition?

2       A.    I prepared myself mentally

3   for the deposition.

4       Q.    What about reviewing

5   documents?

6       A.    My e-mails that I stated

7   earlier.

8       Q.    All right.  Now, tell me

9   about how you go about preparing those

10   e-mails.

11       A.    If something happened, I'd

12   type it down.  An incident occurred, I'd

13   type it up.  I sent it to myself at home

14   and I sent it to my attorney.

15       Q.    Like give me an example of

16   something.

17       A.    The parking lot incident;

18   such and such date this occurred.

19       Q.    You would document what had

20   occurred and you would put what the

21   circumstances were; correct?

22       A.    Correct.

23       Q.    And anytime anything like

## FREEDOM COURT REPORTING

Page 254

1       this intimidation you talked about, you

2       would do -- type that up and say what

3       had happened?

4              A.     Correct.

5              Q.     What other -- give me some

6       other examples.

7              A.     That's basically it.

8              Q.     All right.  Other than

9       reviewing those e-mails to prepare for

10      your deposition, and other ones from Ms.

11      Liebman and then your performance

12      evaluations --

13             A.     Uh-huh (affirmative

14      response).

15             Q.     -- did you look at anything

16      else to help you prepare for the

17      deposition?

18             A.     The file that they sent me I

19      made copies for myself, the questions

20      that they wanted.

21             Q.     The?

22             A.     Ms. Jacobs.

23                    MR. WALKER:   Inter-

**FREEDOM COURT REPORTING**

Page 255

1   rogatories.

2        Q.    All right.  Other than that

3   then?

4        A.    No.

5        Q.    Other than the e-mails,

6   performance evaluations?

7        A.    That's it.

8        Q.    Notes you prepared and the

9   interrogatories and request for

10  documents --

11       A.    That's it.

12       Q.    -- anything else?  You know

13  right after you got off the elevator

14  after this -- you say this occurred, was

15  anyone standing there?

16       A.    No.

17       Q.    Nobody was a witness to that

18  either?

19       A.    No.

20       Q.    And you say this occurred,

21  this incident on the elevator, between

22  45 and 60 seconds?

23       A.    The ride of the elevator?

## FREEDOM COURT REPORTING

Page 256

1    Q.    Well, I mean, everything

2  that you say that happened happened in

3  that time frame?

4    A.    The elevator ride, yes.

5    Q.    All of what you've told us

6  about what you claim Mr. Williams did on

7  that elevator occurred between 45 and 60

8  seconds?

9    A.    Yes.

10    Q.    Let me ask you just a few

11  questions about this.  You say that

12  he -- in Defendants' Exhibit 8, you say

13  he began rubbing my breast and then he

14  began putting his hand in my pants.  Are

15  you talking about both hands, he's

16  rubbing you on your breast with --

17    A.    No.

18    Q.    -- both hands, putting both

19  hands in your pants?

20    A.    No.  He put his right hand

21  down my pants.

22    Q.    And how is he holding you,

23  how is he restraining you?

## FREEDOM COURT REPORTING

Page 257

1        A.     He's got his hands on this

2    way (indicated), push my body towards

3    his body and was holding me that way.

4        Q.     He's holding you with one

5    arm?

6        A.     Yes, he jerked, yes.  At the

7    time, I was only 115 pounds.

8        Q.     He's beside you or behind

9    you?

10        A.     He's on the side of me.

11        Q.     On your right side?

12        A.     On my right side.

13        Q.     And he's got which arm

14    around you?

15        A.     He has his left arm around

16    me (indicated), grabbed me.

17        Q.     Left arm around your

18    waist?

19        A.     Yes.

20        Q.     Standing beside your right

21    side?

22        A.     He's on the right side.  He

23    pressed his body right here and this was

## FREEDOM COURT REPORTING

Page 258

1    up under here and I'm pushing like that

2    (indicated).

3          Q.    So he's got his left arm

4    around you?

5          A.    Yes.

6          Q.    And then he's pulling on

7    you?

8          A.    Yes.

9          Q.    And you're trying to pull

10   away?

11         A.    I'm pushing.

12         Q.    You're pushing?

13         A.    Yes.

14         Q.    You're not trying to pull

15   away, you're pushing?

16         A.    No, I'm pushing.

17         Q.    And you're screaming?

18         A.    Get off.  Yes, I was

19   screaming.

20         Q.    And he takes -- while all

21   that's going on, he takes his right hand

22   and puts that in your pants?

23         A.    Yes.

**FREEDOM COURT REPORTING**

Page 259

1    Q.    And then all that's still

2    going on and then he takes his right

3    hand out of your pants?

4    A.    No.

5    Q.    Okay.  What did he do after

6    he took his --

7    He didn't take -- he

8    took his hand -- right -- the shirt was

9    tucked down in my pants.  He grabbed me.

10   He pulled me in.  And I looked, I said

11   get off me.  He put his hand down my

12   pants, pulled the blouse up and start

13   beginning to rub on me saying I felt

14   good.  He needed me to warm him up.

15   Then he was moving all up here and I

16   kept pushing off, get off -- get -- get

17   off of me.  Then -- then he say -- bing,

18   alerts you that the elevator door is

19   going to open and he released me.

20   Q.    So all the touching he did

21   on you on -- on your stomach and all

22   that, was with his right hand?

23   A.    Yes.

**FREEDOM COURT REPORTING**

Page 260

1    Q.    He was using his left hand

2   to hold you?

3    A.    He was restraining me like

4   this (indicated).

5    Q.    Around your waist?

6    A.    Yes.

7    Q.    Well, the way you just

8   described it didn't sound like he stuck

9   his hand in your pants?

10    A.    He did.

11    Q.    He did.

12    A.    Because my blouse was inside

13   of my pants.

14    Q.    Okay.

15    A.    He put his hand down in my

16   pants, pulled my shirt out.

17    Q.    Okay.

18    A.    My shirt was actually like

19   this (indicated) when I got off of the

20   elevator.

21    Q.    Okay.  Stuck his hand down

22   in the pants and pulled your shirt

23   out?

## FREEDOM COURT REPORTING

Page 261

1    A.    No.   Shirt inside my pants,

2   belt, slacks, gets on the elevator,

3   walks in the elevator, elevator door

4   closed.  He proceeded -- when the

5   elevator door closed, he grabbed me,

6   pulled me towards him on this way

7   (indicated).  This was locked under here

8   his frame (indicated).  Push his hand

9   down in my pants, pulled my shirt out of

10  my pants.  He was rubbing down -- he

11  start rubbing my stomach, then he moved

12  up.

13    Q.    Did he actually touch your

14  breast?

15    A.    Yes.  He touched the bra

16  area of the breast.

17    Q.    Okay.  And then that's when

18  the elevator stopped right after that?

19    A.    Bing.  That's all I

20  remember, bing and he -- he released

21  me.

22    Q.    You mentioned something

23  about your medical insurance.  Who --

**FREEDOM COURT REPORTING**

Page 262

1    that's probably through your employment.

2    Do you know what company that is,

3    whether that's Blue Cross --

4        A.    Aetna.

5        Q.    Aetna.

6        A.    Uh-huh (affirmative

7    response).

8        Q.    Now, you mentioned that they

9    ought to terminate Mr. Williams at EDS

10   or terminate Mr. Williams; right?

11       A.    Because of the incident,

12   yes.

13       Q.    Right.  And what you would

14   be asking them to do is take your word

15   for what happened?

16       A.    Yes.

17       Q.    'Cause if they take his

18   word, Mr. Williams' word, then he ought

19   not be terminated; right?

20       A.    Correct.

21       Q.    So why should they take your

22   word over his?

23       A.    I can't answer for him.

## FREEDOM COURT REPORTING

Page 263

1    Q.    Now, you told me -- told us

2    about all the doctors you've seen I take

3    it for your shoulder?

4    A.    Yes.

5    Q.    You got -- any other

6    physical injuries that you claim you

7    suffered other than your shoulder?

8    A.    No.

9    Q.    Now, who was the doctor if I

10   wanted to go and talk to a doctor and

11   find out what's wrong with your

12   shoulder, who's the one that knows the

13   most, is that Dr. Barrington?

14   A.    Barrington.

15   Q.    He's an orthopedic doctor?

16   A.    Yes.

17   Q.    He's told you you got torn

18   cartilage?

19   A.    Some leakage or tear that

20   fluids leak out.

21   Q.    Did he tell you that what

22   happened during the -- what you say

23   happened during this elevator ride in

**FREEDOM COURT REPORTING**

Page 264

1    February '05 would have caused --

2         A.    Yes.

3         Q.    -- this kind of injury?

4         A.    Yes.

5         Q.    He has said that?

6         A.    Yes.

7         Q.    But you didn't see him until

8    2006; right?

9         A.    Right.

10        Q.    And what is it that showed

11   the problem with your shoulder, MRI?

12        A.    Yes.

13        Q.    Okay.  While we're on that.

14   Let me ask you something about before

15   February of '05.  Have you seen any

16   other doctors that we haven't talked

17   about?

18        A.    Before '05?

19        Q.    (Nodded head affirmatively.)

20        A.    Yes, I had surgery on my

21   feet.  Yes.

22        Q.    Okay.  Who was that?

23        A.    Mark Veres.

## FREEDOM COURT REPORTING

Page 265

1              THE REPORTER:   Mark who?

2        A.     Veres.

3        Q.     V-E-R-E-S?

4        A.     Yes.

5        Q.     All right.   What about any

6   other physicians you've seen?

7        A.     Other than -- no.

8        Q.     Well, Dr. Saucer --

9        A.     Other than that --

10       Q.     -- for another problem.   Any

11   other doctors?

12       A.     No.

13       Q.     Been hospitalized other than

14   with your children?

15       A.     Other than female things,

16   no.

17       Q.     And that would be Dr.

18   Saucer?

19       A.     Correct.

20       Q.     A surgical procedure?

21       A.     Correct.

22       Q.     Any other

23   hospitalizations?

**FREEDOM COURT REPORTING**

Page 266

1          A.      No.

2          Q.      You had to go to the ER for

3   any problems that you've had?

4          A.      No.

5          Q.      None that you can think

6   of?

7          A.      None that I can think of.

8          Q.      All right.  If you went to

9   the ER, where would you go?

10         A.      Depends.

11         Q.      On the emergency room?

12         A.      Yeah.

13         Q.      Before February of '05, had

14  you ever had to take anything to sleep

15  at all?

16         A.      No.

17         Q.      Have you been to a

18  psychologist, psychiatrist?

19         A.      No.

20         Q.      Counselor of any kind?

21         A.      No.

22         Q.      Have you ever had any

23  problems with Mr. Blue that resulted in

## FREEDOM COURT REPORTING

Page 267

1  you having him arrested --

2         A.    No.

3         Q.    -- or calling the police on

4  him, anything like that?

5         A.    No.

6         Q.    Any other other than

7  Mr. Blue, you ever had any problems with

8  any other boyfriends?

9         A.    No.  Mr. Williams about it.

10        Q.    Were both your children born

11  here in Montgomery?

12        A.    Yes.

13        Q.    At which hospital?

14        A.    One was at Maxwell.  The

15  other one was at Jackson.

16        Q.    Okay.  And how is it at

17  Maxwell?

18        A.    My father was in the

19  military.

20        Q.    Okay.  You told us about

21  Baptist East.  But -- but can you not

22  tell us the name of any doctor?

23        A.    No, I just started seeing

## FREEDOM COURT REPORTING

Page 268

1  them.

2      Q.    All right.  Where is that

3  located?  It's not at the hospital?

4      A.    It's at the hospital.

5  Actually, at the hospital.

6      Q.    Okay.  You go to the

7  hospital to see this doctor?

8      A.    Has an office inside the

9  hospital.

10      Q.    Okay.  All right.  Other

11  than what you've told us about while ago

12  about the notes that you made about the

13  different incidents that occurred, have

14  you documented anywhere anything else

15  that relates to this lawsuit in any

16  way?

17      A.    No.  Other -- no.

18      Q.    You understand my

19  question?

20      A.    No.  I'm just --

21      Q.    In other words, we've seen

22  the e-mails that you send.

23      A.    Okay.

## FREEDOM COURT REPORTING

Page 269

```
1        Q.    We've seen the statements
2   that you prepared.  You told us that you
3   did some narratives that you prepared
4   that are typed.
5        A.    Okay.
6        Q.    Is there anything else that
7   you've done either writing it down?
8        A.    No.
9        Q.    Preparing narratives?
10       A.    No.
11       Q.    Doing tape recordings or
12  anything?
13       A.    Just -- no.
14       Q.    I mean --
15       A.    You said type it out.  Other
16  than the notes, I told you about those.
17       Q.    Right.
18       A.    That's it.
19       Q.    You told me that.
20       A.    That's it.
21       Q.    Anything else --
22       A.    That's it.
23       Q.    -- you know, where you would
```

**FREEDOM COURT REPORTING**

Page 270

1    write down and say, you know, this

2    happened today, keep a log or diary?

3          A.    I -- yes, I do have one

4    notebook, one notebook.

5          Q.    And what is that?

6          A.    It's basically same thing

7    that I typed.  I retyped them for --

8          Q.    What, is this like a log or

9    what is this?

10         A.    Yeah, it was a log.

11   Particular day and I typed it and

12   forward it.

13         Q.    All right.  Now, when did

14   you start doing that?

15         A.    Mid summer, last year,

16   '05.

17         Q.    So later after it occurred

18   after you had sent in your Defendants'

19   Exhibit No. 8, the thing is dated in

20   March, sometime after that --

21         A.    Yes.

22         Q.    -- you began this --

23         A.    Yeah.

## FREEDOM COURT REPORTING

Page 271

1       Q.    -- log?  But you typed it?

2       A.    Yes.

3       Q.    What kind of thing would you

4 put in there?

5       A.    Like the following incident,

6 stuff like that.

7       Q.    That you say he -- where he

8 followed you?

9       A.    Yes.

10       Q.    And would you still have all

11 that?

12       A.    I don't know.  I don't think

13 so.  Because once I typed it, I think I

14 just trashed it because I had a copy.

15       Q.    Okay.  Would this be

16 something you did on your computer?

17       A.    Yes.

18       Q.    All this preparation that

19 you did by way of notes or anything --

20       A.    Just typed, yes.

21       Q.    -- would be something you

22 put on your computer?  Are you just

23 saying you would have deleted at some

**FREEDOM COURT REPORTING**

Page 272

1  point in time?

2      A.    Yes.

3      Q.    But you probably could go

4  back and find it?

5      A.    I doubt it because I redid

6  my computer.

7      Q.    When did you do that?

8      A.    When it crashed.

9      Q.    When was that?

10     A.    Back in December.  My son

11 put a virus on it.

12     Q.    So you got a new computer

13 now?

14     A.    No.

15     Q.    Okay.  What did you do to

16 it?

17     A.    Just restore it.

18     Q.    Did someone do the work for

19 you?

20     A.    No, I did it.

21     Q.    You did it yourself?

22     A.    Yes.

23     Q.    You never filed

## FREEDOM COURT REPORTING

Page 273

1    bankruptcy?

2         A.    No.

3         Q.    And Mr. Walker's the only

4    lawyer you ever talked to about this?

5         A.    Yes.

6              MR. WILLIAMS:  Okay.  We can

7    take just about five seconds.  I think

8    we're probably --

9              MS. JACOBS:  I'm going to

10   have a couple more questions.

11             MR. WILLIAMS:  Okay.  Why

12   don't you go ahead and then we'll do

13   that.

14             MS. JACOBS:  Okay.

15

16   EXAMINATION CONTINUED BY MS. JACOBS:

17        Q.    Do you still have any

18   contact with Mr. Blue?

19        A.    Yes, periodically.

20        Q.    How often?

21        A.    Once or twice a week.

22        Q.    Okay.  And I think you've

23   testified he is the father of both your

## FREEDOM COURT REPORTING

Page 274

1  children?

2          A.    Yes.

3          Q.    But doesn't pay child

4  support?

5          A.    No.

6          Q.    Why not?

7          A.    Have to ask him.

8          Q.    Has he ever contributed to

9  their --

10         A.    Yes.

11         Q.    -- monetarily to their

12  education?

13         A.    Yes.

14         Q.    How often does he do that?

15         A.    Periodically.

16         Q.    Does he do it on a regular

17  basis?

18         A.    No.

19         Q.    Now, you testified earlier

20  that you typed some notes up.  You --

21  Had you a -- I guess wrote them down

22  first, typed them up, and then would

23  send them to yourself and to your

## FREEDOM COURT REPORTING

Page 275

1   attorney?

2          A.    Correct.

3          Q.    Okay.  So you typed them up

4   at work?

5          A.    At home, at work, when the

6   incident happened, yes.

7          Q.    Did you type any of them at

8   work on the computer --

9          A.    Yes.

10          Q.    -- at EDS?

11          A.    Yes.

12          Q.    And then from there you

13   would send them to yourself?

14          A.    Yes.

15          Q.    Otherwise why would you send

16   them to yourself?

17          A.    Why?

18          Q.    Yeah.

19          A.    For the home computer.

20          Q.    For your home computer;

21   right?  But if you typed them at home,

22   you wouldn't send them to yourself

23   because you've got them; right?

1      A.      I'm sorry?

2      Q.      I -- I'm just trying to

3  figure out why you would send them to

4  yourself if you typed them at home.  If

5  you typed them at home, don't you have

6  them?  So why would you resend it to

7  yourself, does that make sense?

8      A.      I send them to -- myself an

9  e-mail.  Whatever -- if I typed the

10  notes, I send them to Tara and my

11  attorney; those typed notes, this

12  incident happened.

13      Q.      So you would send those to

14  Tara as well?

15      A.      Some of them, yes.

16      Q.      Not all of them?

17      A.      No.

18      Q.      Okay.  And did they have

19  anything in them other than this is what

20  happened?

21      A.      I don't think so.

22      Q.      Okay.  So you didn't say

23  this is what happened.  What should I do

**FREEDOM COURT REPORTING**

Page 277

1    about it.  It would just be a factual

2    statement to your attorney, this is the

3    facts that happened?

4         A.    Those are the notes from

5    home.

6         Q.    Right.

7         A.    Right.

8         Q.    What about the ones from

9    work?

10        A.    Those are pretty much

11   incidents that happened and letting

12   Tara, whomever know what happened and

13   also send him a copy.

14        Q.    Okay.  So once again you're

15   not seeking advice, you're just saying

16   this is what happened?

17        A.    Right.  Right.

18        Q.    Okay.  And any of the ones

19   that you sent him from home saying this

20   is what happened today, did you ask him

21   any advice --

22        A.    No.

23        Q.    -- in those e-mails?

## FREEDOM COURT REPORTING

Page 278

1    A.    No.

2          MS. JACOBS:  I'd ask that

3    any of those e-mails be produced.  The

4    facts --

5          MR. WALKER:  I'm sorry.

6          MS. JACOBS:  Any of those

7    e-mails that she sent to you, if all

8    they have is facts in them they're

9    producible.  They are not

10   attorney/client privilege.

11         MR. WALKER:  I'll take a

12   look at them and see.

13         MS. JACOBS:  She has stated

14   she wasn't seeking legal advice.  She

15   was just telling you what happened.

16         MR. WALKER:  I'll -- I mean,

17   I'll review them.  I'll take a look at

18   them and see.

19   Q.    (By Ms. Jacobs)  Your

20   attorney provided me some supplemental

21   interrogatories today.  And they have a

22   couple of names on here that we haven't

23   talked about with respect to doctors.

**FREEDOM COURT REPORTING**

1      Dr. Benjamin Wouters.

2          A.      Wouters.

3          Q.      W-O-U-T-E-R-S?

4          A.      That's with Miller.  He's

5      with Miller.  MRI, the ECG.

6          Q.      Okay.  And have you seen

7      him --

8          A.      No.  Well, since that

9      incident?

10         Q.      Right.

11         A.      Yes, I saw him on '05.

12         Q.      He's the person that

13     performed the --

14         A.      Yes.

15         Q.      -- MRI?

16         A.      The ECG or something.

17         Q.      Any other time that you saw

18     Dr. Wouters?

19         A.      No.

20         Q.      Okay.  What about Dr. Oscar

21     Orille?

22         A.      I think that's another one

23     who did the MRI.

## FREEDOM COURT REPORTING

Page 280

1    Q.    He's with Dr. Miller as

2    well?

3    A.    No.  He's with Baptist.

4    Q.    Okay.

5    A.    Would have been at Baptist,

6    yeah.

7    Q.    So Dr. Miller is with

8    Baptist as well?

9    A.    He's Jackson and Baptist.

10    Q.    Okay.  Now, in this lawsuit,

11    you're obviously seeking damages of some

12    kind.

13    A.    Okay.

14    Q.    What do you want out of this

15    lawsuit?  What damages have you

16    suffered?

17    A.    Mental, physical.

18    Q.    Monetarily you haven't lost

19    any wages; correct?

20    A.    No.

21    Q.    'Cause you're still

22    employed?

23    A.    Correct.

## FREEDOM COURT REPORTING

Page 281

1    Q.    Okay.  Any other monetary

2    damages you're seeking?  Obviously, if

3    you're not seeking wages, anything

4    else --

5    A.    I'm --

6    Q.    -- besides for mental

7    anguish or something?

8    A.    No.

9    Q.    Okay.  Medical expenses?

10   A.    Yes.

11   Q.    Are they covered under your

12   medical --

13   A.    Not all of it.

14   Q.    What part isn't, your

15   copay?

16   A.    Copay, yes.

17   Q.    Okay.  So your copay you

18   think you're entitled to?

19   A.    Yes.

20   Q.    Okay.  Anything else?

21   A.    Attorney.

22   Q.    Okay.  Anything else?

23   A.    No.

# FREEDOM COURT REPORTING

Page 282

1    Q.    Okay.  Can you put a dollar

2  amount on what you think your mental

3  anguish has been?

4    A.    No.

5    Q.    You can't?

6    A.    No.

7    Q.    Why not?

8    A.    I just can't.

9    Q.    Okay.  You can't tell me

10  what you'd ask a jury to award you?

11    A.    No, I never actually thought

12  of that, thought that.

13    Q.    You've never thought of how

14  much money you could get out of this

15  lawsuit?

16    A.    No, did not.

17    Q.    And you've never talked to

18  anybody about how much money you could

19  get out of this lawsuit?

20    A.    No.

21    MS. JACOBS:  Why don't we

22  take the five minute break and we'll

23  wrap it up.

## FREEDOM COURT REPORTING

Page 283

1          MS. VIDEOGRAPHER:  Off the

2    record.  The time is 1:38.

3

4          (A brief recess was taken.)

5

6          MS. VIDEOGRAPHER:  Back on

7    the record.  The time is 1:42.

8          Q.    (By Ms. Jacobs)  Ms. Jacobs,

9    have you understood our questions today

10   or let us know when you haven't?

11         A.    Yes.

12         Q.    Okay.  And have you tried to

13   answer truthfully and fully and

14   accurately to the best of your

15   ability?

16         A.    Yes.

17         Q.    Okay.  Are there any issues

18   that you think you need to clear up

19   before we go off the record today?

20         A.    No.

21         Q.    No?

22         A.    No.

23         MS. JACOBS:  Okay.  Any

# FREEDOM COURT REPORTING

Page 284

1    further questions?

2         MR. WILLIAMS:   No further

3    questions.

4         MR. WALKER:   I don't have

5    anything.

6         MS. JACOBS:   Okay.

7         MS. VIDEOGRAPHER:   We

8    conclude the deposition.   The time is

9    1:42.

10

11

12

13

14

15         FURTHER DEPONENT SAITH NOT

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

Page 285

**A**

Aaron 9:2
ability 283:15
able 195:18
abusive 184:17
access 32:9 34:1
account 52:22
  236:15,17
  238:20 239:16
  239:20
accountable
  162:5,8,10
accurate 236:15
accurately
  283:14
accusation
  15:16
accusations
  15:14
act 55:3
acted 126:11
acting 5:19
  156:4 162:15
  200:15
action 53:16
  54:10,15 111:3
  113:9 162:5
  172:22 173:3,8
  173:22 210:3
actions 21:21
acts 37:21
Adams 5:3
add 241:1
addition 31:12
  85:18 110:11
  160:1
additional 160:1
  173:7,19,19
  240:12 241:9
  241:13 245:12
address 8:18,21
  9:4
adequate 154:6
Adkins 111:17

183:18 184:1,7
administrator
  190:9
admitted 159:16
advice 277:15
  277:21 278:14
advised 86:2
  120:20
Adwowa 1:7,19
  2:1 4:7 6:4,11
  6:20 7:1,13,18
Aetna 262:4,5
affairs 36:21
affirmative 22:6
  27:12 37:18
  49:22 57:5
  65:8 71:22
  74:4 87:23
  109:5,22 110:4
  118:15 119:13
  134:9,22
  148:18 178:7
  198:13 199:20
  203:19 204:3
  206:22 241:5
  246:15 254:13
  262:6
affirmatively
  264:19
afford 41:9
  100:19 197:1
afraid 94:6
  179:22
afterward 105:8
ages 9:1
ago 123:3
  136:19 268:11
agree 96:22
agreeable
  222:10
AGREED 1:16
  2:4,12,21
agreement
  109:10 120:13

121:1
ahead 76:17
  98:9 169:20
  223:4,5 237:12
  273:12
Aid 3:19 227:19
  228:10
air 19:6,7
  233:12
aisle 81:9
Alabama 1:2,23
  4:2 5:4,9,19
  6:3,19 8:16
  18:16,17
  228:19 229:6
  229:23
alerts 259:18
allegation 53:23
  115:11 116:3
  128:6 129:6
  155:19,23
  156:9,17
  158:14,16
  210:3
allegations
  96:16 108:5
  115:20,23
  121:9 128:21
  129:3 157:2,7
allege 173:22
alleged 53:15
  54:3 55:10
  133:11 204:22
  218:11
allowed 178:17
  210:20,21,23
  212:11
allowing 211:13
  211:23 212:1,4
Ambien 11:15
  12:13,14,15
  185:8,10 192:8
  195:17 201:12
  201:20 205:8

209:21 227:17
Ambiens 92:13
American 12:8
  227:5
ammunition
  233:18 234:3,4
  234:8
amount 104:20
  282:2
amounts 217:11
Andrew 224:3
Angelina 131:20
  132:6
anguish 281:7
  282:3
Annie 75:12,12
  102:11 104:23
  105:1,6,12,16
  107:4 135:9
  136:13 180:17
Annie's 106:2
  135:11
anniversary
  177:20 180:4,6
answer 9:19
  10:6,19 11:5
  159:13 262:23
  283:13
Anthony 73:2
  74:1 75:10,23
  78:8 124:10
antidepressant
  181:3 193:16
  207:2,4,10
  208:2,23
antidepressants
  201:14,16
  202:3,8
antipanic 207:4
Anti-depressa...
  11:17
anti-inflamma...
  186:21 198:9
anxiety 176:23

177:6,7,10
179:13,23
181:1 185:18
200:4 201:4
207:21
anybody 28:19
  46:21 48:20
  57:14 60:20
  61:2 66:2 69:8
  69:19 81:2
  82:4 91:10,13
  102:15 108:10
  118:8 122:20
  135:21 140:10
  151:12 152:10
  153:17 165:5
  170:9 171:3
  177:4 182:1
  200:20 215:7
  216:13 217:17
  217:20 218:4
  230:3 282:18
anymore 100:20
  177:4
anytime 253:23
AOS 191:13
apartment
  131:23 133:6
apologize 54:12
  75:4 78:19
apologized
  124:10
apparently
  127:13,20
  237:11 243:12
appeal 189:23
appear 208:1
APPEARAN...
  4:19
appearing 4:22
  5:4,9
appears 120:12
  203:16,21
Applebee's

# FREEDOM COURT REPORTING

Page 286

226:10
appreciate 77:7
appropriate
166:9
appropriately
153:8
approximately
20:5 21:5 65:5
April 20:7,9
21:6 44:5
193:13
area 23:18 56:20
63:10 68:1,4
70:8,22 72:22
74:19,21,21,22
75:5,6,7 81:22
95:16 102:7,11
104:17 108:3
135:4,7,10,22
222:20 226:19
261:16
Arenya 74:8
arm 257:5,13,15
257:17 258:3
Arnt 50:14
124:18
arose 122:16
arrested 18:2
226:11 267:1
Ashley 95:21
Ashley's 95:23
asked 47:18
48:11,13 55:11
64:5 72:18,23
75:2 83:17
86:3 88:3
93:21,23 94:12
124:2 130:19
147:16 182:8
238:15 240:22
250:18
asking 55:5 56:3
83:21,22
101:17,18

104:6,7 114:1
119:18 157:4
172:9 237:14
237:17 251:11
252:20 262:14
assault 210:4
assaulted 94:18
assessment
248:13
assessments
245:23 246:3
246:14 250:8
assign 2:17
assume 11:4
53:2 116:7,13
195:22
assumed 114:16
114:19,20
139:21 140:4
141:22
assuming
130:21 158:17
assumption
112:22 113:4
attack 101:14
178:19,23
179:9,13,15,21
180:10,21
207:22
attacked 184:21
attacks 176:23
177:1,7,8,11
181:7 185:18
200:5 201:4,4
attend 225:13
229:9
attended 22:11
229:18
attitude 163:2
168:15,18,20
attorney 9:10
14:2 16:6
120:21 121:3
122:2,4,6

144:12,15,19
144:23 147:1,3
191:1 206:10
216:23 217:21
249:6 251:3
252:14 253:14
275:1 276:11
277:2 278:20
281:21
attorneys 6:21
attorney/client
278:10
Audio 19:15
August 12:4,11
19:3 22:5
208:19,21
215:21,22,23
Aunties 224:21
aunts 224:5
Ava 74:3 75:11
107:3
Avenue 5:3
avenues 36:3
award 282:10
aware 29:2,19
38:2 51:17
52:15 53:5
134:3,4 189:9
212:20 215:17
215:18
A&M 18:16
228:19 229:6
A.J 7:21
a.m 6:4,16

_____

**B**

baby 21:16
back 12:3 13:15
24:7 37:13
42:13,21 62:10
62:11 64:2,17
65:4 72:22
74:11 86:17
87:3 89:14

93:23 94:4,4,8
95:16 99:8,10
100:13 102:6
102:12 103:8
103:13 119:9
119:19,22
124:21 134:15
139:20 142:3
143:16 166:21
166:22 167:12
182:5 186:5,22
186:22 198:17
198:20,22
209:7,7 213:18
218:15 233:3
234:10 272:4
272:10 283:6
background
127:10,14,18
127:21 128:1
128:13 129:23
130:4,9,14
131:5,7,10
133:14,20
154:7,13
badge 71:5
bag 42:16
BAKER 4:20
Bank 224:3
bankruptcy
273:1
Baptist 193:6
205:21,23
208:16 214:14
214:19 215:20
216:13 223:22
229:14 267:21
280:3,5,8,9
Barbara 74:6
75:10
bare 149:12
Barrington
191:12 194:4
194:12,15,19

263:13,14
Barrington's
189:2 191:14
base 19:7 34:22
35:3,5
based 56:13
156:17 200:15
basement 66:6
66:12
basically 14:9
15:13,15 25:5
37:20 52:22
57:19 60:19
62:4 72:12
84:17 86:20
97:16 114:2
115:9 119:2
120:1 123:14
123:15 145:1
156:3 175:18
200:17 210:18
233:1 254:7
270:6
basing 155:14
basis 135:22
274:17
battery 210:4
bed 58:19 59:3,5
bedroom 45:15
began 147:22,23
148:6,7,16
149:11,17,19
150:15 256:13
256:14 270:22
beginning 6:4
238:15 259:13
behalf 4:23 5:5
5:10
behavior 31:4,9
35:11 206:14
behind's 124:7
believe 54:20
56:5,17 57:7
110:2 152:20

# FREEDOM COURT REPORTING

Page 287

153:22 154:6
155:5,5 156:1
159:10 160:2
162:7 171:11
172:2 203:18
**belt** 261:2
**benefits** 197:6
**Benjamin** 279:1
**Bernard** 12:8
227:2,8
**best** 45:4 158:8
283:14
**better** 128:15
131:7 135:5
172:7
**bible** 117:1,16
**big** 124:7 224:9
**bill** 99:5
**billing** 99:1
**bills** 16:3 122:1
**bing** 71:21
259:17 261:19
261:20
**bit** 24:3 49:17
123:17 153:22
154:1 213:22
**bless** 69:5
**blew** 142:5
**blocked** 240:8
**blouse** 67:18
149:11 150:7
259:12 260:12
**blowing** 142:4
**Blue** 43:6,7
225:20 226:1
229:3 231:16
231:20 262:3
266:23 267:7
273:18
**board** 126:15
164:8
**body** 63:7 85:6
257:2,3,23
**book** 99:22

**born** 267:10
**bothers** 108:10
**bought** 234:3
**Bowling** 223:2
223:17,20
224:14,15,15
**box** 63:15
**Boyfriend** 43:1
**boyfriends**
267:8
**Boys** 29:9
229:21
**bra** 68:4,6,7,9
261:15
**break** 10:15
64:11 110:4
134:7 142:3
183:16 282:22
**breakroom**
58:10,15,21
61:22 64:7
73:12,13,14
104:15 137:1
**breaks** 10:16
**breast** 63:10
68:1,2,9 79:1
147:22 148:6
148:21 149:17
150:15 151:13
151:20 152:6
152:12 241:19
242:8 256:13
256:16 261:14
261:16
**Brenda** 47:20,21
59:15 61:3
74:2,17 75:9
81:4 87:9,9
96:5 107:3
183:9 235:5,17
**Brian** 45:2 46:3
46:4 65:17
**brief** 35:16
64:15 134:13

213:16 283:4
**bringing** 154:20
**brings** 158:13
**broken** 42:17
**Brook** 23:1
**brothers** 224:4
224:20
**brought** 220:1
247:12
**Brown** 5:8 74:8
**brush** 62:14
160:20
**brushed** 160:18
**building** 1:21
6:2,17 25:10
28:18 29:2
92:4 104:12
141:8,13,16
229:22
**bulb** 42:17
**business** 78:20
161:23
**butt** 42:17 83:5
**button** 62:20
**buy** 234:4,6

## C

**C** 20:15,18,19
21:9 181:5
192:7 201:13
**call** 23:21,23
34:13 93:22
94:4 118:14
119:2,11
**called** 31:17
42:13 93:20,23
94:4,7 115:4
123:8 143:4
178:20 230:12
**calling** 267:3
**calm** 95:13,14
95:14 181:3
**camaraderie**
69:4

**Capitol** 223:16
**car** 47:18,23
139:8,23 220:2
**care** 12:9 193:3
195:6 205:5,16
205:19 214:15
227:5,14
**carefully** 240:22
**Carolina** 226:2
226:4
**carried** 46:15
**carry** 38:15,18
40:7 46:22
**carrying** 38:10
**cartilage** 182:6
188:8 263:18
**Carver** 18:6,9
18:10
**case** 1:5 4:5 22:1
144:12 217:18
**cat** 184:3
**cause** 6:5 54:10
62:21 65:12
72:13 89:9
103:22 112:9
115:3 120:20
124:12 126:2
167:6 172:21
173:3,8,21
188:15 209:15
210:3 262:17
280:21
**caused** 264:1
**causes** 53:16
54:15
**center** 23:23
26:6 31:18
33:5,6,8,22
34:2 35:8,13
38:6 87:14,16
163:7
**central** 229:23
**cert** 158:13
**certain** 9:9 10:5

95:2 97:12
98:16 151:8
250:12
**certification**
30:21 50:23
51:2 52:13
**certify** 5:20
32:17 126:17
**chain** 36:13
118:13
**chair** 103:13
**change** 160:4
213:9
**changed** 25:19
144:7
**charge** 21:23
22:2 50:4,6
145:9,22
**charges** 129:6,8
**chart** 197:2
**Cheatham** 47:20
47:21 59:15
61:3,16 74:2
75:10 96:5
**check** 127:10,14
127:18,21
128:2,16
129:23 130:4,9
130:14 131:7
133:14 154:7
154:13
**checks** 133:21
**child** 43:15
123:16,20
124:6,8,9
274:3
**children** 43:10
225:12 265:14
267:10 274:1
**Chip** 42:16
**chiropractor**
191:15 197:9
197:10 198:1
198:11,19,23

## FREEDOM COURT REPORTING

church 22:11
116:23 117:15
223:17,18
229:9,11,11,14
229:17
cigarette 42:16
circumstances
231:21 253:21
Civil 5:22
claim 57:3 62:7
158:5 172:11
173:2 176:20
185:15 188:18
189:4,7 191:4
256:6 263:6
claims 54:4
clarify 252:5
clean 46:2,5
clear 99:1 241:2
283:18
Cline 74:6 75:10
cloc 181:4 192:6
201:13
Clonazepam
206:19 207:19
close 62:16
116:7,16,19
118:1
closed 62:20
115:10 261:4,5
closely 111:19
112:1
closest 45:14
closet 232:5
Club 29:9
229:21
cobweb 183:22
code 3:9 29:23
30:10 31:2,13
37:8,17 161:22
COE 124:3
coffee 58:11,22
Coke 42:16
cold 62:22 63:1

68:22
college 18:13
229:1
Collier 74:3
75:11 107:3
Colonial 224:3
Com 20:18
come 13:20
34:14 73:4
131:6 135:21
136:10 186:21
218:20
comes 46:1
104:16 108:8
131:17 135:23
222:12
comfortable
36:10 177:3
185:20
coming 58:13
62:10,11 65:4
108:2 142:3
commence 6:10
64:18 134:16
213:19
comment 182:11
comments 170:6
170:20 171:5,6
Commissioner
2:22 4:17 5:20
communication
69:22
comp 188:18
189:4,7 190:9
190:12,17
company 262:2
complaint 3:17
37:5 164:4,10
164:12 165:3,6
169:19 173:15
210:2
complaints 69:9
complex 132:1
compliance 2:8

36:19
computer 35:6
218:9,12,19,21
219:2 271:16
271:22 272:6
272:12 275:8
275:19,20
computers
123:17
Con 20:15,19
21:9
conclude 213:13
284:8
conduct 3:9
29:23 30:11
31:3,13 35:22
37:8,17 82:12
83:9 161:23
173:23 174:1
175:23 176:22
conducting
166:7,13
conference 94:5
95:10 96:4
114:12
confidential
164:5,7,13
165:4
confidentiality
109:10 120:13
121:1 165:7,9
165:10
confuse 124:8
confused 55:9
56:13 250:17
consider 61:9
69:16
consolidate 24:6
constantly 135:4
185:6
contact 16:5
40:18 86:7,9
86:13 87:6,12
121:13 122:2

144:15,18
170:10 273:18
contacted 84:17
86:5 121:3
124:3 144:12
166:7
contacts 170:7
contained 240:2
contend 170:15
contention
188:4
continue 210:21
210:23
continued 3:5
71:17 273:16
contract 24:6
26:6
contributed
184:12 274:8
Control 20:15
20:20
conversation
14:23 15:10
16:5,7 17:5
61:16 71:18
89:15,18 93:17
94:10,12 96:7
112:7 114:12
121:18 123:19
conversations
93:18 122:3
convicted 17:22
copay 98:19
99:9,11 281:15
281:16,17
copays 99:16
copies 77:12
249:6 254:19
copy 16:10,13
16:17 32:3,18
110:12 271:14
277:13
Cordial 69:7
core 25:1,3

27:10,21 51:3
51:23
corporation
1:11 4:11 5:1
6:12 55:17
correct 24:12
27:23 29:17,18
29:21,23 30:1
30:12,14,16,23
31:1,5,6,10,11
31:15,16,23
32:16,20 33:20
34:2,9,16 35:8
35:23 36:1,6
36:10,11,14,16
36:17,20,22
37:1,6,7,11,12
37:16,23 38:1
38:7,8,16 39:5
39:6,9 50:1,2,8
53:4,13,14
54:1,2,5 55:4
55:12,19,22
64:23 67:16,20
78:6 79:3 80:8
80:11 85:22
89:2 96:20,21
96:23 103:20
109:18,19
110:14,15,19
111:10 117:22
118:4,18,19,22
119:3,10,14,17
119:20,22,23
120:3,4,7,10
120:15 121:6
122:8 133:15
143:23 145:10
145:11 148:8,9
152:18 154:21
157:19,20
158:3 159:21
159:22 165:22
171:13 175:17

# FREEDOM COURT REPORTING

203:8 204:18
205:3,6,12,13
207:17 212:6
214:2,3 218:6
227:22 232:6
232:11,15
234:12 235:18
236:8,16,21,23
237:1,5,6
238:11 251:15
251:16,18,21
253:21,22
254:4 262:20
265:19,21
275:2 280:19
280:23
**correspondence**
14:10 25:4
86:19 251:6
**counsel** 1:18
2:13,15 5:23
16:20,23 44:7
121:5
**counseled** 101:4
**counseling**
192:17,21
**Counselor**
266:20
**counselors**
191:6 213:23
**Count** 171:9
**couple** 86:12
87:4 93:10
228:5 229:19
235:23 273:10
278:22
**course** 35:7
250:18 251:14
**courses** 126:16
126:17,20
158:12
**court** 1:1 2:9 4:1
5:18 9:15,16
**Courthouse**

6:18
**Courtroom** 1:22
6:3
**covered** 281:11
**coworker** 47:9
49:4 64:4
72:23 83:5
217:6,14
219:22 220:7
220:22 221:5
**coworkers** 47:3
49:12 82:16,19
85:2,4,7
181:22 216:17
216:20 220:10
220:11,15
**crashed** 272:8
**crazy** 110:23
112:3,9,14
113:7 162:19
**created** 14:18
**credit** 128:5
**crime** 17:23
**cringe** 180:18
**cross** 126:15
262:3
**cry** 198:23
**crying** 73:18
**CSR** 117:10
**cubicle** 74:22
**cubicles** 75:19
104:3
**cup** 48:9,11
**current** 133:21
**currently** 8:10
11:10 13:1
22:16 26:9
27:15 28:5,20
43:12 50:10
196:15 209:20
216:9,12
**customer** 23:12
23:22 24:13
25:7 117:11,23

**CVS** 228:6,10
**Cynthia** 223:1
223:14

——————

## D

**daily** 12:22 34:4
**damage** 194:18
**damages** 280:11
280:15 281:2
**Dannelly** 225:16
**Danny** 74:10
**Daryl** 224:1
**Data** 1:11 4:11
4:23 6:11 7:9
**database** 52:10
52:13
**databases**
123:10
**date** 5:21 6:15
65:1 89:3,5
107:15 122:13
146:8 195:9
253:18
**dated** 78:2 80:5
88:23 131:21
131:22 133:4
146:3 199:18
236:3 270:19
**dates** 187:18
**dating** 132:20
**Davis** 74:9
**day** 2:2 10:16
41:23 67:17
69:5,5 74:15
86:11 90:1,12
102:8 106:6,14
106:17 112:4
118:13 135:8
183:15 184:8
201:23 202:6
225:2 235:20
270:11
**days** 86:12
196:5,20

**deal** 95:4,6,8
101:9 213:4
**dealings** 101:7
**dealt** 163:15
**Debra** 111:17
113:6 183:15
183:18
**debt** 220:17
**debts** 17:20
**December** 42:5
43:20 272:10
**decision** 190:5
**Dee** 7:12
**deep** 158:16
**defendant** 4:23
5:5 7:8,11
17:15 170:8
**Defendants** 1:13
3:8 4:13 30:3
33:11 38:21
77:15 79:21
88:7 108:23
145:16 169:22
199:3 203:13
235:23 238:17
239:15 240:2
240:12 241:8
241:16,20
242:11,17
243:2,11 244:4
244:13,18,21
256:12 270:18
**defendant's**
173:23
**degree** 18:22
**deleted** 219:12
219:13,17
271:23
**demoted** 52:11
143:20
**denial** 190:1
**denied** 96:15
157:1,6 189:20
190:13

**department**
85:21 230:13
230:16
**Depends** 138:12
266:10
**deponent** 6:19
6:20 284:15
**deposition** 1:19
2:1,5,6,10,18
2:22 6:10 9:7
13:17,20
244:19 245:8
246:20 247:17
251:10 253:1,3
254:10,17
284:8
**deprived** 177:2
185:1,19
**derogatory**
170:6,20 171:5
**describe** 158:9
**described**
234:22 260:8
**desk** 61:18 64:4
80:20 81:21,22
102:9 103:1
104:23 105:19
106:2,22 123:8
124:1 139:20
**detail** 91:5
147:18 238:22
238:23 239:1,7
239:10,11,22
240:4
**detailed** 238:19
**details** 110:13
114:7,8 147:11
160:16 238:4,5
238:10,12
239:5,11 240:1
240:7
**diagnose** 214:8
215:4
**diagnosed** 214:5

# FREEDOM COURT REPORTING

214:23
diagnosis 215:9
215:16
diary 270:2
difference
179:12
different 33:5
36:4,4 52:18
52:20,21,22
69:23 127:7
128:15 131:7
139:4 145:4
147:12 149:16
155:21 168:16
172:5 173:1
179:19,20
201:16 268:13
differently
161:15 167:16
168:3,9 169:17
219:4
difficult 13:9,12
Diflucan 204:10
director 238:18
disciplinary
21:20 83:17
84:7
discipline 84:2,4
160:12
disciplined 83:8
83:23 84:5
101:4
disciplines
83:12
discredit 116:12
discrimination
22:2 145:9,23
discuss 97:17
discussed 47:14
173:16
discussion
143:13
disorder 215:1
disrespect 79:12

80:11
disrespectful
76:13 78:18
distance 104:21
213:3
distress 176:18
185:14
DISTRICT 1:1
1:2 4:1,2
DIVISION 1:3
4:3
doctor 91:22
92:6 182:6
186:2 192:5,10
197:17 206:2
214:10,19
215:20 216:4,7
227:11,13
263:9,10,15
267:22 268:7
doctors 191:6
214:14 263:2
264:16 265:11
278:23
document 30:8
33:16 88:12
199:8 253:19
documentation
190:21 235:3,7
documented
268:14
documents
13:16 245:6,12
253:5 255:10
doing 10:4 69:3
69:4 110:3
156:4 168:12
226:7 269:11
270:14
dollar 217:11
282:1
door 41:12
60:14,16,17
61:2 62:16,20

63:22 70:22,23
71:9 103:3
230:10 259:18
261:3,5
doors 70:5 71:8
doubt 272:5
downsized 26:4
52:6,8
Dr 12:1,13 99:21
99:23 100:3,6
100:10 189:2
191:12,14,17
195:11,13
204:16 206:13
206:16 207:12
207:19 209:12
215:3,12 227:2
263:13 265:8
265:17 279:1
279:18,20
280:1,7
drive 139:23
driven 179:2
driver's 3:11
39:7
drug 227:23
duly 7:2

---

**E**

E 5:3 186:15
226:23
ear 81:10
earlier 209:21
226:15 227:2
228:18 250:18
251:13 253:7
274:19
early 27:21 29:4
134:20,21
easier 9:14
East 193:7,9
205:21,23
208:16 214:14
214:19 215:20

216:13 267:21
ECG 186:15
194:22 279:5
279:16
Eddie 223:1,16
edit 25:1,3,4
27:10 51:3,23
edition 30:13,15
EDS 3:9 19:2,5
22:5,14,17
23:14 24:3
25:14 26:10
27:1 28:19
29:16,23 30:10
30:15 31:8,13
31:22 33:18
34:6 35:23
36:9 37:20
38:11 49:17,20
53:12 55:1,2
55:15,17,20
56:5 82:12
83:9,12 95:2
97:11,13 98:1
98:5,16 99:8
103:14 107:23
126:8,9 127:11
127:13,18
130:19 131:11
132:4 133:8,11
133:16,20
134:2,3 135:14
136:5 143:22
147:13 149:1
150:2,14,18,20
150:22 151:6
151:13 152:10
153:17,22
154:16 155:5,9
156:1 158:5,10
159:15 162:1
163:1,2,2
164:2 167:9,12
170:10 171:11

171:18 172:2
172:12 174:2,4
175:23 176:21
189:6 190:8,18
191:5 197:6
201:6 203:5
204:22 210:5,9
210:13,15
211:12 212:21
216:21 217:7
217:12,21
219:5 221:5,8
262:9 275:10
education
274:12
Edwards 131:21
132:6,11 133:7
EEOC 3:16
145:9 146:1
147:20 148:11
151:2 217:18
effect 2:7
effects 11:21
202:8
eight 25:11,12
74:20,21 75:1
75:5,17 181:15
185:6
either 17:15
36:12 83:1
93:2 118:5
150:2 158:6
208:8 242:12
255:18 269:7
Electronic 1:11
4:11,23 6:11
7:9
elevator 56:22
57:4,15,16,19
58:13,16,23
62:16 63:21
65:19,21,23
66:3,5,10,16
66:20 67:1

# FREEDOM COURT REPORTING

Page 291

68:13 69:14 70:5,7,17,20 71:21 72:13,16 78:16 86:23 94:21 95:19 97:3 113:14 115:14 125:21 139:18,19 152:18 174:9 174:11 177:5 182:14 188:6 189:21 255:13 255:21,23 256:4,7 259:18 260:20 261:2,3 261:3,5,18 263:23

**elevators** 62:13 70:11,13 71:1

**Ellis** 223:21

**Eloise** 223:22

**else's** 85:13 242:22

**emergency** 227:14 266:11

**emotional** 176:18 185:14 185:16

**employed** 19:17 20:1,3,14 21:12,13 22:14 22:16 132:8 156:8,11 159:5 222:21,22 223:6,13,15 280:22

**employee** 19:11 36:16 37:3,22 38:10 85:21 111:14 127:16

**employees** 34:7 35:20 55:3,6 55:21 56:5 128:3 133:21

**employment** 221:13 228:18 228:20 262:1

**engaged** 82:11

**ensure** 126:10

**entails** 130:9 157:22

**entire** 222:23

**entitled** 35:10 281:18

**entrance** 104:15

**environment** 177:3 185:21 210:19 211:2,5 212:9

**ER** 266:2,9

**Eric** 9:2 43:6 225:20 226:1

**escalate** 87:11

**escalates** 165:15

**ESPY** 5:2

**ESQUIRE** 5:7

**ethics** 36:18

**evaluations** 247:19 254:12 255:6

**events** 90:23

**everybody** 103:6 126:14

**evidence** 2:19 42:13,14,15

**exact** 48:4 195:9

**exactly** 90:3 116:22 154:3 160:10,12,13 160:15 175:4 240:19 241:18

**examination** 3:2 6:6 7:15 222:15 273:16

**examined** 7:2

**example** 147:19 253:15

**examples** 254:6

**excuse** 63:4,10 95:5

**exhibit** 30:3,7 33:11,15,15 35:10,19 37:14 38:21 39:1 60:10,11 77:15 77:19 79:21 80:2 88:7,10 108:23 109:4 145:16,20 148:10 149:4,5 169:22 170:3 199:3,6 203:13 203:17 236:1 238:17 239:15 240:2,13 241:8 241:17,20 242:11,17 243:2,11 244:5 244:14,19,22 256:12 270:19

**EXHIBITS** 3:8

**expanded** 26:2

**expenses** 281:9

**expensive** 197:2

**explain** 58:3 161:3,9,9,10

**explaining** 195:17

**extreme** 173:23 174:2 176:1

**eyes** 102:13 103:12

**e-mail** 3:12,13 3:15 14:9 76:17 77:5,9 77:22 78:23 79:6,15,16,19 80:2,23 81:1 86:14,18 89:10 89:20,21 90:15 90:16 91:18 93:5,16 107:14

107:16 108:15 109:12,15,20 110:21 111:8 116:5 118:12 118:23 119:16 119:21 123:11 219:16 235:9 235:12 276:9

**e-mailed** 76:11 76:14 86:16,17 89:14 90:1 124:21 251:2

**e-mails** 245:4,14 246:17 247:18 248:13,14 253:6,10 254:9 255:5 268:22 277:23 278:3,7

---

**F**

**F** 68:16

**Fab** 224:6

**Fabiola** 224:8

**face** 140:2,17

**facility** 24:4 49:20 50:7

**fact** 29:22 36:2 47:15 154:16 176:12 189:10 216:20 217:7

**facts** 158:4 173:7,19 277:3 278:4,8

**factual** 277:1

**fairly** 158:22 241:2

**Fairview** 227:21 228:8,11

**faith** 37:5

**faking** 15:19,21 121:22

**familiar** 28:22 128:7 219:17

**familiarity**

138:5

**family** 12:9 222:17,20 224:9,19 227:5

**family's** 222:23 223:7

**far** 29:2 51:16 52:15 153:19 154:18,23 215:17,18 248:19 250:13

**father** 43:9 224:17 226:16 267:18 273:23

**February** 26:22 39:23 40:3,23 41:10 42:7 57:3 61:7,13 62:8,22 64:22 64:23 74:12 78:2 80:5 84:13 89:1 90:4 101:10,15 105:17,20,23 106:22 108:16 115:4,5,7 125:20 137:13 137:19 138:1,7 142:21 143:19 177:8,15,19 179:11 180:2 186:5,11 187:15 195:8 195:14 211:16 211:19 214:1 231:10 236:3 264:1,15 266:13

**Federal** 1:21 5:21 6:2,17

**feel** 36:10 40:1 63:19 156:7 158:19 162:21 169:16 181:16

# FREEDOM COURT REPORTING

Page 292

210:20
**feels** 35:20
**feet** 264:21
**Felicia** 117:8
118:6
**fellow** 84:15,16
**felt** 39:20,21
48:14 60:21
62:14 68:20
135:3 162:16
233:10 248:14
259:13
**female** 214:21
265:15
**fifth** 25:18,23
26:6 27:3
52:23 67:7
**figure** 76:19
276:3
**file** 189:3 193:19
254:18
**filed** 17:11 22:1
22:1 26:20
53:11 126:4
129:6 145:8,23
188:18 201:1
272:23
**files** 13:23
**filing** 2:21 189:7
**fill** 189:12,15
**filled** 209:4,14
228:4
**find** 22:8 99:21
120:5 144:22
159:18 175:11
175:19 186:17
190:11 195:1
205:18 235:2
247:10 263:11
272:4
**fine** 7:8 10:4
120:9
**fingerprints**
128:4

**finish** 9:19
**fire** 221:5,8,18
**fired** 174:17
**first** 7:2 23:11
23:17 29:15
39:13 62:17
76:21 77:13
79:18 98:6,8
109:20 125:5
144:11 148:2
148:16 149:22
149:22 191:10
194:20,21
198:19 204:6
204:14 274:22
**fishing** 84:18
**five** 26:17 28:10
80:23 106:16
139:21 273:7
282:22
**flabbergasted**
72:12
**flagged** 130:1
**Flam** 8:12
**Flamingo** 8:14
225:18
**flat** 82:23
**floor** 25:8,9 26:1
26:2,3,4,5,6,8
26:12,14,16
27:4,7,9 28:21
29:14,15 52:18
52:20 53:1
62:13,19 66:6
66:7,13 67:5,7
67:8,8 70:1,9
103:17
**floors** 25:11,12
25:14,17 26:10
27:1,3 28:23
**Floyd** 225:14,14
**flu** 204:12
**fluconazole**
204:6

**Fluctuates**
196:23
**fluids** 188:9
263:20
**follow** 59:21,23
126:9 132:13
137:14 138:18
139:2,5
**followed** 58:21
137:8 139:12
271:8
**following** 6:6
119:9 271:5
**follows** 7:3
**force** 2:7 19:6,7
**foregoing** 5:22
**Forgive** 12:7
**forgot** 151:5
**form** 2:14
**formally** 110:14
114:7
**forms** 189:12
**forth** 15:20
102:7 128:6
**forward** 249:6
270:12
**forwarded**
120:13 249:7
**fought** 182:12
182:14
**found** 116:10
128:14 131:11
186:19
**fountain** 102:8
**four** 24:16,22
28:10 58:17
70:13,15 71:1
74:21 83:20
106:16 138:11
228:15
**fourth** 25:18
26:1,5 67:5,7
**frame** 48:4
193:14 231:7

256:3 261:8
**Frank** 1:21 6:1
6:17
**Freewill** 223:19
223:20 229:12
**fresh** 90:23
**friend** 22:10
45:4 65:13
219:11 235:13
**friendly** 69:6
168:11
**friends** 105:12
183:9 184:2
**front** 85:1,7
102:9 103:3
105:6 124:11
**frozen** 179:22
**full** 2:7 7:17
236:15 238:19
238:21,23
239:20 240:4,6
**fully** 10:2 11:5
283:13
**further** 2:3,11
2:20 284:1,2
284:15
**future** 78:19

_____
G
**general** 104:7,8
226:9
**Georgia** 190:16
**getting** 58:11,16
58:22 69:14
71:17
**gift** 44:23 45:1
**girl** 117:7,8
131:17
**Girls** 29:9
229:21
**give** 34:14 89:23
92:11,14 94:17
113:21 114:6
183:21 191:1

192:3 195:16
200:19 206:12
225:9,9 238:19
239:19 240:6
253:15 254:5
**given** 16:9,13
32:9 110:13
113:17 114:9
155:9 160:6,9
215:10 249:9
**giving** 193:4
**glasses** 148:3
**go** 18:4,13 31:21
46:8 49:5 60:9
64:1 66:6 71:2
71:3,8,9 72:1
73:12 76:16
85:12 94:2
95:18 98:9
104:16,18
105:19,23
106:12 116:23
124:15 132:21
137:1 143:7
167:12 169:20
189:14 210:21
210:22 211:1
211:14 212:1,4
212:11 223:4,5
229:6 230:15
234:4 239:1
253:9 263:10
266:2,9 268:6
272:3 273:12
283:19
**goes** 104:22
155:1
**going** 9:18 10:12
11:4 21:14
48:10 54:17
69:5 76:6 77:2
77:3 87:3
101:8 103:19
104:4 106:8

# FREEDOM COURT REPORTING

Page 293

112:8 119:8,18
157:15 163:4,6
167:22 188:23
189:3 218:1
221:1 238:2
252:2,2 258:21
259:2,19 273:9
**good** 37:5 63:19
64:3 68:21
69:4 72:6,11
85:9 93:22
95:2 97:9
155:10 157:11
181:14 217:18
247:14 259:14
**gotten** 208:7
234:10 249:14
**grabbed** 62:21
62:23 63:6,17
67:13 94:18
257:16 259:9
261:5
**grabbing** 68:19
**graduate** 18:11
18:18
**graduated**
228:18,23
**gray** 56:20
**great** 72:6
225:12
**groggy** 202:10
202:12,14,21
**ground** 9:11
62:13
**grounds** 2:17
**guess** 56:20
58:18 117:3
142:8 150:23
151:9 158:8
193:3 200:11
238:4 240:8
274:21
**gun** 38:11,15,18
44:15 45:8,13

47:6,10,15,17
47:22 48:12,17
48:20,20 49:1
49:6 220:1
232:21 233:2
234:2,16
**guns** 234:18
**Gunter** 224:1
**guy** 123:5
**guys** 84:18
**GYN** 204:14

## H

**habit** 103:5
**Hale** 12:8 227:4
227:6,6,8
**half** 21:3 26:17
123:3 144:17
**Hall** 206:13
207:19 209:12
215:12
**Hamilton** 23:1
**hand** 73:7 109:3
145:19 148:7
149:20 170:2
242:12 256:14
256:20 258:21
259:3,8,11,22
260:1,9,15,21
261:8
**handed** 30:6
32:1,7 33:14
39:1 63:14
77:18 80:1
88:10 199:6
200:9
**handle** 232:21
**handled** 111:2
124:22 125:11
125:17,22
126:5 153:8
160:17,17
174:6,13,14,15
176:4

**hands** 63:3,5,20
67:13 79:2
81:21 126:3
147:23 148:17
149:23 150:3,9
256:15,18,19
257:1
**handwritten**
246:22 249:11
249:13,15,20
250:22
**happen** 42:9
59:7 72:14
78:17 98:14
105:3 123:1
137:11 155:12
180:1 184:15
**happened** 39:23
40:3 41:17
52:4 56:14,21
61:17,20 62:7
62:9 72:4
73:10,15 75:23
76:3 78:15
90:3 94:13
97:5 101:3
102:23 122:10
123:7 133:16
137:17 149:21
151:17 155:17
163:9,13 166:1
175:5 177:21
180:8 182:10
185:15 188:5
189:19 191:5
218:16 236:18
237:20,22
238:2,3,6,22
239:23 240:19
241:11 242:21
242:23 243:5,9
252:12 253:11
254:3 256:2,2
262:15 263:22

263:23 270:2
275:6 276:12
276:20,23
277:3,11,12,16
277:20 278:15
**happening**
43:22
**Happy** 222:7
**harass** 55:21
**harassed** 55:14
56:6 57:8
**harassment** 3:10
29:17 31:3,9
33:19 34:8,18
35:7,11,19,22
54:1,18,21
55:7,11 56:18
57:23 58:2
59:22 60:2,10
122:15 126:16
129:9 152:16
152:20 153:11
161:20 237:4
**hard** 161:3,8,9
**Hartsfield** 1:20
4:16 5:18
**head** 10:7,10
63:20 167:22
264:19
**healed** 182:11
**hear** 69:23
71:21 96:6
124:11 128:22
142:18
**heard** 15:22
69:8,18 70:2
113:11 129:15
**hearsay** 117:19
117:21 128:17
128:19,21
129:13,21
131:3,13,17
132:1,23 133:5
134:2

**heating** 182:4
**held** 143:13
162:8,10
**hello** 168:11
**help** 91:23
254:16
**helped** 189:11
**helpful** 223:11
**hey** 69:3
**he'll** 102:8,10
106:3 191:1
**hierarchy** 49:17
**high** 18:4,6
197:16
**Hill** 227:3
229:16
**Hindon** 76:8
**hired** 172:15
**hiring** 54:4
127:11 153:23
154:4,9,10,12
154:17,18,23
171:11,16
172:3,22
**history** 128:5
203:22 204:2
206:5
**hit** 62:19 139:7
**hold** 260:2
**holder** 48:9,11
**holding** 256:22
257:3,4
**home** 40:8 45:15
47:16 88:21
95:18 139:2
143:5 179:2
197:3,4 233:21
249:5 253:13
275:5,19,20,21
276:4,5 277:5
277:19
**honked** 142:10
**hormonal** 13:2
**horn** 142:10

hospital 267:13
268:3,4,5,7,9
hospitalizations
265:23
hospitalized
265:13
HOSTETLER
4:20
hostile 211:2,4
house 40:10
42:22 43:21
230:11 232:4
235:13
Houston 4:22
hovered 81:9
Howser 74:10
How'd 99:21
How's 28:11
hug 94:16,17,20
96:17 101:14
114:14
huge 224:9
Huh-uh 245:19
human 14:10
36:23 59:19
85:20 86:5
87:18 107:10
152:5 166:11
236:23 238:1
238:17
humiliated
181:20
humiliation
177:1 184:12
185:19 210:17
212:8,11
Hunts 20:17
Huntsville 20:16
20:17 21:10,11
229:4
hurt 39:21 49:9
49:12
hyperventilate
180:3

hyperventilati...
179:23
H-A-L-E 227:10

————— I —————
ibuprofen 92:12
92:18 205:2
ibuprofens
195:16
ice 182:3
idea 40:14 42:18
112:16 117:4
231:14
identification
30:4 33:12
38:22 77:16
79:22 88:8
109:1 145:17
169:23 199:4
203:14
III 5:7
immediate 36:8
immediately
62:21 64:8
76:2 103:10
implied 82:23
83:2,3 85:13
85:17
imply 32:6
85:15
implying 85:11
85:12
important 9:18
9:20 236:14
237:7,19 238:8
238:19 239:4
240:6 243:17
243:19 248:15
improper 170:7
inappropriate
59:11 76:13
78:18 80:14
83:8 125:3
169:6

inappropriately
125:8 170:10
170:16
incident 26:20
39:23 40:2,4
41:5 42:11
56:13,15,21
57:2,16,19
60:20 61:6,13
64:21 83:19
84:12 86:21,23
89:12 90:18
105:7,11
108:11,17
113:12,13
115:14,16
121:19 125:21
126:4 133:12
135:2 139:17
140:7,8 142:1
142:2 144:15
145:13 146:14
147:21 151:16
152:15,18,19
155:11,16
157:18 161:4
163:9,13,18
174:9,11
177:21 178:9
181:23 182:10
182:22 183:1,7
183:16 184:9
188:21 191:8
191:11 195:20
196:1 204:22
234:21 235:3
237:9,10
248:21 251:15
253:12,17
255:21 262:11
271:5 275:6
276:12 279:9
incidents 43:21
268:13 277:11

include 237:8
included 29:22
includes 37:9
including 34:7
incurred 210:19
INDEX 3:1
indicated 68:5
71:1 73:8
81:23 82:3
141:7 149:7
161:21 240:15
250:4 257:2,16
258:2 260:4,19
261:7,8
individual
127:22
info 31:18 33:5
33:6,7,22 34:2
35:8,13 38:6
87:14,15
information
13:23 14:1,7
15:23 130:10
130:16,18,23
131:4 133:10
155:1 160:7
218:18 219:1
240:12 241:9
241:14
informed 87:1
110:22 111:12
111:13
initial 7:21 98:8
initially 12:1
100:12 154:20
172:15 186:4
injuries 263:6
injury 264:3
inquiring 15:13
inside 36:12
260:12 261:1
268:8
instance 159:16
instances 153:10

Institute 19:6
insurance 98:18
98:21 99:7
100:21,23
193:12 261:23
Inter 254:23
interacting
117:15
interject 16:9
246:6
Internet 38:6
interrogatories
255:9 278:21
interruption
35:16
interview 22:19
22:22 159:18
intimidate
101:16,18
125:14 137:5
162:17
intimidated
102:2 134:20
intimidating
108:6,20
139:15
intimidation
110:2 115:16
115:19 116:2
121:9 122:15
135:5 142:2,12
162:14 211:7,8
212:5,7,16
254:1
introduce 6:22
invade 210:15
211:12,18
invading 211:22
invasion 210:11
investigate
166:15
investigated
84:10 115:19
investigating

# FREEDOM COURT REPORTING

152:4
investigation
86:2 110:12,17
111:2 113:15
113:22 114:1,3
114:21 115:2
115:10,12
156:2 158:22
158:23 159:10
159:15 160:2
160:11 164:4
164:11,11
165:3 166:8,13
174:18,21,23
176:5 212:21
213:6
involving
234:23
issue 122:15
issues 28:14,16
216:5 283:17
items 72:8
it'd 223:11

_____
**J**

Jackson 92:4
267:15 280:9
Jacobs 1:7,19
2:1 3:3,5 4:7
4:21 6:4,11,20
7:1,7,8,13,15
7:16,18 8:1
16:12,16 35:18
64:10,20,20
77:11,18 83:14
134:6,18,18
142:15,16,20
143:7,18 213:9
213:11,21,21
221:21 222:4,7
222:16 224:8
224:16,17,22
249:10,17
254:22 273:9

273:14,16
278:2,6,13,19
282:21 283:8,8
283:23 284:6
Jamal 122:23
123:4,16
152:23
James 5:3
January 59:8
187:21 194:8
197:11 198:1
234:22
Jarvis 50:5 51:5
83:18 104:10
112:22,22
113:6 116:18
117:14,14
118:1 121:18
163:3,18,21
165:11,11,18
165:21 168:5
jeans 64:2 72:8
72:19
Jeff 1:12 4:12
5:5,13 6:12
7:11 51:6
54:22 56:19
61:21 76:7,11
76:15,17 78:14
78:15 94:15
96:13 170:8,12
jerked 257:6
Jerome 223:17
223:20 224:14
jest 49:14
Jim 7:10
job 178:21
247:14
Johnson 1:21
6:1,17
joking 80:10
Joseph 224:4
jot 248:13
jotted 251:3

Jr 1:21 6:1,17
July 48:5 231:12
June 8:19 15:3
48:4,5 93:12
93:13 109:21
111:8 116:5
119:1,16,22
145:14,14
196:8 207:18
209:8,9 231:12
junk 247:6
jury 282:10

_____
**K**

K 1:20 4:16 5:18
Katherine 74:9
keep 41:11,12
45:13 69:5
78:20 106:8
138:5 270:2
Keicher 5:14
6:14
Kelly 20:2
Kent 75:12,12
102:11 105:13
105:17 106:18
135:10
Kent's 104:23
105:1,6
kept 15:21 33:6
47:16 63:18,21
68:19 164:5,12
165:4 259:16
kidding 79:12
kind 44:17
51:16 56:12
127:17 264:3
266:20 271:3
280:12
Kleenex 63:15
knew 58:1
112:23 113:1
129:20,20
145:1,4 165:1

236:13,22
237:2,7,18
238:18 239:2
knock 41:11
knocking 40:12
41:12 230:10
know 9:23 10:15
11:1 15:7,18
28:20 29:12
40:11,17 44:20
45:7 48:13
49:1 50:12,16
53:10,19 57:20
58:3 62:2,5
65:10 66:11,12
73:11 77:5,6
85:23 87:12
91:9,12 98:10
99:4 101:2,6
103:9 105:9
107:15 108:11
111:18,23
112:6,9 113:1
115:1,18,21
117:18 121:12
121:14 122:2
123:10,17,19
123:21 124:13
124:14,23
125:10 126:12
127:17,22
128:9,12,18
129:10,15,22
130:8,17,20,22
131:2,8,10,14
131:15 132:22
133:4,4,7,9,13
133:17,18,19
133:22 134:1
136:4,5,9
137:20 140:9
140:11,13
141:4 153:19
154:22 155:2

159:12 160:5
160:13,15,15
161:12 163:4,5
163:6,8,10,13
163:22 164:2,8
164:17,19,21
165:6,7,8,17
165:23 166:20
166:23 167:8
167:17,18,20
167:22,23
172:4,14 174:1
174:22 175:3
180:15 181:23
183:5,8,8
185:4 187:5,6
187:8,9 188:22
189:5,18 190:2
190:4,22 195:9
200:14 202:10
204:8 208:4
213:2,5 214:18
218:21 219:8
219:16 226:14
226:21 230:3
231:10 232:19
247:15 248:1
250:13 251:12
252:18 255:12
262:2 269:23
270:1 271:12
277:12 283:10
knowledge
130:13 133:11
219:3
knows 263:12

_____
**L**

L 1:15
lack 135:5
lady 58:16 59:2
69:13 131:19
131:20
Lane 8:14

Lang 74:8
lasted 181:14
late 27:20
134:20,21
138:23
Laura 182:17,17
laws 2:8
lawsuit 14:20
16:2 17:12,17
26:21 53:12,17
153:5 268:15
280:10,15
282:15,19
lawyer 173:14
240:10 241:4
242:16 244:8
251:20,23
273:4
layed 63:19
layman's 187:11
187:12
lead 52:16 61:5
leader 36:9,9
51:18,21 52:2
52:5 53:9
leadership 36:13
leading 2:15
leak 263:20
leakage 263:19
learned 46:11
leave 137:18
140:15 178:14
178:15 202:13
leaving 119:8
led 112:7
Lee 1:22 6:2,18
226:23,23
left 42:13 65:13
71:2,14 95:19
202:20 257:15
257:17 258:3
260:1
legal 36:21
173:5 221:19

278:14
legalese 54:13
Leslie 1:20 4:16
5:18 14:12
15:1 84:14
86:8,10 87:7
87:13 89:8
93:14 94:8
105:5 107:10
108:7 113:2,12
151:18,23
152:4 165:22
166:5,11,23
236:20
lessened 135:8,9
letter 3:18
190:14
letting 277:11
let's 60:9 62:6
78:20 106:12
149:3 169:20
224:3 239:1
level 51:16
78:21 124:9
leveled 135:6
Lexapro 11:14
11:16 12:21
181:2 192:7
193:5,11,15,17
193:18 208:6
209:19,22
license 3:11 39:7
39:8,11,16
44:2,11
licensed 38:14
38:18 199:14
lie 220:7,12,20
Liebman 14:13
15:1 84:9 86:8
89:8 91:9 93:2
93:15,19 96:12
107:17 109:13
109:18,21
110:9 115:23

116:6 118:12
119:1 120:22
121:8 165:22
166:5,11
236:20 245:4
245:14 246:18
254:11
ligament 182:6
188:8
light 42:17
131:6
Linda 223:1
224:14,15
line 76:19 79:13
94:1 219:15
252:22
list 225:3
listed 224:19
228:17
listen 240:22
listening 81:12
litigation 216:17
220:16
little 24:2 49:17
89:11 90:17
123:17 153:22
154:1 213:22
live 8:20 9:3
34:13 43:12
223:5,12 226:1
lived 8:17
225:19 226:8
living 43:2,3
225:18 229:3
231:16,18
loans 24:6
lobby 70:8,17
located 25:8
27:6 75:15
229:15,22
233:23 268:3
location 6:16
227:20 228:7
locked 232:4,10

234:9 261:7
log 123:9 270:2
270:8,10 271:1
long 8:17 11:18
19:8 20:3,22
24:15 28:7
42:2 52:1 66:9
66:11 100:6
105:9 181:12
185:3 193:10
213:2 221:19
longer 52:5
105:2 135:10
135:12 136:16
look 31:21 35:9
37:13 60:9
65:22 70:8
97:20 102:12
103:5,10 138:4
149:3 158:15
170:3 244:13
247:22 254:15
278:12,17
looked 59:5
63:23 64:5
73:5 87:14
103:11,11
140:2 142:6,7
245:5 252:16
259:10
looking 64:3
72:11 98:11
247:13 248:11
looks 85:9
109:12,15
119:15 120:2
168:12 205:10
211:6 227:21
lost 26:6 144:4
280:18
lot 54:13 74:23
102:17 105:7
137:9,15,18
138:19 139:13

139:22 140:6
140:15 141:4,5
141:11 167:21
222:11 253:17
Louisiana 4:21
Lula 117:6,7
118:5 129:1,11
129:12 131:4
Lulu 129:10
lunch 48:10
62:11,12 63:23
65:4,14 71:19
72:6,6 74:15
103:7
lying 217:15
218:5 220:3
L.D 5:7

M

M 1:21 6:1,17
Mable 223:22
Magnet 225:15
magnitude
157:13
maiden 7:22
Mailroom 26:1
Major 224:16
majority 237:21
making 37:5
male 83:4
214:21,22
management
60:7 61:1
111:20,21
112:1 161:6,14
167:14 169:15
manager 50:17
116:8,12,16
124:17 163:6
167:7 226:9
manner 111:3
123:22
marathon 10:14
March 19:18,19

19:22 21:7
39:12,18 40:23
41:10 42:7
45:12,18 56:14
93:10,11,15
100:8 145:14
146:4,10
199:19 201:11
206:21 270:20
**mark** 169:20
264:23 265:1
**marked** 30:4,7
33:12 38:22
77:16,19 79:22
80:1 88:8
109:1,3 145:17
145:19 169:23
170:2 199:4
203:14
**married** 8:4,7
43:18
**Martin** 24:18
**material** 218:8
**matter** 6:10
**Maxwell** 19:7
267:14,17
**ma'am** 24:14
37:19 41:2
231:8 240:21
**McCray** 131:18
132:3,20 133:8
**McKinney** 92:2
186:5 191:13
195:4,14 205:2
**McNeil** 182:17
182:21
**mean** 32:6 35:5
40:3 54:9
111:11 113:10
124:5 135:6
160:8,14
162:20 165:14
178:11 191:5
203:16 211:15

212:3 231:6
232:9 235:6
236:19 249:23
250:1 252:6,22
256:1 269:14
278:16
**means** 10:13
**meant** 79:12
80:11 85:15
116:7 151:9
167:15
**medical** 98:20
99:6 197:5
261:23 281:9
281:12
**medication**
11:11 13:1
192:2 201:10
201:11 227:16
**medications**
11:13 13:9
**medicine** 200:12
202:22 206:14
**meet** 242:16
**Melissa** 5:14
6:14
**MELTON** 5:2
**members** 75:15
224:19
**men** 85:1
**mental** 216:4
280:17 281:6
282:2
**mentally** 248:6
253:2
**mention** 76:6
84:8
**mentioned**
72:21 84:5
134:19 229:10
230:8 232:1
261:22 262:8
**men's** 85:6
104:14

**merits** 115:11
**mess** 49:5
**messed** 126:3
**mic** 142:15
222:8,12
**Michael** 74:8
**mics** 222:2
**Mid** 270:15
**Middle** 1:2 4:2
225:14
**Mildred** 223:21
**military** 128:20
128:20 129:5
129:17 130:17
130:23 267:19
**Miller** 186:13
191:7 193:20
194:5,16,20,21
197:22,23
198:17,20
279:4,5 280:1
280:7
**mind** 91:1 145:7
151:9 161:13
167:23 168:19
**mine** 22:10
**Minnie** 5:8
**minute** 21:2
66:18 95:14
282:22
**minutes** 54:15
66:13,16 80:23
106:4,8 139:21
140:5
**mirror** 140:2
**Missionary**
229:14
**Mississippi**
224:23
**mistaken** 15:12
61:4 231:12
**misunderstan...**
140:23
**Monday** 119:9

119:12
**monetarily**
274:11 280:18
**monetary** 281:1
**money** 16:1
121:23 282:14
282:18
**Montgomery**
1:22 5:4,9 6:3
6:19 8:15,16
18:7 24:4
29:10 49:21
222:17 226:19
229:23 230:2
230:13,16
267:11
**month** 100:13
123:2 136:15
144:16,17
146:13 147:21
177:15
**months** 19:10
20:5 21:3
24:16,22 46:2
123:3 136:18
181:15 185:6,7
186:22,23
**morning** 41:21
58:11,14,20
**mother** 224:16
**motioned** 73:12
**mouth** 73:8
**move** 136:13
**moved** 26:5
63:10 135:16
261:11
**moving** 259:15
**MRI** 187:1,2,16
187:17 188:2
194:5,10
264:11 279:5
279:15,23
**music** 124:12
**M-A-R-T-I-N**

24:21

_____

**N**

**N** 1:15
**name** 7:17,19,23
8:5,8 23:2
24:20 87:18
95:23 117:7
191:16 192:12
192:13 223:12
267:22
**named** 117:8
131:17
**names** 8:23
222:19 278:22
**name's** 87:15
**narratives** 269:3
269:9
**nasty** 168:21,22
168:23
**nature** 61:9
82:13 221:13
**near** 141:17,18
**necessary** 2:12
160:3
**neck** 197:16
**need** 10:1,5,14
63:2 73:16
78:19 87:10
93:21 95:18
127:15 141:4
158:15 161:10
161:12 162:1,5
162:16 164:19
189:3 197:17
209:3 213:9
246:11,11
283:18
**needed** 39:22
52:9 259:14
**needs** 162:1
168:14
**negative** 245:19
**neglected** 151:3

# FREEDOM COURT REPORTING

Page 298

242:3 243:16
**negligent** 54:4
  153:23 154:4,8
  154:17 155:6
  155:15 157:16
  157:21 158:5
  171:11,19,22
  172:2,8,12,14
  173:12
**nervous** 39:21
**network** 205:17
**neurologist**
  186:6,7 193:21
  194:6 197:22
  198:4
**neurology**
  194:17
**Nevels** 74:10
**never** 46:7,15
  47:12,14 51:9
  66:23 82:15,18
  84:20,23 85:15
  85:17 87:4
  101:13 110:13
  114:7 117:13
  132:13 137:17
  138:22 142:21
  143:1 157:19
  182:18,23,23
  184:17 209:13
  219:19 233:3
  272:23 282:11
  282:13,17
**new** 128:15
  131:6 193:12
  272:12
**nice** 63:23
  168:11
**night** 40:13
  41:18 201:20
**nine** 185:7
**nod** 10:6,10
**nodded** 81:11
  82:10 264:19

**nonchalant**
  168:23
**noncontact**
  211:9
**nonverbal** 211:9
**Normal** 18:17
**North** 226:2,3
**NORTHERN**
  1:3 4:3
**note** 200:3,7,10
  200:18,20
**notebook** 270:4
  270:4
**notes** 31:7 37:3
  246:23 248:4,5
  248:17 249:3
  249:11,13,15
  249:20 250:3
  250:11,12,20
  250:21,22
  251:3,14,17
  252:9,12 255:8
  268:12 269:16
  271:19 274:20
  276:10,11
  277:4
**notice** 2:21
  138:22
**noticed** 137:21
  139:3 142:7
  202:9
**November** 19:19
  19:21 20:8,11
  42:5 43:20
  100:9,16
  122:11 187:17
  187:20 191:23
  192:23 216:6
**number** 1:5 3:2
  4:5 36:3 53:15
  94:3 95:3
  97:12 98:17
**nurse** 224:9
**nurses** 224:6

| O |
|---|

**O** 1:15
**objections** 2:13
  2:16
**obviously**
  280:11 281:2
**OB/GYN** 13:4
  204:17 207:15
**occasion** 163:14
  233:7
**occasionally**
  11:14
**occasions** 40:22
**occupants** 29:1
  29:5
**occupied** 25:14
**occur** 26:15 42:3
  102:18
**occurred** 26:17
  26:20 42:4
  57:3 64:22
  89:12 102:21
  130:15,22
  146:14 152:17
  157:19 231:22
  235:20 236:7
  236:16 237:9
  238:10,20
  239:5,16,17,18
  239:20 242:6
  248:18,22
  250:19 253:12
  253:18,20
  255:14,20
  256:7 268:13
  270:17
**occurrences**
  230:19
**occurring** 231:5
**October** 2:2
  6:15
**offended** 16:4
  235:1
**offensive** 61:9

69:16,20 82:12
**offered** 2:19
  23:5 217:21
**office** 36:18
  91:13 94:7
  104:19 120:2
  121:18 189:2
  191:14 218:17
  240:10,20
  268:8
**official** 111:23
**oh** 20:20 59:3
  62:2,3 63:1,2
  67:6 94:11
  96:6 100:23
  102:19 108:9
  109:16 112:8
  114:15 128:18
  150:11 163:4
  166:14 178:9
  181:14 183:15
  185:2,4 206:1
**okay** 7:22 9:13
  9:21,22 10:2,3
  10:8,11,17,21
  10:22 11:2,3,7
  11:9,10 13:3,6
  14:1 20:20
  25:10,13 26:9
  26:12 27:17
  28:1,13 30:20
  31:20 32:5,8
  32:21 33:4,9
  34:12 35:2,9
  36:2,7 37:2
  38:13 40:9
  49:18,19 51:19
  53:22 54:11,16
  54:17,19,23
  55:5,10,16,23
  56:8 57:1,13
  60:9,15 62:10
  67:23 68:10
  69:8 70:16,21

71:4,13 72:3
  75:4,9,20 76:4
  76:9,18,22
  77:4,11 78:13
  78:22 79:14
  80:9 83:4
  86:18 88:23
  89:17,22 90:4
  90:9,21 93:10
  97:7,15,20
  98:13,20 99:3
  101:21 104:1
  104:13,22
  110:11,16,21
  111:5 112:11
  114:4,5,22
  119:4,7 120:22
  121:4,7,20
  126:18,21
  127:2 128:12
  129:13 130:12
  131:16 133:2
  133:23 135:11
  138:7 139:1
  140:14,22
  141:3,9,20
  142:18 145:8
  147:2,19 148:4
  148:22 149:14
  149:15 150:8
  150:13 152:3
  152:21 153:1
  153:16 156:21
  157:3,4 158:3
  159:23 162:17
  162:22 163:3
  164:22 165:13
  165:16 166:5
  167:8,11
  169:11 170:18
  171:8,15
  172:17,18,21
  173:16,18,21
  175:2,22

# FREEDOM COURT REPORTING

176:15 177:18
178:4 181:6,12
183:10,13
186:9 188:1,17
189:15,23
190:7,11,18
191:12,19
192:9 193:10
193:20 194:7
195:13,22
196:3,15 198:7
198:18,22
199:13,18
200:2,9,19,22
201:6,19 202:2
202:7 203:11
204:1,5,11,16
205:1,4,7,10
206:11,18
207:1,9,12,20
208:1,4 209:5
210:15 211:11
212:10,20
213:5,11 217:1
217:17 220:9
221:11,21,23
222:4 223:10
225:1 227:15
230:8 232:12
232:19 234:2
237:16,23
238:7,14
239:12,19
240:1,5,16
241:21 246:4
247:23 248:10
248:16 250:9
259:5 260:14
260:17,21
261:17 264:13
264:22 267:16
267:20 268:6
268:10,23
269:5 271:15

272:15 273:6
273:11,14,22
275:3 276:18
276:22 277:14
277:18 279:6
279:20 280:4
280:10,13
281:1,9,17,20
281:22 282:1,9
283:12,17,23
284:6
**Old** 193:13
**once** 34:15 35:4
46:1 51:18
100:12,14
106:13 139:3
197:12,14
202:5,20
232:18 234:9
240:9 271:13
273:21 277:14
**ones** 114:11
254:10 277:8
277:18
**one's** 225:15
**one-on-one**
162:3
**ongoing** 113:23
252:11
**on-hands** 162:3
**on-line** 31:14,22
32:4,15,18,22
33:2,22
**open** 60:14,16
60:17 61:2
70:7,17,18
141:10 259:19
**opened** 62:17
63:22 70:6
219:19
**opens** 70:16
**operation** 163:5
167:6
**opinion** 137:5

**opposed** 10:6
173:9
**oral** 6:5
**originally** 209:6
226:18
**origination**
25:23 52:23
**Orille** 279:21
**orthopedic**
263:15
**Oscar** 279:20
**ought** 262:9,18
**outcome** 155:20
175:6,9
**outrage** 173:22
**outrageous**
174:1,3 176:1
176:21
**outright** 169:9
**outside** 36:12
60:7 63:1 64:9
**oversees** 50:21
**owned** 234:18
**o'clock** 41:21

---

## P

**P** 1:15
**pacify** 156:3
**pack** 182:3
**pad** 182:4
**page** 3:2 31:2
35:13 37:14
109:12 170:4
**paid** 98:7,16,18
98:19,21 99:4
99:8,15,15
**pain** 92:19,20
185:22,23
**pains** 186:23
**panic** 176:23
178:19,22
179:8,15,21,22
180:10,20
181:6 185:18

200:5 201:4
207:5,6,6,7,22
**pants** 63:3,5
67:13 79:2
148:1,8,17
149:11,20,23
150:4,7,9
242:12 256:14
256:19,21
258:22 259:3,9
259:12 260:9
260:13,16,22
261:1,9,10
**paper** 227:19
**paperwork**
98:11
**paragraph**
148:2 170:4
171:9
**Paramedics**
178:20
**paranoia** 177:1
185:19
**paranoid** 111:1
112:3,10,14
181:10,11,17
**pardon** 116:20
129:12 148:14
176:9,20
**parents** 224:13
**park** 141:7,10
**parked** 141:12
141:14,15
**parking** 137:9
137:14,18
138:19 139:13
139:22 140:6
140:15 141:3,5
141:11 253:17
**part** 146:17
149:15,21
153:5 172:11
174:20 175:1
281:14

**particular** 24:5
62:23 74:7
270:11
**particulars**
146:18
**parties** 1:17
2:16 164:7,15
164:16,20
**parts** 85:7
**party** 17:14
190:8
**pass** 103:5,10
104:3 221:21
**passing** 69:2
103:6
**pattern** 127:12
**Paul** 186:13
191:7 193:20
194:16
**pay** 16:2 97:11
98:2,3,5 99:10
99:12 121:23
274:3
**paying** 100:21
101:1 189:5
**Payne** 74:9
**pays** 95:2
**PCP** 92:7
**Peavy** 191:15,17
**peer** 58:6 59:14
60:12,22
**peers** 51:15
**people** 36:4
41:11 66:22
74:21 75:1
103:3 111:14
124:14,15
162:4 164:18
164:23
**perform** 128:2
133:20
**performance**
245:22 246:2
246:14 247:18

# FREEDOM COURT REPORTING

Page 300

248:13 250:7 254:11 255:6
**performed** 130:3 154:6 279:13
**period** 19:16 20:6 21:1,4 47:10 230:11 231:3
**periodic** 10:16
**periodically** 103:19 136:1 177:12 273:19 274:15
**permit** 47:17,22 48:12,18,20
**person** 14:11 15:5 34:13 37:23 50:3 79:15,17 93:3 95:9 96:3 152:5 166:12 193:22 194:9 235:15 238:1 279:12
**personal** 28:16 130:13 136:8 183:23
**personally** 80:18 117:13 130:6 134:2 146:20
**Pest** 20:15,20
**pharmacy** 203:22 204:2 206:4 228:11
**Phillips** 224:22
**phone** 15:4,6 23:19 25:7 65:12,15,18 90:15 93:2,16 96:7 114:13 140:12
**phones** 24:11
**photocopy** 44:7

**physical** 170:7 188:23 191:13 196:4,12,16,18 216:2 263:6 280:17
**physically** 32:7 56:7,9 170:9
**physician** 12:3,6 193:4 205:5,17 205:20 214:16 227:14
**physicians** 265:6
**pin** 212:3
**pistol** 39:8,10,15 40:7 232:2,3 232:13
**place** 86:3 95:7 97:14 98:1 126:9 213:6,7 251:7
**placed** 63:5 232:5
**plaintiff** 1:8 4:8 5:10 7:13 17:15
**planning** 217:2
**play** 220:23
**please** 7:16 16:5 63:11 64:9 78:14,16 89:22 90:5 222:22
**Plus** 208:3 210:20
**point** 32:3 57:10 86:1 272:1
**police** 40:19 42:14 230:12 230:13,16 267:3
**policies** 31:14,22 33:1 126:9,10
**policy** 3:10 29:16,20 31:4

31:13 33:19 34:8,18 35:12 35:12,19 37:2 37:9,15 38:3,5 38:9 59:22 60:3,10,14,16 60:17 61:2 164:2,9 165:2 167:9 237:5
**pop** 104:4
**pornographic** 218:8 219:1
**position** 21:18 22:9,20 23:6 23:10,14 25:2 50:15 144:2
**possible** 164:13
**possibly** 131:10
**post-traumatic** 214:11 215:1
**pounds** 257:7
**practice** 46:9 92:5 233:9
**Prattville** 5:19
**praying** 117:1
**pregnant** 229:2
**premises** 38:11
**preparation** 246:19 271:18
**prepare** 13:17 13:20 236:15 245:7 247:16 248:4 252:23 254:9,16
**prepared** 237:18 239:21 242:6 243:2,11,13 244:10,14 246:23 248:5 249:22,22,23 251:13 253:2 255:8 269:2,3
**preparing** 253:9 269:9

**pres** 205:14
**prescribe** 192:5 192:6 205:11 227:15
**prescribed** 11:22 12:2,3 12:11,14 13:3 200:13 205:14
**prescribing** 193:11 207:19
**prescription** 92:15,17 193:18 204:6 208:8,11,13,15 208:18,22 209:2,4,6,18
**prescriptions** 215:14 228:4
**present** 5:12 74:14 122:4,7
**presented** 130:16
**pressed** 257:23
**pretend** 47:5
**pretty** 42:1 135:4 211:13 248:12 277:10
**prevented** 127:8
**previous** 113:16
**previously** 114:9 121:21 135:1
**primary** 12:3,5 92:7 193:3,13 195:6 205:5,16 205:19 214:15 227:23
**printout** 206:5
**prior** 2:19 19:4 20:13 21:11,23 57:2,14,18 59:9 61:7,13 69:1 83:20 87:22 89:10,15 127:11 137:12

137:13,18 138:1 163:3 168:10 177:8 195:11,12 208:21 211:19 215:1
**privacy** 210:12 210:16 211:12 211:18,22
**private** 130:23
**privilege** 278:10
**privileged** 251:8
**probably** 11:21 12:19 17:1 26:18 66:21 95:18 106:13 129:20 177:22 203:1,4 219:15 232:18 262:1 272:3 273:8
**problem** 264:11 265:10
**problems** 266:3 266:23 267:7
**procedure** 5:22 265:20
**proceed** 149:8
**proceeded** 149:10 150:6 261:4
**proceedings** 6:7
**process** 85:14 154:22 156:4 174:19,21
**produce** 246:8
**produced** 39:5 203:18 278:3
**producible** 278:9
**professional** 247:13
**prohibits** 29:17 37:10 38:10
**proper** 159:8,9

161:18
properly 125:17
125:22 126:5,6
126:23 155:16
157:18
protect 164:14
protection 39:22
provide 16:10
16:14,22 43:15
44:6,8 206:10
provided 5:21
6:13 14:2
16:19 30:18
32:2,12 34:6
42:14 130:10
130:18 147:13
208:5 244:10
278:20
provides 36:3
psychiatrist
99:20 191:20
191:21 199:11
199:16 206:15
215:13 216:10
221:2 266:18
psychiatrists
213:23
psychologist
199:14 216:10
266:18
public 130:22
210:17
pull 140:23
258:9,14
pulled 141:19
148:20 188:7
218:17,19
259:10,12
260:16,22
261:6,9
pulling 68:20
258:6
pulls 139:23
140:15,18

141:1
purchase 44:22
purchased 72:9
142:9
purely 191:9
pursuant 35:18
60:2 237:4
push 257:2
261:8
pushed 92:21
pushing 15:22
15:22 63:7,18
63:21 258:1,11
258:12,15,16
259:16
put 63:3,4 67:12
78:22 79:5
87:1,2 91:4,7
110:18 126:3
142:15 147:3
148:16 149:23
150:3,9,12
151:3,10 152:8
192:7 225:5
232:13,22
233:2 237:19
238:2,3,5,5,10
238:12,21
239:4,7,9,10
239:11 240:11
240:14 242:1,3
242:7,11,12
243:13,16,20
244:1 253:20
256:20 259:11
260:15 271:4
271:22 272:11
282:1
puts 258:22
putting 79:2
147:23 148:7
149:19 256:14
256:18
P-E-A-V-Y

191:17
p.m 78:5 80:7

_____
**Q**
Quality 19:6
question 9:20
10:1,19,20
11:5 32:1
83:14,16
171:23 240:23
268:19
questionably
251:8
questioning
200:16
questions 2:14
2:15 10:23
13:10 235:23
254:19 256:11
273:10 283:9
284:1,3
quit 221:15
quite 41:17
102:19 178:10
178:11

_____
**R**
Rachel 92:2
186:5 205:2
random 164:23
raped 184:20
read 13:22
30:22 32:19
78:13 149:9
reading 2:5
real 72:10
really 10:9
66:15 81:16
95:11,17 98:23
122:12 156:1,6
156:7 159:17
161:9
rearview 140:2
reason 52:7
110:22 111:1

111:12 116:11
144:20 155:13
221:19
rebooted 123:15
recall 14:6,16
23:2 49:2
69:17 74:16
105:5 107:15
108:14,21
116:21 117:6
121:11 122:9
136:14 144:11
144:13,20
152:13 179:1,4
187:18 192:13
202:19
received 30:22
32:18 80:3
83:11 119:21
126:13,14
158:10 214:9
218:23 219:11
249:20
recess 64:15
134:13 213:16
283:4
recognize 30:8
33:16 39:2
77:20 88:11
109:7 145:20
199:7
recommended
100:3
record 7:17 41:7
64:13,18
134:11,16
143:8,11,14,17
213:13,19
283:2,7,19
recording 14:21
recordings
14:19,19,22
17:6,9 269:11
records 228:10

228:12 230:16
230:17
Red 130:1
redid 272:5
refer 197:19
referred 194:18
referring 15:18
56:16 84:17
refuse 121:15
refused 122:5
regarding 35:7
121:8
regiment 201:10
201:11
Reginald 223:23
registration
38:14
regular 135:22
274:16
related 136:6
196:1 207:16
relates 268:15
relating 2:9
relations 36:16
85:21
relationship
28:11 68:23
105:15 132:23
184:18 224:12
225:7,9
relationships
82:19,21
released 72:2
259:19 261:20
releasing 188:9
relevant 14:20
Relf 28:6,12
50:10 74:2
75:9 78:11
79:4 85:18
189:11
relocated 226:6
remained 23:13
26:7

# FREEDOM COURT REPORTING

remark 181:22
182:2
remarks 56:10
170:6,19 182:2
remember 34:20
48:4 81:14
91:5,7 182:7
243:1,4,6,9,12
250:16 261:20
remembered
243:15 250:16
rendition 242:20
renew 44:4
renewed 44:1,10
rep 23:12 118:1
rephrase 11:1
172:10
report 24:17
35:22 36:5,8
36:15 42:6,10
50:10 51:4
58:7 59:16
60:1,5,6,12,19
60:22,23 64:8
73:16 107:10
124:16 128:5
163:17,20
183:2 184:4
212:15 231:4
236:19 237:10
238:9,11
reported 42:11
58:5 59:13
85:20 105:11
107:6,7 108:19
110:1,8 122:14
133:8 163:19
163:23 165:21
167:3 212:12
212:13 230:9
230:22 235:19
237:23
reporter 5:19
7:5 8:13 9:15

9:16 51:1
176:8 202:11
224:7 265:1
reporting
166:17 237:3
reports 50:12
represented
121:5
reps 117:11
request 89:7
255:9
requested 90:12
90:19
requires 35:20
reread 151:11
research 25:5
resend 276:6
reserve 129:5
reside 8:11
resource 14:10
86:6 87:18
resources 36:23
59:19 85:20
107:11 152:5
166:12 236:23
238:1,18
respect 164:3
212:22 216:4
278:23
respective 1:18
respond 79:8,15
118:20
responding
200:16
response 22:7
27:13 37:19
49:23 57:6
62:1 65:9
68:18 71:23
74:5 80:3,15
88:1 109:6,23
110:5 118:16
119:14 134:9
134:23 148:19

178:8 198:14
199:21 200:23
203:20 204:4
206:23 241:6
245:20 246:16
254:14 262:7
responsibility
222:12
rest 28:21 98:4
restore 272:17
restraining
256:23 260:3
restroom 104:11
104:14 137:2
result 191:4,10
195:20 204:20
resulted 266:23
results 110:17
113:19,21
114:10 160:4
187:7,8
retaliated 37:4
retaliation 60:21
retired 223:16
return 72:8,19
returned 74:15
retyped 270:7
revealed 160:4,6
review 244:18
244:21 245:1,2
245:9 252:19
252:22 278:17
reviewed 13:16
14:8 245:7
246:7,12,13,17
246:18 247:16
248:2 252:16
reviewing 253:4
254:9
Rheem 224:5
rid 222:8
ride 177:5
255:23 256:4
263:23

Ridgecrest
223:14
right 10:4 11:8
32:11,13,23
55:18 60:1
62:6 65:1 68:4
71:3,15 80:22
82:7 89:19
97:4,6 99:6
102:9,11 103:2
105:5 116:9
118:7 124:19
127:5 140:20
141:6 149:3,7
153:2 161:21
169:4,14
172:17 175:12
175:14,20
183:12 185:22
196:2 203:23
209:23 211:10
211:17 222:13
224:10,18
225:17,23
227:18 228:9
228:17 232:7
233:5,6 235:22
238:14 240:15
240:18 242:10
242:15 243:10
245:3,5,17
247:21 248:23
248:23 250:23
251:11,19
252:15 253:8
254:8 255:2,13
256:20 257:11
257:12,20,22
257:23 258:21
259:2,8,22
261:18 262:10
262:13,19
264:8,9 265:5
266:8 268:2,10

269:17 270:13
275:21,23
277:6,7,17,17
279:10
riled 124:14
Rita 74:7 131:18
132:2,3
Rite 3:19 227:19
228:10
Road 5:8
Robert 24:18
226:23
Robinson 22:13
50:5 117:14
163:3 166:18
167:3 168:6
223:23
rogatories 255:1
role 220:23
roll 102:13
rolled 103:12
room 94:2,5
95:10 96:4
266:11
route 139:4
routinely 31:21
rub 67:21 68:3
149:11 259:13
rubbed 67:19
68:1 151:13,19
152:6,11
rubbing 63:6,9
78:23 147:22
148:6,21
149:17 150:15
256:13,16
261:10,11
rude 169:9
rug 160:18,21
ruled 194:17
rules 2:9 5:21
9:11
ruling 194:5
Russell 224:2

# FREEDOM COURT REPORTING

**S**

S 1:15
safe 40:1 45:14
  45:20 46:14
  232:6,10,14
  233:2 234:1,10
SAITH 284:15
salary 144:5,7
sample 209:2
samples 208:3,5
  208:23 209:16
Sanders 223:1,1
  223:14,16
Sandra 74:6
  75:11 76:8
sat 76:2 88:17
  139:20
Saucer 204:16
  207:13 265:8
  265:18
Savage 129:1
save 223:4 246:6
saw 47:17,22
  48:8,10,18
  92:9 97:5
  102:17 117:13
  139:17 186:4
  192:15 193:22
  194:2,4,8,20
  194:21 195:8
  197:11,22,23
  198:5,8,18
  215:20 216:3
  227:18 279:11
  279:17
saying 77:8
  81:12 104:8
  118:13 119:2
  120:1 123:14
  159:19,20
  161:11 182:18
  223:8 234:23
  238:21 245:11
  259:13 271:23

277:15,19
says 36:7,15
  37:20 60:18
  80:9 90:5
  114:4 116:6
scenery 145:5
scenes 145:5
schedule 187:1
school 18:5
  21:14 223:21
  225:13,15
  226:22
Scott 50:14
  124:17,18,20
scream 68:11
screaming 72:16
  258:17,19
sec 73:5
second 142:9
  143:8
seconds 66:13
  66:17,18
  255:22 256:8
  273:7
secure 70:22
  71:5 94:1,3
see 37:14 69:2
  70:11 75:20
  82:4 92:8
  100:6,10
  102:15,16
  103:6,20,22
  104:4,9 105:9
  111:7 136:23
  148:1,5 150:11
  186:2 192:9,14
  195:7,23 197:9
  197:17,21
  198:3,11 221:1
  224:3 240:9
  241:3 252:18
  264:7 268:7
  278:12,18
seeing 94:23

97:8 100:15
  127:11 191:22
  195:11 199:23
  216:10,13
  267:23
seeking 277:15
  278:14 280:11
  281:2,3
seen 82:7 107:1
  191:3,5 192:22
  195:19 214:1
  263:2 264:15
  265:6 268:21
  269:1 279:6
send 118:11
  235:12 268:22
  274:23 275:13
  275:15,22
  276:3,8,10,13
  277:13
Senior 18:6 43:6
  43:8 225:21
  226:1
sense 276:7
sent 80:22 81:1
  107:16 119:15
  151:11 186:6
  190:14 250:14
  251:20 252:13
  253:13,14
  254:18 270:18
  277:19 278:7
sentence 113:17
serious 111:15
  156:8 158:11
seriously 118:3
  155:19,23
  156:5,6 157:23
  160:23 161:2
  161:12,14
  167:12
server 123:11,18
  124:3
server's 124:4

service 20:2
  23:12,22 24:13
  25:7 117:11
  118:1
session 10:14
sessions 192:18
  200:12
set 74:18 94:22
  180:11
settle 217:8,22
  218:1
seven 181:14
  185:6
severity 158:15
sex 82:16 85:1
  85:10
sexual 3:10 31:3
  31:8 33:18
  35:10 54:1,18
  54:21 55:7,10
  55:20 56:18
  57:23 58:1
  59:22 60:2,10
  82:13,20
  126:15 129:9
  152:16,20
  153:11 161:20
  237:4
sexually 55:13
  56:6 57:8
  170:5,19 171:6
shaken 95:9
shaking 95:11
  95:15 180:19
shame 210:18
Shawn 74:10
sheet 227:18
Sheldon 74:9
Shelton 23:1
she'd 94:14
  110:13 119:11
she'll 118:14
shift 138:12,15
  138:17,20

shirt 63:6 67:14
  259:8 260:16
  260:18,22
  261:1,9
shocked 73:20
Shonda 22:13
shoot 46:11
  233:11
shooting 233:8
short 134:7
  157:10,12
shorter 104:18
shortly 17:1,4
shot 232:16
  234:8
shoulder 63:20
  182:4 185:22
  185:23 193:23
  194:5,23 263:3
  263:7,12
  264:11
shoulders 198:9
show 48:16
  77:12 149:4
showed 218:18
  227:19 264:10
shown 47:2
shrug 62:3
sick 120:3 203:7
  203:8
side 11:21 58:19
  59:2,4 70:1,12
  70:23,23 71:2
  74:7,22 75:16
  75:18,19
  104:11,16
  202:8 257:10
  257:11,12,21
  257:22
sides 103:23
sign 30:21
  120:16,23
  161:23
signature 2:4

# FREEDOM COURT REPORTING

146:7
signed 146:10
241:7
simple 173:12
simply 154:5
175:2
sister 224:22
sisters 224:20
sit 75:17 103:2,2
107:4 168:1
180:18
sits 75:6,7 82:7
124:10
sitting 48:9
81:20 102:11
103:1,8 142:4
180:14
situation 95:7
125:11,19
174:7
situation's
124:22
six 19:10 20:5
46:2 98:3,6
99:16 186:22
186:23
sixth 25:9,18
26:8,14,16
27:3,7,9 62:19
66:7,12 67:8
70:8
slacks 67:18
261:2
sleep 91:23
177:2 185:1,20
195:18 201:20
266:14
sleeping 12:16
slow 66:15
slump 102:16
105:10
slumped 81:11
103:13
smirk 140:1,16

Smith 12:1,13
12:13 99:18,21
100:1,4,7,11
191:7,20
195:11,12
199:12 206:16
215:3 216:8
223:21,22
224:1,1,2,4,5
somebody 32:6
34:14 40:15
41:11 49:4
60:23 63:11
85:9,11 103:4
103:9 117:20
142:3 183:6,11
220:9,19
242:21
son 272:10
sons 8:22 225:13
225:20 226:16
soon 62:20
70:10 144:14
145:12
sorry 8:13 17:18
19:18,21 46:4
47:20 53:21
55:9 60:13
63:4,12 66:14
67:6 70:21
77:13 94:11
95:22 96:6
109:14 110:7
111:4 117:12
127:2 142:16
148:4 171:23
176:8 179:11
202:12 213:9
223:18,19
224:7 227:7
245:21,22
246:1 247:3
276:1 278:5
sort 30:21

203:21
sound 65:1
260:8
Sounds 222:9
so-called 15:17
83:20 84:10
space 70:20
speak 93:1,21
106:8 107:9
115:22 120:6
121:8,15 122:6
132:17 142:22
160:19 169:2
169:12
speakerphone
96:9
speaking 69:3
235:4
Spears 74:10
specialized
195:2
specific 180:8,11
206:2 217:11
specifically 31:7
36:7 37:3,10
38:9 151:19
171:17 174:2,9
180:2 214:18
231:3
spell 24:19
227:9
Spencer 122:23
125:2,13
152:23
spoke 76:15
78:7,10 79:4
80:18 91:15
93:14 121:2
132:16 182:19
182:23 183:5
spoken 25:20
89:9 94:15
96:12 101:21
102:1 132:10

132:12 183:11
stack 250:14
stalked 133:5
stalking 131:23
stand 102:12
105:6,10,19
106:2,3
standing 73:14
255:15 257:20
stands 104:23
stare 102:9,13
staring 135:3
start 19:2 54:18
63:9 109:11
140:14 142:4
181:5 192:6
201:13 211:21
259:12 261:11
270:14
started 22:4
23:11,17 24:10
95:15 180:19
196:5,8 199:23
267:23
starts 171:9
state 7:17 83:16
113:17 219:4
stated 15:14,19
15:20 16:3
67:12 68:20
73:4 76:5,10
76:12 77:1
79:11 84:9,14
84:14,15 87:3
93:20 94:1,14
94:15,16,19,22
104:10 110:23
111:13 116:11
116:23 124:4
129:4 131:18
163:11,12,14
170:18 189:2
189:21 197:16
198:16 212:23

214:10 218:18
218:20 219:23
220:5 253:6
278:13
statement 3:14
56:22 58:4,15
59:1 61:21
67:4 69:15
72:7,11 83:18
86:4 88:4,14
88:18 89:14,16
89:23 90:2,7
90:10,11,13
91:7,21 93:1,8
108:7 112:5
121:22 123:12
123:12 124:13
147:12,20
148:6,23 149:1
149:2,5 150:2
150:12,14,18
150:19,22
151:1,6 175:18
183:2,20 236:2
238:16 239:3
242:7 277:2
statements 41:5
57:17,18 59:10
124:15 269:1
states 1:1 4:1
170:4
step 64:9 71:2
240:19,19
stepfather
223:20
Stephen 194:11
stepped 62:17
step-by-step
156:4
Stern 224:4
stick 250:14
STIPULATED
1:16 2:3,11,20
stipulation 5:23

# FREEDOM COURT REPORTING

Page 305

stipulations 7:6
stomach 63:9
  67:20,22 79:1
  148:21 149:12
  149:12 259:21
  261:11
stood 106:21
stop 66:5 101:1
  102:8,10 189:6
  224:10
stopped 43:21
  100:15,21
  140:9 191:22
  261:18
store 228:1
straight 138:16
strain 109:13
Street 1:22 6:2
  6:18 229:16
stress 185:16
  214:11 215:1
strong 192:8
stuck 260:8,21
student 24:6
study 117:1,16
stuff 147:17
  201:14 247:1
  250:14,15
  271:6
subcontractor
  20:16
subjected 35:21
  53:23 54:20
  55:6 170:5
sued 17:19
  216:20,22
suffered 176:21
  185:16 263:7
  280:16
suffering 214:11
sufficient
  155:11
suggested 170:5
  170:19

suggestive 171:6
Suite 4:21 5:8
summer 179:6
  180:15,16,21
  270:15
Sunday 248:9
supervise 52:17
  53:3
supervised
  155:18 172:7
supervising
  155:6 158:6
  171:12,18,19
  172:4,8,13
supervision
  155:4 157:17
  157:22 172:23
supervisor 28:4
  28:8 51:7,10
  51:13 53:7
  59:17 60:23
  76:7 77:3
  85:19 178:17
  189:11
supplemental
  278:20
support 43:16
  123:6,6 158:4
  173:2,8 274:4
supporting
  175:19
supposed
  148:12,15
  163:20 164:6
  181:3
sure 9:11 29:3
  29:12 44:9
  53:8 64:10
  82:22 83:15
  87:8,10 98:23
  99:14 122:12
  122:12 123:13
  123:14,23
  143:9 151:21

151:22 152:3
152:15 154:2
157:15 172:1
172:11 190:19
197:4 222:3
226:5 227:20
230:1,2
surgery 264:20
surgical 265:20
surroundings
  138:5,6
Susan 74:8
swelling 187:13
  188:9 197:15
  197:18 198:8
  198:16
switch 222:2
switched 27:21
sworn 6:21 7:2
syndrome
  214:12
Systems 1:11
  4:11 5:1 6:12
  7:9

_____
        T
_____
T 1:15,15
table 10:19
take 10:15,16
  12:18,19,22
  35:6 45:16
  64:2,10 118:2
  126:15 134:6
  138:4 149:10
  150:6 155:23
  157:23 158:15
  160:23 161:1
  161:12,13
  166:21,22
  180:23 185:10
  201:3,6,19,22
  202:3,5 203:5
  213:7 259:7
  262:14,17,21

263:2 266:14
273:7 278:11
278:17 282:22
taken 1:19 2:2
  9:7 45:19 46:8
  64:15 113:9
  126:20 134:13
  156:7 158:11
  213:16 251:7
  283:4
takes 258:20,21
  259:2
talk 49:16 54:14
  62:6 65:23
  76:19 77:3
  81:18 105:16
  107:17,20
  108:1,4 123:21
  124:6 135:21
  136:2,10 147:5
  153:21 171:17
  263:10
talked 48:19
  76:21 82:15,18
  84:23 85:6
  91:10,12 112:5
  113:18 123:15
  135:1 137:6
  140:9 152:17
  152:23 153:13
  154:1 170:20
  171:8 172:1,16
  173:1,10 183:6
  184:6 191:19
  216:16,19
  217:1,5,6,10
  220:14 236:1
  254:1 264:16
  273:4 278:23
  282:17
talking 24:11
  47:19 64:21
  69:13 85:19
  112:17,19

115:13,15
116:13 135:19
162:23 163:1
171:10 174:8
180:17 183:17
183:19 212:5
213:22 256:15
talks 135:23
tape 14:18,21,22
  16:10,13,17
  17:6,8 64:18
  134:16 213:13
  213:19 269:11
taped 15:8
tapes 213:10
Taqueta 224:2
Tara 28:6 50:10
  74:2,17 75:9
  76:3,4,15,20
  76:21 77:1,8
  81:4 82:6,6
  87:8 95:17,19
  98:10 102:17
  107:8 136:1,2
  136:11 151:19
  151:22 152:1,9
  163:19,19,22
  164:1 165:11
  165:11,17,17
  165:20 167:15
  168:2 189:11
  200:21 212:13
  276:10,14
  277:12
Tara's 200:22
target 46:8
TDY 25:2
teacher 223:21
team 25:1,3,5
  26:3 27:11,18
  27:22 50:18,21
  50:23 51:2,3
  51:18,21,23
  52:2,5,6,8,13

# FREEDOM COURT REPORTING

Page 306

52:14,16,21
53:9 61:5
73:23 74:19
75:3,14 105:2
135:13
**teams** 50:21,22
52:10
**tear** 263:19
**tech** 26:3,5
123:5,5,6,8
**technician** 19:15
**Telecommuni...**
19:1
**telephone** 89:20
**tell** 13:12 17:2
24:2 25:13
62:8 70:6 73:3
79:5 106:3
108:12 118:8
118:20 120:23
121:20 145:7
147:2 151:12
151:18 160:10
165:11 167:14
168:17 174:23
176:17 204:5
219:7,10
220:22 222:19
223:5 224:11
224:12 225:7
228:20 231:20
235:16 246:10
246:11,12
253:8 263:21
267:22 282:9
**telling** 32:14
86:20 113:23
189:1 250:2
278:15
**tells** 165:11
**temporary**
19:12,13 20:2
**ten** 80:23 139:21
203:2,2 230:21

**tend** 54:13
**tension** 198:12
**term** 17:5
**terminate** 262:9
262:10
**terminated**
21:17 156:15
157:8 158:1
159:11 162:12
176:13 262:19
**termination**
157:10,13
**terminology**
187:9
**terms** 187:11,12
**testified** 7:3
219:23 273:23
274:19
**testify** 106:18
252:2
**Texas** 4:22
**thank** 142:19
**Thanks** 63:17
**That'd** 225:11
**therapist** 94:23
97:8
**therapy** 189:1
191:13 196:4
196:12,17,18
**thereto** 2:19
**they'd** 159:9
217:15
**thing** 120:11
131:9 149:22
175:10,16
179:18 184:11
185:13 270:6
270:19 271:3
**things** 13:2
78:20 94:22
95:7 97:13,18
97:21,23 151:8
218:5 248:6,7
248:11 250:13

265:15
**think** 14:11 15:3
15:9 17:3
44:18,19 50:9
55:6 57:21,22
59:1 64:2
75:12 76:7
86:11 87:17
93:12 98:2,7
99:15 111:22
112:9 121:2,18
125:16,21
127:9 129:19
130:14,17
131:5 134:3
151:14,15,21
152:1,7,16
153:7 154:2,3
154:8,11,15,16
155:14,18,20
155:22 156:6
156:10,12,14
157:5 158:21
158:23 162:9
166:16,23
167:2 171:1,7
171:15,18,21
173:8 174:12
184:13 186:19
187:22 189:17
190:23 191:15
191:18 192:15
193:2 204:9
207:3 209:20
215:12 221:8
221:11 223:15
225:20 226:12
226:15 230:1
238:7 240:5
241:2 244:12
266:5,7 271:12
271:13 273:7
273:22 276:21
279:22 281:18

282:2 283:18
**thinking** 237:12
237:15
**thinks** 113:7
**third** 26:3,4
109:12 190:8
**thorough** 127:9
127:14 159:7
162:2
**thoroughly**
159:1
**thought** 59:3,10
62:15 69:20
80:14 85:14
112:2,12 153:8
163:15 175:23
179:16 198:11
217:7,18
219:12 227:1
250:5,10,17
282:11,12,13
**threaten** 49:8,11
**threatened**
48:14 220:6,10
**threats** 37:22
220:11
**three** 25:16
106:7 136:18
138:11 178:13
192:16 196:5
196:20 203:4
228:14
**tighter** 68:20
**till** 10:1
**time** 2:17,18
6:16 19:16
20:6 21:1,4
29:6 39:13
41:19,20 42:9
43:1 48:4
52:19 57:21,23
58:2 59:22
64:13,19 65:3
67:3,9 69:12

73:19 74:3,3
76:8,11,19
78:5 80:7 81:3
81:7 82:9
83:22 86:1
93:12,22 94:14
95:1,16 96:11
102:10 103:4
104:10 105:1,9
106:5 107:7
114:23 116:22
117:8 120:6
121:5,6 122:1
124:16 125:5
131:23 134:11
134:17 138:17
138:22 143:11
143:17 144:19
165:17,20
177:23 179:1
193:14 194:2
199:22 201:3,7
201:17 203:6,7
203:8,10
213:13,20
215:19 216:3
221:16 223:4
229:4 230:11
231:4,6,17,19
238:10 246:6
248:17 249:1
251:6 252:12
256:3 257:7
272:1 279:17
283:2,7 284:8
**times** 93:11,11
93:15,19 102:7
106:16 135:7,7
138:11 178:13
180:16 192:16
203:2,4 230:21
**tinted** 142:6
**tissue** 63:11
**title** 23:15,16

# FREEDOM COURT REPORTING

61:5 111:23
**today** 10:13
13:10,13,17,21
168:1,2 208:10
234:14 245:6
270:2 277:20
278:21 283:9
283:19
**told** 15:23 41:6
46:21 47:9
48:12,14 49:3
61:17,23 64:7
64:7 65:22
73:15 74:23
75:22 76:3,16
77:9 86:21,22
87:6,10 90:2
94:2,21 95:17
97:7 110:16
111:16 115:9
116:19,22
117:5,7,20
121:21 122:1
124:16 151:14
151:16,22,22
152:1,10,11
153:7 164:1
165:17,20
172:6 175:8,11
182:9 183:11
186:21 189:13
190:12 216:22
217:17,20
219:8,14 221:4
240:18 250:10
251:13 256:5
263:1,1,17
267:20 268:11
269:2,16,19
**tolerate** 31:8
37:21
**tomorrow**
118:14
**Tonya** 4:20 7:8

16:8 224:22
**tops** 185:7
**tore** 188:7
**torn** 182:5
187:13 194:14
263:17
**total** 70:14,15
192:15
**totally** 168:16
**touch** 68:2 83:4
86:22 101:11
101:14 261:13
**touched** 61:12
68:8 84:11,20
101:19 102:2
143:1 170:15
242:8 261:15
**touching** 79:1
259:20
**traction** 197:2
**train** 109:17
**trained** 126:6
127:1 155:16
157:17
**training** 34:7,13
34:14,15,23
35:3 126:12
127:6,7,15
154:4 155:3,6
155:8,15
157:16,22
158:6,9,12
161:16,16,18
161:19 162:2,3
162:4 171:12
171:16 172:3
172:23
**trashed** 271:14
**trauma** 15:19
**traumatized**
151:7 244:2
**traumatizing**
243:22
**treat** 161:14

**treated** 161:4
167:14,16
**treating** 168:2,8
169:16
**trial** 2:17
**tried** 91:3,4
101:13 107:23
119:2 121:12
125:13 142:22
233:9 283:12
**truck** 46:19,23
47:6 142:4
**true** 34:10 36:5
38:11,12,17
119:5 131:11
156:22,23
159:19,20
239:16,20
**trust** 177:4
**truth** 13:13
**truthful** 91:3
**truthfully**
283:13
**try** 41:6,7 95:12
107:20 108:4
137:5 139:1,7
189:6
**trying** 16:1
76:18 101:9
120:5 212:3
247:10 252:4
258:9,14 276:2
**tucked** 259:9
**Tuesday** 118:18
**turn** 35:13
**turned** 62:19
140:3
**Twana** 73:2
74:17 75:10,22
78:8 81:4
107:3 151:14
152:9
**twice** 12:19,20
100:13 273:21

**two** 8:22 20:23
27:3 41:21
50:21 70:11
71:1 98:8
103:22 106:7
123:3 136:17
178:13 182:2,2
187:3,18 188:3
203:4 225:12
226:16 236:6
238:9 242:5
**type** 90:2 127:15
128:1,6 129:8
130:14 151:9
164:3 168:14
244:4 253:12
253:13 254:2
269:15 275:7
**typed** 88:18 89:5
146:21,23
236:3,4,10,14
239:3 240:11
241:8 242:17
244:7 250:22
252:13 269:4
270:7,11 271:1
271:13,20
274:20,22
275:3,21 276:4
276:5,9,11
**types** 97:23
**typewritten**
146:17
**typing** 9:17
151:8,10
237:12,13

---
**U**
---
**U** 1:15
**Uh-huh** 22:6
27:12 37:18
49:22 57:5
65:8 71:22
74:4 87:23

109:5,22 110:4
118:15 119:13
134:8,22
148:18 178:7
198:13 199:20
203:19 204:3
206:22 241:5
246:15 254:13
262:6
**uncomfortable**
58:5 210:18
212:9
**Underneath**
68:6
**understand** 9:12
10:23 11:2,6
13:10 25:11
53:17,20 54:6
55:2 56:1
80:10 104:2
127:3 152:15
152:19 154:3
157:15 162:22
162:23 171:16
201:15 221:12
232:2 268:18
**understanding**
132:19 188:17
190:8
**understood**
283:9
**uneasy** 48:15
**unit** 129:5
**UNITED** 1:1 4:1
**University** 18:16
**unlawful** 31:4,9
35:11
**unsubstantiated**
175:13
**UPS** 45:6
**upset** 95:17
**up-to-date** 114:2
**use** 71:5 220:6
222:6

# FREEDOM COURT REPORTING

Page 308

Usual 7:5
U.S 6:18

**V**

vacation 203:9
  203:10
vehicle 142:9
verbal 84:1
verbally 10:6
  110:18
Veres 264:23
  265:2
versus 6:11
video 1:18 2:1
  6:13 14:19
  17:8
videocam 41:7
videographer
  5:14 6:9,14
  9:15 64:12,17
  134:10,15
  142:14,17
  143:10,16
  213:8,12,18
  222:1,5 283:1
  283:6 284:7
Videotaping
  6:13
violated 126:2
violence 37:10
  37:15,22
violent 37:21
Virginia 14:11
virus 272:11
Visions 6:14
visits 95:3 97:12
  98:3,6,17,21
  99:8,16,17
  188:14
visual 19:15
Vonceil 99:18
  191:7 199:12
vs 1:9 4:9
V-E-R-E-S

265:3

**W**

wages 280:19
  281:3
waist 257:18
  260:5
wait 10:1 21:2
  95:13 251:5,5
waited 139:20
  140:5
waiting 141:23
waived 2:6,23
walk 70:10 94:6
  95:12 103:3,4
  137:1 162:19
walked 59:6
  62:12,15 64:4
  64:6 72:13
  73:13 79:16
  94:5 95:10,15
  95:19,20
  103:10
Walker 5:7 7:12
  7:12 16:8,14
  17:2 44:13
  63:14 134:8
  143:9 145:6
  222:11 225:4,8
  246:5 249:8,12
  249:14,19
  251:5,22 252:4
  254:23 278:5
  278:11,16
  284:4
Walker's 273:3
walking 102:6
  135:3 162:15
walks 104:3
  261:3
Wal-Mart
  223:23 234:7
Wanda 74:9
want 9:11 16:6

31:21 49:4,16
  87:9 115:7
  122:3,11
  123:23 131:14
  152:14 153:21
  154:2 156:3
  167:11 171:17
  172:4,13 174:1
  183:21 217:12
  222:1,2 223:9
  247:15 248:1
  251:12 280:14
wanted 52:12
  59:4 68:21
  76:23 81:13,17
  87:1 120:23
  160:12 250:16
  254:20 263:10
wanting 121:23
wanton 172:22
  173:11,13
wantonness
  173:4
wants 149:13
warm 63:2
  68:21 149:13
  259:14
warned 83:8
warning 84:3
warnings 21:20
  83:12
wasn't 15:21
  21:13 43:3
  69:21 81:12
  96:22 108:11
  111:14 115:3
  115:15 126:5,6
  129:17 138:17
  148:23 155:10
  158:10 159:7,8
  160:6,9 161:17
  162:11 176:12
  177:2 180:13
  190:18 195:2

195:18 198:10
  198:10 204:11
  204:20 219:17
  231:18 243:17
  278:14
water 102:8
waved 142:5,11
way 37:5 56:8
  57:2 83:18
  101:4,5 148:13
  148:16 153:4
  158:8 160:16
  160:17 161:4
  162:20 166:3
  167:13 174:6
  176:2 219:18
  220:16 233:10
  257:2,3 260:7
  261:6 268:16
  271:19
ways 36:4
wearing 67:17
web 34:22 35:3
  35:5
Wednesday 6:15
week 12:20
  89:12 90:18
  100:12,14
  120:3 138:12
  178:14 196:6
  196:21 273:21
weeks 87:4
  236:7 238:9
  242:5
Weil's 64:3
  72:11
weird 61:19
went 25:1 26:7
  58:14 71:14,14
  71:15 72:22
  73:11 99:1
  100:13 117:2
  139:19 174:22
  189:10 198:1

198:10,17,19
  226:21 234:3
  240:9,10 241:3
  242:16 266:8
weren't 52:11
  86:4 96:19
  175:9 193:15
West 227:21
we'll 10:15
  16:10,14 44:13
  225:2,4,5,8,8,9
  273:12 282:22
we're 10:12
  264:13 273:8
we've 16:9 137:6
  153:13 154:1
  171:8,10 172:1
  173:1,9,16
  191:19 213:22
  268:21 269:1
What'd 86:15
When's 194:2
  216:3
whoa 124:9
Williams 1:12
  3:4 4:12 5:2,3
  5:6,13 6:12
  7:10,10,11
  26:21 27:8
  40:4,9,15 43:7
  51:6 52:17
  53:6,13 54:22
  55:8,14 56:4
  56:19 57:13,18
  58:9 61:8 62:7
  66:10,20 69:1
  69:10 71:9
  74:7 75:11
  77:23 79:8
  80:3 81:6 82:9
  85:19 91:16
  97:3 101:3,11
  110:3 116:14
  117:15 122:17

# FREEDOM COURT REPORTING

Page 309

125:20 126:13
127:10,19,23
128:10,13
129:18 131:5
131:18 134:1
134:19 153:16
153:23 154:17
155:4,7,10
157:18 158:7
158:10,11,20
159:20 161:17
162:8 163:1
170:8,9,13
171:12,20
172:3,8,13
210:5,7,8,12
212:17,18
216:21 221:23
222:3,9,13,15
225:6,11
234:23 237:3
246:9 249:21
252:1,6 256:6
262:9,10,18
267:9 273:6,11
284:2
**Willie** 224:16,16
**window** 40:12
230:10
**windows** 41:14
142:6
**witness** 2:5 6:5
63:14 221:22
255:17
**witnesses** 96:20
96:23 114:18
156:20 157:6
159:17,18
175:15
**woke** 58:19
**woman** 67:4
**wondering**
123:18 252:21
**Woodgett** 45:2

65:17
**word** 135:6
158:17,18,20
158:20 181:4
183:23 241:19
262:14,18,18
262:22
**words** 268:21
**work** 19:4,8
34:4 40:4,7
42:22 45:5
46:22 47:8,16
48:21,23 49:20
70:19 72:22
88:20,22 92:3
111:19 118:21
132:4 143:22
177:3 178:15
180:12,13
185:21 201:3
202:14,15,21
210:19 212:9
220:1 223:22
226:3 272:18
275:4,5,8
277:9
**worked** 111:23
206:16
**worker's** 188:18
189:7 190:9,12
**working** 138:20
**workman's**
189:4 190:17
**workplace** 31:10
37:11,15
200:17
**works** 69:23
103:14,16
223:16,23
224:1,2,2,4,5
230:4
**wouldn't** 49:4
119:8 132:21
133:15 155:17

251:8 275:22
**Wouters** 279:1,2
279:18
**wow** 72:5
**wrap** 282:23
**write** 86:3 88:4
89:14 90:7,10
146:16 200:2,6
248:7,11 270:1
**writing** 87:2,2
110:14,19
113:19 114:8
269:7
**written** 84:3
147:12 148:23
151:6 208:18
235:9 242:7
**wrong** 58:18,19
59:2 64:6
72:23 73:6,9
174:13 263:11
**wrote** 41:4,5
78:14 88:15
89:3 90:11,21
151:5 200:18
215:13 243:7,8
248:6 250:15
274:21
**W-O-U-T-E-...**
279:3

_____

**X**

**X-ray** 188:2
198:15

_____

**Y**

**yard** 233:13
**yeah** 43:23 67:8
80:19 140:21
142:13 144:14
153:9 167:4
187:8 266:12
270:10,23
275:18 280:6
**year** 11:21 12:4

18:20 19:20
21:2,3 26:18
30:16 32:3
35:4 52:3
84:13 115:4,5
115:8 126:22
136:21 177:20
177:21 179:5,7
182:10 186:6
187:22,23
188:20 193:13
194:22 196:9
208:20 209:8
270:15
**years** 20:23
25:20 28:10
83:20 228:5,15
229:19
**yell** 68:10
**yelled** 169:8
**yelling** 72:16
**yesterday**
102:20,21,23
104:7 134:21
**YMCA** 145:7
**young** 59:2
84:15 131:20
**y'all** 43:18 51:15
69:13 71:17
138:14

_____

**Z**

**Zest** 193:8
**Zoloft** 192:8
208:6

_____

**0**

**04** 51:20
**05** 15:3 39:12,19
41:1 42:5,7
43:21 45:12,19
48:5,5 57:3
59:8 74:12
100:9,16
122:11 137:13

137:19 138:1,8
142:21 177:16
178:9 186:11
187:15,20
192:23 195:8
195:15 197:23
198:6 201:11
206:21 207:18
209:9 211:16
211:19,23
214:1 215:6
216:6 231:11
231:12 234:22
236:3 264:1,15
264:18 266:13
270:16 279:11
**06** 44:5 177:19
179:10,11
180:2 187:22
196:10 197:11
198:1,2,4
208:21 215:21
215:22,23

_____

**1**

**1** 3:9 30:3,7
37:14
**1:38** 283:2
**1:41** 65:6,7,11
**1:42** 283:7 284:9
**1:52** 78:5
**10** 3:18 78:2
80:5 106:4
199:3,7
**10th** 64:23
125:20
**10:04** 6:4,16
**10:46** 64:13
**10:53** 64:19
**1000** 4:21
**108** 3:15
**11** 3:19 170:4
203:13,17
**11:43** 134:11

# FREEDOM COURT REPORTING

Page 310

| | | | |
|---|---|---|---|
| **11:53** 134:17 | 64:22 78:3 | **5** | **99** 8:19,19 |
| **11:58** 143:11,17 | 80:5 89:1 | **5** 3:13 79:21 | 218:15 |
| **115** 257:7 | 101:10,15 | 80:2 | |
| **12** 9:2 | 105:17,20,23 | **5B** 1:22 6:3 | |
| **12th** 92:9 | 106:22 109:21 | | |
| **12:49** 213:14 | 119:1 143:19 | **6** | |
| **12:54** 213:20 | 146:5,11 177:8 | **6** 3:14 88:7,11 | |
| **13** 109:21 | 199:19 204:2 | 149:6 177:17 | |
| **13th** 92:10 111:8 | 205:12 | 236:1 238:17 | |
| 116:5 195:10 | **2006** 2:2 6:15 | 239:15 240:3 | |
| **14** 199:19 | 205:15 206:5 | 241:17,20 | |
| **14th** 195:10 | 264:8 | 242:11 243:3 | |
| **145** 3:16 | **203** 3:19 | 243:11 244:14 | |
| **15** 1:22 6:2,18 | **21st** 119:16 | 244:19 | |
| 106:4 119:1 | **22** 44:18,21 | **6-28-05** 3:15 | |
| **1525** 8:12,14 | 232:2 | **60** 255:22 256:7 | |
| **160** 5:8 | **222** 3:4 | | |
| **169** 3:17 | **23** 89:1 | **7** | |
| **17th** 186:10 | **23rd** 90:4 236:3 | **7** 3:3,15 9:2 | |
| **18** 21:3 | **25** 102:7 135:7 | 108:23 109:4 | |
| **1989** 18:12 | **27th** 119:22 | **77** 3:12 | |
| **199** 3:18 | **273** 3:5 | **77002-5009** 4:22 | |
| **1994** 228:19 | | **79** 3:13 | |
| **1997** 19:3 22:5 | **3** | | |
| 25:15 27:20 | **3** 3:11 38:21 | **8** | |
| **1998** 27:21 | 39:2 134:16 | **8** 3:16 31:2 | |
| | 170:4 213:13 | 145:16,20 | |
| **2** | **3-14-05** 3:18 | 146:4,10 | |
| **2** 3:10 33:11,15 | **3-8-05** 3:16 | 148:10 240:13 | |
| 35:10,14,20 | **30** 3:9 | 241:8 242:18 | |
| 60:10,11 64:18 | **301** 5:3 | 244:4,5,16,22 | |
| 171:9 | **33** 3:10 | 256:12 270:19 | |
| **2-10-05** 3:12,13 | **36103** 5:4 | **8650** 5:7 | |
| **2-23-05** 3:14 | **36117** 5:9 | **88** 3:14 | |
| **2:05-CV-925-...** | **38** 3:11 | **89** 18:12 | |
| 1:5 4:5 | | | |
| **2:09** 80:7 | **4** | **9** | |
| **2:10** 41:22 | **4** 3:12 6:15 | **9** 3:17 37:14 | |
| **20** 102:7 135:7 | 77:15,19 | 169:22 170:3 | |
| 171:10 | 213:19 | **94** 18:21 228:22 | |
| **2000** 4:21 | **4th** 2:2 | **95** 21:6 | |
| **2005** 3:19 26:22 | **45** 66:13,13,16 | **96** 19:21 20:9,11 | |
| 29:4 30:13 | 66:16,18 | 21:7 | |
| 61:7,13 62:8 | 255:22 256:7 | **97** 19:22 24:8 | |
| | | **98** 218:15 | |