-----Original Message-----
From: Jacobs, Aj
Sent: Thursday, February 10, 2005 1:52 PM
To: Williams, Jeff
Subject: elevator

Jeff,

What just happened in the elevator please don't let that happen again. That was very inappropriate and disrespectful. No need to apologize in the future let's just keep things on a business level.

AJ

EXHIBIT B