-----Original Message-----
From: Williams, Jeff
Sent: Thursday, February 10, 2005 2:09 PM
To: Jacobs, Aj
Subject: RE: elevator

I understand, just joking around with you, no disrespect meant.

EXHIBIT C