2/23/2005

Leslie Liebman

On February 10th, 2005 around 1:45p.m. I was returning from lunch. As I approached the double doors in the basement headed to the elevator Jeff Williams also was walking closely behind. I felt something brush my behind—I assumed that Jeff accidentally brush against me or was walking too close. We walked onto the elevator once the elevator door closed Jeff took his arms around my waist and pulled me closer to him (he was standing on my right side) I tried to nudge him away. He pressed his body against mines which forced me on the wall of the elevator. I said hey get off of me he said that he was cold and he wanted me to warm him up. He proceeded to take my blouse out of my pants and began to rub on my stomach (bare stomach) and said he want me to warm him up. I said get off of me and he laid his head on my shoulder while he was holding me he said I felt so good. Shortly after that the elevator doors open and we were on the 6th floor. He walked off made a reference to he had to go exchange some jeans he bought on his lunch break. I asked him where he exchanged the jeans. He said Looking Good or Weil's I can't remember which one he said. I walked to my desk just flabbergasted.

This has affected me in was I never would have imagine. I went to the doctor and she gave my something to help me sleep as well as some pain pills. I'm having nightmares as if someone is chasing me and I can't get away and someone trying to break into my home. My right side has been hurting and my lower back. I see him walking around and

EXHIBIT D

freeze. I have to get co-workers to walk to the break room as well as ride the elevator with me; or I'll see him leaving the area where I want to go to and rush to the area and hurry back so that I will not run into him. Before all of this I was a fun loving person, now I'm afraid to ride the elevator with a man on it by myself. I've made an appointment with someone to help me threw this because I have two small children that is beginning to be affected by this. I don't know what o do anymore this has change my whole life; my friends see a big change in me.

Thanks for your time

Adwowa Jacobs

3342067829 wk