02-28-06    ADWOWA JACOBS
DOB: 09-20-71

Ms. Jacobs returns today. I did not remember this, but in February 2005 she was injured. She was assaulted on the elevator at work. One of her coworkers put his hands all over her and even down her shirt under her bra. She fought him off, and then the door opened. He said, "I had a good lunch", and calmly walked out. She reported him, and apparently has had some repercussions from work.

The pain in her neck has been off and on since that time. I don't have any incident reports from work. She has recently seen Dr. Barrington, and he is following her for shoulder pain. Her swelling is better. She is still having pain, but it is definitely better.

**PHYSICAL EXAMINATION:**
HEENT:      PERRL. EOMI. Discs sharp. No papilledema. Neck supple.
NEURO:      Cranial Nerves: CII – CXII: intact.
MOTOR:      5/5
SENSORY:    Intact.
DTR:        2+

**ASSESSMENT AND PLAN:**
1.    Right cervical radiculopathy – I told her I thought this should resolve totally with time, but I don't want her taking Naprosyn and Motrin together, just to take Naprosyn until her present prescription runs out, then stop taking it. I am going to give her some home cervical traction, and have her follow up with Dr. Peavy for therapy. I told her chiropractic therapy may very well help quite well in the setting of muscle spasm and a normal MRI of the cervical spine and normal neurological exam.


Caudill Miller, M.D.
PCM/tbh

cc:    Dr. Sam Peavy w/ copy of all notes
       Rachel McKinney, M.D.
       Steven A. Barrington, M.D.

P. Caudill Miller, M.D. – Ben C. Wouters, M.D., Ph.D. – Larry W. Epperson, M.D.
1722 Pine Street – Suite 700 – Montgomery, Alabama 36106
Phone (334) 834-1300  Fax (334) 834-8347

EXHIBIT
H