01-31-06    ADWOWA JACOBS
DOB:  09-20-71

01-30-06 MRI OF THE CERVICAL SPINE REVIEW:

Totally normal. This is a beautiful MRI of the cervical spine. The discs are well hydrated. No spinal stenosis or neural foraminal stenosis. The cervical spinal cord is normal. No spinal stenosis or disc herniation. This could go in a textbook, and I don't see any reason she is having this severe right arm pain.

I did EMG studies on her, and they were normal as well. Her pain is greatly out of proportion to what I would expect. Why she has not responded to steroids and Valium, I do not know. This must just be muscle. She has a lot of pain in her shoulder, and I am going to send her to an orthopedist and let him look at her shoulder, but I see nothing wrong objectively from a neurological standpoint, and the MRI of her neck is just perfect.


Caudill Miller, M.D.
PCM/tbh

cc:    Steven A. Barrington, M.D. et al
       Rachel McKinney, M.D.

EXHIBIT I