IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv925-MHT |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION an JEFF ) | |
| WILLIAMS, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that the motion for summary judgment (doc. no. 40) is set for submission, without oral argument, on November 17, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 1st day of November, 2006.


                         /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**