IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   2:05 CV 925-T |
| | ) |
| ELECTRONIC DATA SYSTEMS | ) |
| CORPORATION and JEFF WILLIAMS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Defendants EDS and Jeff Williams will take the deposition of Vonceil Smith, Ph.D., on Wednesday, December 6, 2006, commencing at 9:30 a.m., at Behavioral Medicine, 6324 Woodmere Boulevard, Montgomery, Alabama.

Said deposition will be taken before a notary public or other office authorized by law to administer oaths, for the purpose of discovery, or for use as evidence, or for both purposes in connection with this action. Said oral examinations will continue from time to time until completed.

Respectfully submitted this 16th day of November, 2006.

 s/ James E. Williams
JAMES E. WILLIAMS (ASB-9283-W84J)
Melton, Espy & Williams, PC
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Fax: (334) 269-9515
jwilliams@mewlegal.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I have sent a copy of the foregoing Motion to Extend Discovery Deadline to the following on this the 16th day of November, 2006, electronically and via United State Postal Service, properly addressed and postage prepaid:

*Counsel for Plaintiff:*
L.D. Walker, III
Suite 150
8650 Minnie Brown Road
Montgomery, AL 36117
(334) 215-4513
deewalker@parkplacecenter.com

*Counsel for Electronic Data Systems Corporation:*
Tonya A. Jacobs
Rachel Smith
Baker & Hostetler
1000 Louisiana, Suite 2000
Houston, TX 77002
*and*
Ashley H. Hattaway
Wachovia Tower
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203
(205) 458-5135
ahattawa@burr.com

 s/ James E. Williams
JAMES E. WILLIAMS (ASB-9283-W84J)
Melton, Espy & Williams, PC
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Fax: (334) 269-9515
jwilliams@mewlegal.com