IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:05cv925-MHT |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION an JEFF ) | |
| WILLIAMS, ) | |
| ) | |
|     Defendants. ) | |

ORDER

It is ORDERED that the motion to extend discovery deadline (Doc. No. 46) is denied for the following reasons.

"A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and "[a] request or motion that fails to meet this requirement will be denied

outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met. " Scheduling Order (Doc. No. 14),  § 9(B). Movant here has failed to comply with these requirements.

DONE, this the 16th day of November, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**