IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  2:05 CV 925-T |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION and JEFF WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**RENEWED MOTION TO EXTEND DISCOVERY DEADLINE**

COMES NOW Defendant **Jeff Williams** and files this Renewed Motion to Extend Discovery Deadline, and in support hereof, states as follows:

1. On November 16, 2006, Defendant Williams filed his Motion to Extend Discovery Deadline, and incorporates same as if separately set forth herein.

2. On that same day, this Honorable Court entered an Order denying same for failing to comply with §9(B) of the Court's Scheduling Order.

3. Undersigned counsel has conferred with counsel for Plaintiff and counsel for Co-Defendant, Electronic Data Systems, and neither party objects to the Motion to Extend Discovery Deadline, nor will any party to this action be prejudiced by same.

**WHEREFORE, PREMISES CONSIDERED**, Defendant **Jeff Williams** respectfully requests that this Honorable Court extend the deadline for discovery from November 28, 2006, to and including December 6, 2006, for the reasons set forth in his previous Motion to Extend.

Respectfully submitted this 17th day of November, 2006.

    s/ J. Flynn Mozingo
JAMES E. WILLIAMS (ASB-9283-W84J)
J. FLYNN MOZINGO (ASB-9111-O73J)
Melton, Espy & Williams, PC
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Fax: (334) 269-9515
fmozingo@mewlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically sent a copy of the foregoing Renewed Motion to Extend Discovery Deadline to the following on this the 17th day of November, 2006, to the following:

*Counsel for Plaintiff:*
L.D. Walker, III
Suite 150
8650 Minnie Brown Road
Montgomery, AL 36117
(334) 215-4513
deewalker@parkplacecenter.com

*Counsel for Electronic Data Systems Corporation:*
Tonya A. Jacobs
Rachel Smith
Baker & Hostetler
1000 Louisiana, Suite 2000
Houston, TX 77002
tjacobs@bakerlaw.com
*and*
Ashley H. Hattaway
Wachovia Tower
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203
(205) 458-5135
ahattawa@burr.com

    s/ J. Flynn Mozingo
JAMES E. WILLIAMS (ASB-9283-W84J)
J. FLYNN MOZINGO (ASB-9111-O73J)
Melton, Espy & Williams, PC
Post Office Drawer 5130
Montgomery, AL 36103-5130
fmozingo@mewlegal.com