IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ADWOWA JACOBS,                )
                              )
    Plaintiff                 )
                              )
    v.                        )    CIVIL ACTION NO.
                              )      2:05cv925-MHT
ELECTRONIC DATA SYSTEMS       )
CORPORATION and JEFF          )
WILLIAMS,                     )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the renewed motion for an extension of the discovery deadline (doc. no. 48) is granted.

DONE, this the 20th day of November, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE