IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| Plaintiff, | § | |
| V. | § | CASE NO. 2:05-CV-925-T |
| ELECTRONIC DATA SYSTEMS CORPORATION AND JEFF WILLIAMS, | § § | |
| Defendants. | | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Adwowa Jacobs, and requests that this Honorable Court deny Defendants' Motion For Summary Judgment based upon the following:

1. The pleadings filed in the above styled cause of action;

2. All discovery of record filed in the instant case; and

3. Plaintiff's Memorandum Brief filed contemporaneously with Plaintiff's Response To Deny Defendants' Motion For Summary Judgment.

Respectfully Submitted this the 17th Day of November, 2006

L. D. WALKER, III (ASB-6237-R68L)
Attorney For Plaintiff

OF COUNSEL:

L. D. WALKER, III
8650 Minnie Brown Road; Suite 160
Montgomery, Alabama 36117
Telephone: (334)215-4513
Telecopier: (334)215-4532

## CERTIFICATE OF SERVICE

     I certify that I have served a copy of the above and foregoing document upon the following parties, by United States mail, postage prepaid, and properly addressed on this the ____ day of _____, 2006.

**Baker & Hostetler, LLP**
Ms. Tonya A. Jacobs
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009

**Burr & Forman, LLP**
Ms. Ashley Hattaway
Wachovia Tower
420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203

**Melton, Espy & Williams, PC**
James E. Williams
Post Office Drawer 5130
Montgomery, Alabama 36103-5130

**Melton, Espy & Williams, PC**
Mr. J. Flynn Mazingo
Post Office Drawer 5130
Montgomery, Alabama 36103-5130


_____
OF COUNSEL