IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | § | |
| WILLIAMS, | § | |
| Defendants. | § | |

## NOTICE REGARDING SETTLEMENT CONFERENCE

1. Pursuant to the Court's March 7, 2006, Uniform Scheduling Order, a meeting was held on November 21, 2006 at the offices of James E. Williams to discuss settlement of this case. Participating in the meeting were the following counsel of record:

    L. D. Walker, III for Plaintiff;

    Ashley H. Hattaway for Defendant Electronic Data Systems Corporation ("EDS") with Tonya A. Jacobs appearing by telephone; and

    Flynn Mozingo for Defendant Jeff Williams.

2. The parties discussed the case and each sides position, but the parties were unable to reach settlement of the case at this time. Although the parties have agreed to continue to discuss the possibility of settlement, the parties do not believe mediation will assist the parties in resolving this matter.

Respectfully submitted,

**Baker & Hostetler LLP**

By: s/Tonya A. Jacobs
Tonya A. Jacobs
State Bar No. 00790954
Fed. ID No. 18459
Rachel M. Smith
State Bar No. 24046483

       Fed. ID No. 570875
       1000 Louisiana, Suite 2000
       Houston, Texas 77002-5009
       Telephone:  (713) 751-1600
       Telecopier:  (713) 751-1717

**Burr & Forman LLP**

       Ashley H. Hattaway (HAT007)
       Wachovia Tower
       420 North Twentieth Street, Ste. 3100
       Birmingham, Alabama 35203
       Telephone:  (205) 458-5135
       Telecopier:  (205) 458-5100

Attorneys for Defendant
Electronic Data Systems Corporation

**Melton, Epsy & Williams, P.C.**

By:   s/with consent of James E. Williams
       James E. Williams (ASB-9283-W84J)
       Post Office Drawer 5130
       J. Flynn Mozingo (ASB-9111-073J)
       255 Dexter Avenue
       Montgomery, Alabama 36103-5130
       Telephone:  (334) 263-6621
       Telecopier:  (334) 269-9515

Attorney for Defendant Jeff Williams

**The Walker Law Firm**

By:   s/with consent of L. D. Walker, III
       L. D. Walker, III (ASB-6237-R68L)
       8650 Minnie Brown Road, Suite 160
       Montgomery, Alabama
       Telephone:  (334) 215-4513
       Telecopier:  (334) 215-4532

Attorney for Plaintiff, Adwowa Jacobs