IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | CIVIL ACTION NO. |
| ) | 2:05cv925-MHT |
| ELECTRONIC DATA SYSTEMS ) | (WO) |
| CORPORATION and JEFF ) | |
| WILLIAMS, ) | |
| ) | |
|     Defendants. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Electronic Data Systems Corporation and Jeff Williams's motions for summary judgment (doc. nos. 40 & 41) are granted as to plaintiff Adwowa Jacobs's federal claim and her state-law claims for outrage, invasion of privacy, negligent hiring, training, and supervision, and wanton hiring, training, and supervision.

(2) Judgment is entered in favor of defendants Electronic Data Systems Corporation and Williams and against plaintiff Jacobs on plaintiff Jacobs's federal claim and her state-law claims for outrage, invasion of privacy, negligent hiring, training, and supervision, and wanton hiring, training, and supervision, with plaintiff Jacobs taking nothing as to said claims.

(3) Plaintiff Jacobs's state-law claim against defendant Williams for assault and battery is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Jacobs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 18th day of December, 2006.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE