AO 133     (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ADWOWA JACOBS

## BILL OF COSTS

V.

ELECTRONIC DATA SYSTEMS CORPORATION and JEFF WILLIAMS

Case Number: 2:05CV925-MHT

Judgment having been entered in the above entitled action on 12/18/2006 (Date) against Adwowa Jacobs, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,032.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 72.20 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $ 3,104.20 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: L. D. Walker, III, 8650 Minnie Brown Rd., Suite 160, Montgomery, AL 36117

Signature of Attorney: _[signature]_

Name of Attorney: Tonya A. Jacobs

For: Electronic Data Systems Corporation          Date: 12/20/06
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

DEBRA P. HACKETT        By: _____
Clerk of Court              Deputy Clerk                   Date

```
                  Disbursement Summary by Code for Invoice 384771
   Client Number - 082058    Electronic Data Systems Corporation
   Matter Number - 00275     Adwowa Jacobs Lawsuit

ITEM CODE  DESCRIPTION              ORIGINAL VALUE      VALUE BILLED
  1)  01   Long Distance Telephone            1.92              1.92
  2)  02   Delivery Services                 42.04             42.04
  3)  03   Duplicating                      359.60            359.60
  4)  06   Travel Expenses                1,807.69          1,807.69
  5)  08   Business Meals, etc.              12.91             12.91
  6)  19   Teleconference                     6.27              6.27
  7)  22   Depositions                    2,615.70          2,615.70
  8)  26   Investigations                    39.95             39.95
  9)  50   Medical Exam/Records Expe        199.65            199.65
 10)  99   Refund of Overpayment           -918.00           -918.00
                                       _____      _____
                                          4,167.73          4,167.73
```

**Requested by : Monica Holland**
December 20, 2006  10:20am

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Tonya A Jacobs
Baker, Hostetler (TX)
1000 Louisiana
Suite 2000
Houston, TX 77002-5009

October  9, 2006

**Invoice#** 00017499

**Balance:**  $1,392.30

**Re:** Adwowa Jacobs vs Electronic Data Systems Corporation, et al
MONTGOMERY, AL / 2:05-CV-925-MHT-SRW
*on* 10/04/06 *by* Leslie Hartsfield

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: .5 | 60.00 |
| Original & copy: 285 pages | 1,282.50 |
| Exhibits/B & W: 78 | 27.30 |
| Condensed/concordance | 10.00 |
| E-trans @ N/C | |
| Postage | 12.50 |

Deponent:
  Adwowa Jacobs

P l e a s e    R e m i t   - - - >   Total Due:  $1,392.30

*All Invoices are due within 30 days of receipt*

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

Tonya A Jacobs
Baker, Hostetler (TX)
1000 Louisiana
Suite 2000
Houston, TX 77002-5009

October 19, 2006

**Invoice#** V0016381

**Balance:**      $593.40

**Re:** Adwowa Jacobs vs. Electronic Data Systems Corporation and Je
   FOR VIDEO
   *on* 10/04/06 *by* Video Visions

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Appearance, setup & 1st two hours | 350.00 |
| Additional Hours: 1.75 | 131.25 |
| CD(s): 4 | 40.00 |
| Tape/DVD stock archive: | 60.00 |
| Postage: | 12.15 |

Video services for deposition of:
Adwowa Jacobs

**P l e a s e    R e m i t    - - - >    Total Due:      $593.40**

*All Invoices are due within 30 days of receipt*

**FREEDOM REPORTING, INC.**
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397 Fax: 205-397-2398*
*Tax ID Number: 20-2776665*

James E Williams                                    October  9, 2006
Melton, Espy & Williams, PC
255 Dexter Avenue                                   **Invoice#** 00018000
Post Office Drawer 5130
Montgomery, AL 36103                                **Balance:**    $630.05


**Re:** Adwowa Jacobs vs Electronic Data Systems Corporation, et al
     MONTGOMERY, AL / 2:05-CV-925-MHT-SRW
     on 10/04/06 by Leslie Hartsfield


## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Copy: 285 pages | 584.25 |
| Exhibits/B & W: 78 | 27.30 |
| Condensed/concordance | 10.00 |
| Postage | 8.50 |

Deponent:
  Adwowa Jacobs



         P l e a s e    R e m i t    - - - >   Total Due:    $630.05

              *All Invoices are due within 30 days of receipt*

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL 36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

December 18, 2006

Ms. Tonya Jacobs
BAKER & HOSTETLER
Suite 2000
1000 Louisianna
Houston, TX 77002

**Invoice Number**
**PW 69254**

**Description of services**   Re: JACOBS vs. ELECTRONIC DATA SYSTEM

| Reference | | | | Extension |
|---|---|---|---|---|
| Appearance-Half day | 12/6/06 | 1.00 | 50.000 | 50.00 |
| Original & 1 | Vonceil Smith | 71.00 | 2.950 | 209.45 |
| Exhibits | | 15.00 | 0.250 | 3.75 |
| Postage | | 1.00 | 10.900 | 10.90 |
| | | | Invoice total: | $274.10 |

Thank you -- Pam Wilbanks

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C. Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL 36101-0062
(334) 263-4455 Voice  (334) 263-9167 Fax
Tax ID: 63-0980443

December 18, 2006

Mr. C. Mark Bain
MELTON, ESPY & WILLIAMS

255 Dexter Avenue
Montgomery, AL

**Invoice Number**
**PW 69255**

**Description of services**  Re: JACOBS vs. ELECTRONIC DATA SYSTEMS

| Reference | | | | Extension |
|---|---|---|---|---|
| Copy | Vonceil Smith | 71.00 | 1.950 | 138.45 |
| Exhibits | | 15.00 | 0.250 | 3.75 |
| | | **Invoice total:** | | **$142.20** |

Thank you -- Pam Wilbanks

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C. Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.