AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

**MIDDLE**                District of                **ALABAMA**

▓▓▓▓▓▓▓▓▓▓

V.

**ELECTRONIC DATA SYSTEMS**
**CORPORATION and JEFF WILLIAMS** ■

### BILL OF COSTS

Case Number:    **2:05CV925-MHT**    ■

Judgment having been entered in the above entitled action on **12/18/2006**  against  **Adwowa Jacobs** ■ ,
                                                                Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,032.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | 72.20 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL | $ 3,104.20 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage
prepaid to: L. D. Walker, III, 8650 Minnie Brown Rd., Suite 160, Montgomery, AL 36117

Signature of Attorney:  _Tonya a C̶_

Name of Attorney:  Tonya A. Jacobs

For: Electronic Data Systems Corporation                              Date: 12/20/06
                Name of Claiming Party

Costs are taxed in the amount of  $3,104.20                      and included in the judgment.

DEBRA P. HACKETT                By: _Challese Campbell_        _12-22-06_
Clerk of Court                          Deputy Clerk                    Date