# THE WALKER LAW FIRM

8650 MINNIE BROWN ROAD • SUITE 160
MONTGOMERY, ALABAMA 36117



L.D. Walker, III
ATTORNEY AT LAW

March 31, 2006

OFFICE: (334) 215-4513
FAX: (334) 215-4532

Adwowa Jacobs
1525 Flamingo Lane
Montgomery, Alabama 36116

**Re:   Adwowa Jacobs v. Electronic Data Systems et al.**

Dear A.J.:

I am enclosing a set of questions called Interrogatories along with a Request for Production of Documents, received from the attorneys for Electric Data Systems. Our procedure requires that we answer these as best we can.

With regard to the Interrogatories, please answer these on a separate sheet of paper and return them to me in the envelope provided. I will then finalize them for your signature.

There will be several questions which may not apply to you or which you are not sure of your answer. With those questions, simply state that they do not apply or attempt to answer them as best you can. In finalizing the answers, I will supplement your initial responses where applicable.

With regard to the Request for Production, please supply me with the documents that you have. There will be several requests which may not apply to you, and I will supply that information.

If you have any questions, please give me a call.

Sincerely,

L. D. WALKER, III

LDW: mm
Enclosure