

EDS Employee Relations

5400 Legacy Drive
H3-3F-42
Plano, Texas 75024



September 15, 2006

**VIA CERTIFIED &
REGULAR MAIL**

Ms. Adwowa Jacobs
1525 Flamingo Lane
Montgomery, AL  36116

Dear Adwowa:

EDS has completed its investigation into your allegation of inappropriate behavior by a co-worker.  Your allegation was substantiated.  As you are aware, it is not appropriate for me to discuss what action has or has not been taken concerning other employees, just as it would be inappropriate for me to discuss issues relating to your employment with other employees who do not have a need to know such information. Nevertheless, I want to assure you the matter has been appropriately addressed.  However, if you should become aware of any such inappropriate conduct reoccurring, please notify me immediately so that EDS can take appropriate action.

Thank you for having brought this matter to our attention.  If you have any further questions, please do not hesitate to contact me.

Sincerely,

Erik Flint
Employee Relations Specialist

Ph: 972 605 3480
Fax: 972 605 3474

Document #:  209770

**CERTIFIED MAIL™**

7003 2260 0003 0566 6383

Name
1st Notice
2nd Notice
Return

UNITED STATES POSTAGE
$ 04.64⁰
MAILED FROM ZIP CODE

S. ADWOWA JACOBS
25 FLAMINGO LANE
ONTGOMERY, AL 36116

11-5-06