

**PLAINTIFF'S EXHIBIT D**

❗ This is an urgent message.

**Date:** Saturday, November 11, 2006 12:44 PM
**From:** adwowajacobs@charter.net
**To:** deewalker: parkplacecenter.com <deewalker@parkplacecenter.com>
**Subject:** Urgent please respond

📎 dee walker.doc



Exhibit D

November 11, 2006

Adwowa Jacobs
1525 Flamingo Lane
Montgomery, Alabama 36116



Leon "Dee" Walker

There are some issues I have that I feel needs to be addressed. I'm not sure how my case is being handled. It feels that I'm in the total dark about the case other than the information that I provide to you. You've stated on October 4th as well as October 5th 2006 that we were going to have a deposition with Jeff Williams and his attorney on October 9th 2006; as you know that did not take place. You also, stated that you may have to re-schedule it for later on in that week of the 9th which did not happen. I have not heard anything else about a deposition with Mr. Williams; or anything else about this case from you other than I need to look for another job. I feel like I shouldn't have to be looking for another job because I did nothing wrong. I feel as my attorney a comment like that is telling me you have no faith in this case. If that is the case I need to know now. I feel we have come too far for this to be an issue. I understand with dealing with reality, but it seems as if you are not on my side in this matter. I know you made simple comments about talking to EDS's attorney Tonya Jacobs but you never went into details-which I brushed off as attorney talk. On last week when I came to your office to bring you a copy of the warning letter I received from my manager you made a remark that made me feel that this case is not going into a positive direction or you know more than you're not telling me. I've trust my life/case as well as my means to support my kids in your hands to handle this professionally as well as passionately because this issue has to be addressed. I know that a case can take some time to investigate and process; I have on numerous occasion call, emailed, and visited your office for updates on my case. Whenever I send you an email 99 % of the time you do not respond. You may be busy but you have a secretary that can respond to most or some of the emails I send to you. It's becoming insulting and I'm feeling as if my case is a joke to you; but reality is that I've known you for years from the "Y" and I've trusted you to handle this issue/case for me. I feel that you are a great attorney and that's why I retained you as my attorney. The statement that they are making around my office about my attorney is insulting because that lead me to believe that people outside of that building that's handling this case is talking.

I really want to be in the loop on this case from here on out including the "Summary Judgment"
Thank you very much for assisting me in this matter
AJ