**Date:** Friday, November 17, 2006 5:39 AM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Read: Summary Judgment

```
This is a receipt for the mail you sent to
"deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com> at 11/16/2006
9:12 PM

This receipt verifies that the message has been displayed on the recipient's
computer at 11/17/2006 7:39 AM

Final-Recipient: rfc822;adwowajacobs@charter.net
Original-Message-ID: <879981287.1163733161597.JavaMail.root@fepweb04>
Disposition: manual-action/MDN-sent-manually; displayed
```

**PLAINTIFF'S EXHIBIT**

**Date:** Friday, November 17, 2006 6:25 AM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Re: Summary Judgment

```
I'm still finalizing that document.  I have some more cases that I am
looking at relative to our case.  You can pick up a copy Monday.
----- Original Message -----
From: <adwowajacobs@charter.net>
To: "deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com>
Sent: Thursday, November 16, 2006 9:12 PM
Subject: Summary Judgment


> Dee,
>
> I would like to have a copy of the summary judgement that you submitted
> for my records. I can pick it up around 10 in the morning if possible. AJ
>
```

Preview                                                                                                      Page 1 of 1

**Date:** Saturday, November 18, 2006 4:41 AM
**From:** adwowajacobs@charter.net
**To:** Dee Walker <deewalker@parkplacecenter.com>
**Subject:** Re: Summary Judgment

```
Thanks I will---- Dee Walker <deewalker@parkplacecenter.com> wrote:

> I'm still finalizing that document.  I have some more cases that I am
> looking at relative to our case.  You can pick up a copy Monday.
> ----- Original Message -----
> From: <adwowajacobs@charter.net>
> To: "deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com>
> Sent: Thursday, November 16, 2006 9:12 PM
> Subject: Summary Judgment
>
>
> > Dee,
> >
> > I would like to have a copy of the summary judgement that you submitted
> > for my records. I can pick it up around 10 in the morning if possible. AJ
> >
>
>
```