

**PLAINTIFF'S EXHIBIT F**

! This is an urgent message.
**Date:** Wednesday, November 22, 2006 9:38 AM
**From:** adwowajacobs@charter.net
**To:** deewalker@parkplacecenter.com
**Cc:** deewalker@parkplacecenter.com
**Subject:** Re: Summary Judgement

```
---- adwowajacobs@charter.net wrote:
> Dee,
>
> I read and reviewed the summary judgement you provided with me on 11/21/06.
Like I stated to you on yesterday that EDS human resource personnel I spoken
with name was Leslie Liedman. Her name is in the emails I provided you months
ago i can't understand how that was an oversite. You stated that it was a small
formality that would not make a difference when filing. I would feel comfortable
if you revised the summary before you submit it.
>
> I will be in touch with you for a corrective copy.
>
> Thanks for your time
>
> Adwowa
```

Exhibit H

**Date:** Wednesday, November 22, 2006 9:57 AM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Re: Summary Judgement

```
Certainly I will make this correction.
----- Original Message -----
From: <adwowajacobs@charter.net>
To: <deewalker@parkplacecenter.com>
Cc: <deewalker@parkplacecenter.com>
Sent: Wednesday, November 22, 2006 11:38 AM
Subject: Re: Summary Judgement


> ---- adwowajacobs@charter.net wrote:
>> Dee,
>>
>> I read and reviewed the summary judgement you provided with me on
>> 11/21/06. Like I stated to you on yesterday that EDS human resource
>> personnel I spoken with name was Leslie Liedman. Her name is in the
>> emails I provided you months ago i can't understand how that was an
>> oversite. You stated that it was a small formality that would not make a
>> difference when filing. I would feel comfortable if you revised the
>> summary before you submit it.
>>
>> I will be in touch with you for a corrective copy.
>>
>> Thanks for your time
>>
>> Adwowa
>
```

**Date:** Friday, November 24, 2006 3:35 AM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Read: Summary Judgement

```
This is a receipt for the mail you sent to
"deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com> at 11/22/2006
9:25 AM

This receipt verifies that the message has been displayed on the recipient's
computer at 11/24/2006 5:35 AM

Final-Recipient: rfc822;adwowajacobs@charter.net
Original-Message-ID: <54820585.1164209147797.JavaMail.root@fepweb12>
Disposition: manual-action/MDN-sent-manually; displayed
```

**Date:** Wednesday, November 22, 2006 9:56 AM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Read: Summary Judgement

```
This is a receipt for the mail you sent to
<deewalker@parkplacecenter.com> at 11/22/2006 11:38 AM

This receipt verifies that the message has been displayed on the recipient's
computer at 11/22/2006 11:56 AM

Final-Recipient: rfc822;adwowajacobs@charter.net
Original-Message-ID: <2099948160.1164217116621.JavaMail.root@fepweb12>
Disposition: manual-action/MDN-sent-manually; displayed
```