

**Date:** Wednesday, December 6, 2006 6:33 PM
**From:** adwowajacobs@charter.net
**To:** Dee Walker <deewalker@parkplacecenter.com>
**Subject:** Re: Good Morning

I called you and your secretary stated she would give you the message to call me
......as always I didn't get a call back

```
---- Dee Walker <deewalker@parkplacecenter.com> wrote:
> I will be in meetings today all day after lunch call me and we will set up a
> time.   Dee
> ----- Original Message -----
> From: <adwowajacobs@charter.net>
> To: "deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com>
> Sent: Wednesday, December 06, 2006 6:08 AM
> Subject: Good Morning
>
>
> > Dee,
> >
> > I will be by today to pick up the summary brief (corrective one). Also I
> > have a few things I want to discuss with you. I will be in the office
> > after three today-please make some time for me.  Some things that's on my
> > mind is your handling of the case per say ME.
> >
> > Adwowa
> >
> > "You can fool some of the people some of the time-but you can not fool all
> > the people all of the time"
> >
>
>
```

Exhibit I