

Exhibit J

**PLAINTIFF'S EXHIBIT**

**Date:** Sunday, December 10, 2006 1:18 PM
**From:** adwowajacobs@charter.net
**To:** Dee Walker <deewalker@parkplacecenter.com>
**Subject:** Re: Case

```
Dee-I called your office as well as your cell phone-I spoke to your secretary
and she stated that she would forward the message to you on last Wednesday
12-6-06 and that you would contact me when you get back in the office. I can be
reached at 334-281-1002 or 334-717-5106. I don't want to keep playing phone tag
I want a sit down face to face. Will Thursday at 4 o'clock work for you?
---- Dee Walker <deewalker@parkplacecenter.com> wrote:
> I've asked you on several occassions to call me regarding your case.
> Certainly you are aware of the fact that I can be reach at 201-9200 most any
> time.  Please feel free to call me.
> ----- Original Message -----
> From: <adwowajacobs@charter.net>
> To: "deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com>
> Sent: Sunday, December 10, 2006 9:03 AM
> Subject: Case
>
>
> Dee,
>
> I'm becoming really frustrated with the way this case is being handle.
> You've told me on several occasions that you would be getting back to me and
> I have yet to hear from you. I want a corrective copy of the summary
> judgement. I know that this case is on a time limit as well- it's getting
> close to that time. I don't want this case to be dismissed on  a
> technicality-you stated that you need to speak with Tonya Jacobs and that
> was well over a month ago. Has she not contacted you? I'm just tired of
> being in the dark on this case.  You stated to me that the case maybe thrown
> out due to the facts that's it was an insolated incident. When in fact I've
> been doing some research on my own along with some legal advice. I found out
> in fact if a company had willing and knowingly been faced with any kind of
> misconduct before(sexuall Harrassments) and they have been  protecting the
> perpetrators is in fact in Violation of the Sexual Harrassment rights.
> Examples Scott Ahrendt (manager) had an affair with Monica Stokley (employee
> working under Scott on his team) they produced a son. Scott Ahrendt was
> transferred to Kentucky for TDY until Monica Stokley was pressure to resign.
> Andre Brinson (supervisor) had an affair with Anitra Campbell (employee
> working under Andre on his team); this produce a fight on the premise
> between Anitra and another temporary employee over Andre. Sexual Harassment
> charges have been filed against other employees Douglass Kennedy, Andrea
> Brinson, Shelton Hamilton, and Moise Urena and many others that I'm not
> detailing now. I know you've stated that you  were going to pull EDS's
> files  to see if these incident happened and if it's a pattern.
> Also, I want to speak to you about another client-I'm worried that this case
> is going down the same path as theirs. I will be at your office on Thursday
> around 4 o'clock please have a copy of my files for my review. I want to see
> the information you gathered, researched, and investigated on EDS and Mr.
> Jeffery Williams.
>
> Adwowa
> "You can fool some of the people some of the time-but you can't not fool all
> of the people all of the time"
>
>
```

**Date:** Tuesday, December 12, 2006 5:50 PM
**From:** adwowajacobs@charter.net
**To:** deewalker: parkplacecenter.com <deewalker@parkplacecenter.com>
**Subject:** Thursday

```
Will thursday at 4 o'clock work or you? I'm still waiting for a time so we can
meet

Thanks
AJ
```

**Date:** Thursday, December 14, 2006 3:43 AM
**From:** adwowajacobs@charter.net
**To:** deewalker: parkplacecenter.com <deewalker@parkplacecenter.com>
**Subject:** Today

```
Are we meeting today at 4
```

**Date:** Saturday, December 16, 2006 8:38 AM
**From:** adwowajacobs@charter.net
**To:** Dee Walker <deewalker@parkplacecenter.com>
**Subject:** Re: Meeting

```
What time?

---- Dee Walker <deewalker@parkplacecenter.com> wrote:
> Call me and make arrangements to meet Sunday afternoon.
> ----- Original Message -----
> From: <adwowajacobs@charter.net>
> To: "deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com>
> Sent: Friday, December 15, 2006 6:36 AM
> Subject: Meeting
>
>
> > Dee
> >
> > Will you be able to meet with me today?
> >
> > AJ
> >
>
```

**Date:** Saturday, December 16, 2006 7:33 PM
**From:** adwowajacobs@charter.net
**To:** Dee Walker <deewalker@parkplacecenter.com>
**Subject:** Re: Meeting

```
I called you today and left a message so that we can set up the meeting for
Sunday---I left a message but you did not respond please get in touch with me
for a time

Thanks Dee

AJ

---- Dee Walker <deewalker@parkplacecenter.com> wrote:
> Call me and make arrangements to meet Sunday afternoon.
> ----- Original Message -----
> From: <adwowajacobs@charter.net>
> To: "deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com>
> Sent: Friday, December 15, 2006 6:36 AM
> Subject: Meeting
>
>
> > Dee
> >
> > Will you be able to meet with me today?
> >
> > AJ
> >
>
```

**Date:** Sunday, December 17, 2006 1:36 PM
**From:** adwowajacobs@charter.net
**To:** Dee Walker <deewalker@parkplacecenter.com>
**Subject:** Re: Meeting

Dee

i have left you a message on your cell phone so that we can meet today about the case--I would like to set up a definet time for Thursday or Friday?

---- Dee Walker <deewalker@parkplacecenter.com> wrote:
> Call me and make arrangements to meet Sunday afternoon.
> ----- Original Message -----
> From: <adwowajacobs@charter.net>
> To: "deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com>
> Sent: Friday, December 15, 2006 6:36 AM
> Subject: Meeting
>
>
> > Dee
> >
> > Will you be able to meet with me today?
> >
> > AJ
> >
>