PLAINTIFF'S EXHIBIT

! This is an urgent message.
**Date:** Friday, December 22, 2006 2:02 PM
**From:** adwowajacobs@charter.net
**To:** deewalker: parkplacecenter.com <deewalker@parkplacecenter.com>
**Subject:** Thanks You

Dee

Thank you for meeting me today at your office. Although I understand that you are waving your attorney's fee for working my case I reall appreciate that. I reviewed the file you gave me and noticed that several of the documents from various of the doctors I've seen such as Voncile Smith and Steven Barrington were not in there. I would appreciate a copy of those files as well. I was hoping that we could've sat down and reviewed my case. I understand that it's the Christmas season and you had to go and get your kids. I hope that we can meet some time next week to review my file and come to some type of resolution to this case.

Again  thanks you

Adwowa

Exhibit K

**Date:** Tuesday, December 26, 2006 7:38 AM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Read: Thanks You

```
This is a receipt for the mail you sent to
"deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com> at 12/22/2006
4:02 PM

This receipt verifies that the message has been displayed on the recipient's
computer at 12/26/2006 9:38 AM

Final-Recipient: rfc822;adwowajacobs@charter.net
Original-Message-ID: <1367785537.1166824933705.JavaMail.root@fepweb07>
Disposition: manual-action/MDN-sent-manually; displayed
```