

🔸 **This is an urgent message.**

**Date:** Thursday, December 28, 2006 7:52 AM
**From:** adwowajacobs@charter.net
**To:** deewalker: parkplacecenter.com <deewalker@parkplacecenter.com>
**Subject:** Offer

Dee

I'm not going to accept the offer of $3500 that they are offering me for my resignation. As I stated before that I've been at this job for ten years and a loyal employee and that's and insult to offer me that for my dedication of hard work and service. I stated also that I'm the victim and not the perpetrator. So if that's the best they can come up with I'll pass. I also would like a copy of my file from you. I stated in a previous email on last week that I wanted a copy of the file from Dr. Barrington and Dr. Voncile Smith that you have.

Exhibit 2

**Date:** Thursday, December 28, 2006 10:30 AM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Read: Offer

```
This is a receipt for the mail you sent to
"deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com> at 12/28/2006
9:52 AM

This receipt verifies that the message has been displayed on the recipient's
computer at 12/28/2006 12:30 PM


Final-Recipient: rfc822;adwowajacobs@charter.net
Original-Message-ID: <424837746.1167321142977.JavaMail.root@fepweb09>
Disposition: manual-action/MDN-sent-manually; displayed
```

**PLAINTIFF'S EXHIBIT**

❗ This is an urgent message.
**Date:** Saturday, December 30, 2006 10:49 PM
**From:** adwowajacobs@charter.net
**To:** deewalker: parkplacecenter.com <deewalker@parkplacecenter.com>
**Subject:** Request

Dee,

I've requested on two other occasion a copy of my medical files you have pertaining to my case. You stated on those occasions to come by your office to pick this information up---Dr. Voncile Smith as well as Steven Barrington. I've been out to your office to pick those records up on 12-21-06 and still did not obtain them. You gave me some files (12-21-06) and I called you back to inform you that what you gave me were not the information we talked about. You then we talked and agreed that I would pick them up on Wednesday 12-27-06 and pick them up at 9:30. You stated that you would be in the office so that we can talk and you agreed that you will have those records for me. Your secretary was there and handed me a file of papers. As I reviewed them and I informed her that these were the same papers you had just given me on 12-21-06-she stated that was what you left for me. I asked when you be back in the office and could she go threw my files and give me the information. At that time she that I need to contact you because she did not know where that information was. I contact my doctor's office and was informed that information was forwarded to you. You stated to me on 12-21-06 that you will give me any and all information that I requested about my case. I would really appreciate if I can get a copy of those files. Thank you for everything Adwowa

Exhibit N

**Date:** Monday, January 1, 2007 12:25 PM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Read: Request

```
This is a receipt for the mail you sent to
"deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com> at 12/31/2006
12:49 AM

This receipt verifies that the message has been displayed on the recipient's
computer at 1/1/2007 2:25 PM

Final-Recipient: rfc822;adwowajacobs@charter.net
Original-Message-ID: <742260842.1167547797158.JavaMail.root@fepweb09>
Disposition: manual-action/MDN-sent-manually; displayed
```

! This is an urgent message.
**Date:** Saturday, December 30, 2006 6:35 AM
**From:** adwowajacobs@charter.net
**To:** deewalker: parkplacecenter.com <deewalker@parkplacecenter.com>
**Subject:** 2 questions

Dee,

I have two questions for you
1. If I don't accept the offer then what and......2. Did you ever file a corrective copy of the summary judgement whit the correct name from Nancy Leidman and Leslie Liedman?

**Date:** Monday, January 1, 2007 12:27 PM
**From:** Dee Walker <deewalker@parkplacecenter.com>
**To:** adwowajacobs@charter.net
**Subject:** Read: 2 questions

```
This is a receipt for the mail you sent to
"deewalker: parkplacecenter.com" <deewalker@parkplacecenter.com> at 12/30/2006
8:35 AM

This receipt verifies that the message has been displayed on the recipient's
computer at 1/1/2007 2:27 PM

Final-Recipient: rfc822;adwowajacobs@charter.net
Original-Message-ID: <580295216.1167489334551.JavaMail.root@fepweb06>
Disposition: manual-action/MDN-sent-manually; displayed
```