IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:05cv925-MHT |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION an JEFF ) | |
| WILLIAMS, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to vacate and alternative motion for relief from judgment (doc. no. 58) are set for submission, without oral argument, on January 18, 2007, with all briefs due by said date.

DONE, this the 9th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE