IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADWOWA JACOBS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ELECTRONIC DATA SYSTEMS | § | 2:05-CV-925-MHT-SRW |
| CORPORATION AND JEFF | § | |
| WILLIAMS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day the Court considered Plaintiff's Motion to Vacate, Set Aside, Alter or Amend Judgment or in the alternative for Relief from Judgment and its Order Granting Summary Judgment. The Court, having considered the pleadings, the Motion, and any Response thereto, is of the opinion that the Motion should be and is hereby DENIED.

**SIGNED** this _____ day of _____, 2007.

_____
JUDGE PRESIDING