IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS,                ) | |
|     ) | |
|     Plaintiff      ) | |
|     ) | |
|     v.             ) | CIVIL ACTION NO. |
|     ) | 2:05cv925-MHT |
| ELECTRONIC DATA SYSTEMS        ) | |
| CORPORATION and JEFF           ) | |
| WILLIAMS,                      ) | |
|     ) | |
|     Defendants.   ) | |

SHOW-CAUSE ORDER

The clerk of the court having orally informed the court that Honorable L.D. Walker, III (counsel for plaintiff) has failed to pay the bill for $ 95.00 owed to the court for photocopying done in connection with this case, and that the clerk has made repeated attempts to obtain payment, it is ORDERED that Honorable L.D. Walker, III **personally appear** before the court on April 6, 2007, at 10:00 a.m. and show cause, if any there be, as to why he should not be held in civil contempt for failing to

honor this bill. A copy of the invoice is attached to this order.

The clerk of the court is DIRECTED to inform Mr. Walker of this order by telephone.

DONE, this the 3rd day of April, 2007.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**