

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### (334) 954-3600
### ** I N V O I C E **

DATE: 11/16/06

STYLE OF CASE:

Jacobs

vs

Electronic Data Systems Corporation

**PLEASE REMIT WITHIN 15 DAYS TO:**
CLERK, U.S. DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101

CASE NUMBER: 2:05cv925-MHT

LAW FIRM REQUESTING SERVICE: The Walker Law Firm
OR
PERSON REQUESTING SERVICE: L.D. Walker
ADDRESS: 8650 Minnie Brown Rd
Ste 160
CITY, STATE AND ZIP CODE: Montgomery, AL 36117
AREA CODE AND TELEPHONE NUMBER: (334) 215-4513

INVOICE FOR COSTS AS FOLLOWS:

| | | | | |
|---|---|---|---|---|
| Copy Fee: | 190 page(s) | @ $0.50 | per page = | $95.00 |
| Certification of copy(s): | | @ $7.00 | per Certification = | |
| Certificate of Good Standing: | | @ $15.00 | each = | |
| | | | TOTAL OF CHARGES: | $95.00 |

DEBRA P. HACKETT, CLERK

By _K. Halyeed_
Deputy Clerk

I HEREBY CERTIFY THAT I RECEIVED THE COPY(S)/SERVICES DESCRIBED ABOVE:

_signature_
Person who obtained service

**FOR PROPER CREDIT, PLEASE RETURN THIS INVOICE WITH YOUR REMITTANCE WITHIN 15 DAYS!**

2nd notice sent 12/8/06.
3rd notice sent 1/9/07

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
Office of the Clerk
P. O. Box 711
Montgomery, Alabama 36101-0711

**Debra P. Hackett, Clerk**

(334)954-3600
(334)954-3615

January 24, 2007

The Walker Law Firm
Attn: Accounts Payable
8650 Minnie Brown Road
  Suite 160
Montgomery, Al   361117

Re: Photocopies in civil case
2:05cv00925-MHT

Dear Sir/Madam:

Enclosed please find a copy of an invoice for photocopies received by your office on November 16, 2006, in the amount of $95.00. This is the court's fourth and final request for payment.

Please send your remittance by January 31st. In the future, please make an effort to remit outstanding charges within the 15-day grace period provided by the court.

Your cooperation will be greatly appreciated. Thank you.

Sincerely,

DEBRA P. HACKETT, Clerk

BY: *[signature]*
Financial Clerk

DPH/nhr

Encl. as noted.