IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADWOWA JACOBS, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) |   2:05cv925-MHT |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION and JEFF ) | |
| WILLIAMS, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

The clerk of the court having orally informed the court that Honorable L.D. Walker, III (counsel for plaintiff) has now paid the bill for $ 95.00 owed to the court for photocopying done in connection with this case, it is ORDERED that the show-cause order entered on April 3, 2007 (doc. no. 63) is vacated.

DONE, this the 5th day of April, 2007.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE